Exhibit A

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC,**<br>**Plaintiffs,** | § | |
| **V.** | § | **CAUSE NO.** |
| **LAURA POALA ARROYO RODRIQUEZ,**<br>**Defendant.** | § | |

**DECLARATION OF SERGIO MUNOZ**

I, Sergio Munoz, pursuant to 28 USC §1746, declare as follows:

1. I am the Senior Director, Corporate Development & Business Strategy Latin America at Fox Corporation. I submit this declaration in support of Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC's Motion for a Temporary Restraining Order and a Preliminary Injunction. I am over 18 years of age. I have personal knowledge of the facts in this declaration, and I am competent to testify to the facts set forth below.

2. Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively "Fox") filed a Complaint against Media Deportes Mexico, S. de R.L. de C.V. ("MDM"), a true and correct copy of which is attached to my Declaration as Exhibit 1, in the United States District Court for the Southern District of New York ("District Court in the SDNY"). As alleged in the Complaint, Fox seeks to prevent and to recover for the misappropriation of Fox's intellectual property, the pursuit of

litigation by MDM against Fox in Mexico and using that litigation to interfere with Fox's business and business relationships. In the Complaint, Fox sets forth that MDM had a non-exclusive license to use Fox Sports trademarks in Mexico, but Fox terminated that license because of severe damage that MDM caused to the reputation and good will associated with the Fox Sports trademarks. However, MDM has continued to use Fox Sports trademarks without authority to do so. MDM also has obtained an injunction in a Mexico court in breach of an exclusive forum selection clause tied to the Fox Sports trademarks and used that injunction to prevent Fox from and its business partners from using Fox Sports trademarks in Mexico. MDM also has caused officials from the Mexico Trademark Office to raid the production facilities of one of Fox's business partners in Mexico, MediaPro, and to disrupt and interfere with Fox's relationships with its business partners.

3. On August 14, 2025, the District in the SDNY issued a Temporary Restraining Order and Order to Show Cause for Preliminary Injunction prohibiting MDM from using Fox Sports trademarks in Mexico, using U.S. Fox Sports trademarks in the U.S., pursuing legal or regulatory action relating to the Fox Sports trademarks in Mexico, and disrupting Fox's business relationships with certain business partners. A true and correct copy of that Order is attached to my Declaration as Exhibit "2".

4. On August 29, 2025, the District Court in the SDNY issued an Order modifying the Temporary Restraining Order to specifically prohibit MDM from seeking to enforce a second injunction issued on August 27, 2025, by the Civil

Department 42 of the Superior Court of Justice of Mexico City. A true and correct copy of that Order is attached to my Declaration as Exhibit "3".

5. On August 29, 2025, the District Court in the SDNY issued Orders holding MDM, MDM's president Manuel Arroyo ("Arroyo"), and two other non-parties, Mexico Sports Distribution LLC ("MSD") and Grupo Lauman Holdings, S. de R.L. de C.V. ("Grupo Lauman") in contempt, finding that MDM and Arroyo, MSD, and Grupo Lauman had acted in civil contempt of the Temporary Restraining Order and imposed a fine of $200,000 per day against each of them, including Arroyo, jointly and severally. A true and correct copy of the Orders are attached to my Declaration as Exhibit "4" and "5".

6. On September 5, 2025, the District Court in the SDNY issued a preliminary injunction with respect to MDM consistent with the Temporary Restraining Order. SDNY Litigation, Dkt. No. 49. A true and correct copy of that Order is attached to my Declaration as Exhibit "6".

7. On September 9, 2025, the District Court in the SDNY issued a Memorandum Order modifying the Contempt Order to make the contempt sanction payable to Plaintiffs and enjoining Arroyo, MDM, and Grupo Lauman from transferring, conveying, or otherwise dissipating any assets in the United States that they possess, own, or otherwise control, or causing anyone else from doing the same. A true and correct copy of that Order is attached to my Declaration as Exhibit "7".

8. Based on Fox's investigation, I understand that Arroyo owned certain real property in Montgomery County, Texas. Based on a review of the Montgomery

County official public records, that real property has the legal description of Woodlands Village of Carlton Woods 13, Block 1, Lot 10, with Property ID 300698, Geographic ID 9600-13-01000, Tax Office ID 9600-13-01000, and otherwise known as at 3 Philbrook Way, Spring, Texas 77382-1377 (the "real property" or the "Philbrook Way property").

9. On September 2, 2025, Arroyo conveyed the real property by way of a Special Warranty Deed to his sister, Laura Poala Arroyo Rodriquez ("Rodriquez"). A copy of the Special Warranty Deed is attached to my Declaration as Exhibit "8".

10. The Montgomery County Appraisal District's website states that the value of the real property in Montgomery County, Texas is $3,800,000. A copy of the webpage from the Montgomery County Appraisal District's website for the real property is attached to my Declaration as Exhibit "9".

11. If Rodriquez is not required to reconvey the subject real property to Arroyo and/or the transfer is not voided, Fox's ability to recover the contempt sanction of $200,000 per day from Arroyo will be significantly impaired. Based on its investigation, Fox has not been able to locate and is unaware of any other significant assets that Arroyo owns in Texas or the United States that could be executed upon to satisfy a money judgment. The transfer of the subject real property if left as it stands will cause irreparable harm to Fox, because the transfer would result in the dissipation of most if not all of Arroyo's assets in Texas or the United States.

12. I am aware that Arroyo currently resides in Mexico.

13. Based on a review of the Montgomery County official public records, Laura Poala Arroyo Rodriquez also owns real property in Texas located at Lot 13, in Block 2, of the Woodlands Village of Creekside Park Section 2, a subdivision in Harris County, Texas, otherwise known as 63 E. Hullwood Circle, Spring, TX 77389.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 30, 2025.

Sergio Munoz

Sergio Munoz