# PID 300698 | 3 PHILBROOK WAY

Property Summary Report | 2025
Online Services | Montgomery Central Appraisal District

Exhibit 9

## GENERAL INFO

### ACCOUNT

Property ID: 300698
Geographic ID: 9600-13-01000
Type: R
Zoning:
Agent:
Legal Description: WDLNDS VIL OF CARLTON WOODS 13, BLOCK 1, LOT 10
Property Use:

### LOCATION

Address: 3 PHILBROOK WAY, SPRING TX 77382
Market Area:
Market Area CD: 91035.0
Map ID:
Zoning:

### PROTEST

Protest Status:
Informal Date:
Formal Date:

### OWNER

Name: ARROYO, MANUEL
Secondary Name:
Mailing Address: 3 PHILBROOK WAY SPRING TX USA 77382-1377
Owner ID: 617338
% Ownership: 100.000000
Exemptions:

## VALUES

### CURRENT VALUES

| | |
|---|---|
| Land Homesite: | $400,000 |
| Land Non-Homesite: | $0 |
| Special Use Land Market: | $0 |
| Total Land: | $400,000 |
| Improvement Homesite: | $3,376,780 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $3,376,780 |
| Market: | $3,776,780 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $3,776,780 |
| Value Limitation Adjustment (-): | $0 |
| Net Appraised: | $3,776,780 |

### VALUE HISTORY




### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | $400,000 | $3,376,780 | $0 | $3,776,780 | $0 | $3,776,780 |
| 2024 | $400,000 | $3,415,051 | $0 | $3,815,051 | $0 | $3,815,051 |
| 2023 | $400,000 | $3,024,370 | $0 | $3,424,370 | $0 | $3,424,370 |
| 2022 | $400,000 | $3,047,880 | $0 | $3,447,880 | $0 | $3,447,880 |
| 2021 | $422,790 | $2,542,200 | $0 | $2,964,990 | $0 | $2,964,990 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|---|---|---|---|---|
| CWT | The Woodlands Township | 0.171400 | $3,776,780 | $3,776,780 |
| GMO | Montgomery Cnty | 0.379000 | $3,776,780 | $3,776,780 |
| HM1 | Mont Co Hospital | 0.049700 | $3,776,780 | $3,776,780 |
| JNH | Lone Star College | 0.107600 | $3,776,780 | $3,776,780 |
| M46 | Mont Co MUD 46 | 0.181255 | $3,776,780 | $3,776,780 |
| SCO | Conroe ISD | 0.949600 | $3,776,780 | $3,776,780 |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

Improvement #1: Residential Improvement Value: $3,291,780 Main Area: 10,657
State Code: A1 Description: HOUSE Gross Building Area: 15,043

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| MA | Main Area | 9+ | | 1 | 2007 | 2007 | 6,166 |
| MA2.0 | Main Area 2nd Flr | 9+ | | 1 | 2007 | 2007 | 4,000 |
| MAM | Main Area Masonary | 9+ | | 1 | 2007 | 2007 | 491 |
| BG | Attached Brick Garage | 9+ | | 1 | 2007 | 2007 | 1,746 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 651 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 580 |
| OMPU | OMPU | 9+ | | 1 | 2007 | 2007 | 580 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 168 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 145 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 140 |
| OMPU | OMPU | 9+ | | 1 | 2007 | 2007 | 126 |
| OMPU | OMPU | 9+ | | 1 | 2007 | 2007 | 112 |
| CPY | Canopy | 9+ | | 1 | 2007 | 2007 | 82 |
| CPY | Canopy | 9+ | | 1 | 2007 | 2007 | 30 |
| CPY | Canopy | 9+ | | 1 | 2007 | 2007 | 26 |

**Improvement Features**

MA Foundation: 1, Flooring: 4, Fireplace: 4P1, Plumbing: 30, HVAC: RH1-RC1, Interior Finish: 1, Flooring: 1, Plumbing: 6FB, Roof: 4, Exterior Finish: R4, Plumbing: 2HB, Plumbing: 6AF, Flooring: 2

Improvement #2: Residential Improvement Value: $60,000 Main Area: 0
State Code: A1 Description: SWIMMING POOL EV Gross Building Area: 1

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2008 | 0 | 1 |

**Improvement Features**

Improvement #3: Residential Improvement Value: $10,000 Main Area: 0
State Code: A1 Description: 2 STOP ELEVATOR EV Gross Building Area: 1

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2008 | 0 | 1 |

**Improvement Features**

Improvement #4: Residential Improvement Value: $10,000 Main Area: 0
State Code: A1 Description: PADDLE COURT EV Gross Building Area: 1

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2016 | 0 | 1 |

**Improvement Features**

Improvement #5: Residential Improvement Value: $5,000 Main Area: 0
State Code: A1 Description: OUTDOOR KITCHEN EV Gross Building Area: 1

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2008 | 0 | 1 |

**Improvement Features**

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|---|---|---|---|---|---|---|
| G2 | Site Value | 1.0784 | 46,977 | $8.51 | $400,000 | $0 |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|---|---|---|---|---|---|---|---|---|
| 9/2/25 | SWD | Spcl W/deed | ARROYO, MANUEL | RODRIGUEZ, LAURA P A | | | | 2025089833 |
| 11/23/20 | GWD | Gen W/deed | RINCON, ROBERTO E & RICARDO J | ARROYO, MANUEL | | | | 2020138110 |
| 8/19/15 | WDV | W/d & V/ln | ROMERO, ALFONSO CELIS & | RINCON, ROBERTO E & RICARDO J | | | | 2015081748 |
| 9/1/11 | GWD | Gen W/deed | CATER, BARENT W & PAMELA M | ROMERO, ALFONSO CELIS & | | | | 2011077900 |
| 7/10/08 | GWD | Gen W/deed | DASPIT, LAURENCE C | CATER, BARENT W & PAMELA M | | | | 2008069485 |
| 9/7/04 | WDV | W/d & V/ln | WOODLANDS LAND DEV CO LP | DASPIT, LAURENCE C | 666.10 | | 0712 | |