Exhibit B

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC,** | § | |
| **Plaintiffs,** | § | |
| | § | **CAUSE NO.** |
| **V.** | § | |
| | § | |
| **LAURA POALA ARROYO RODRIQUEZ,** | § | |
| **Defendant.** | § | |

**DECLARATION OF CHRISTOPHER T. BERG**

I, Christopher T. Berg, pursuant to 28 USC § 1746, declare as follows:

1. I am a partner at Ellis George LLP who represents Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively "Fox") in the case filed against Media Deportes Mexico, S. de R.L. de C.V. ("MDM") in the United States District Court for the Southern District of New York. I submit this declaration in support of Fox's Motion for an Emergency Ex Parte Temporary Restraining Order and Preliminary Injunction. I am over 18 years of age. I have personal knowledge of the facts in this declaration, and I am competent to testify to the facts set forth below.

2. Fox filed a Complaint against MDM, seeking to prevent and to recover for the misappropriation of Fox's intellectual property, the pursuit of litigation by MDM against Fox in Mexico in violation of an exclusive forum selection clause, and using that litigation to interfere with Fox's business relationships.

3. On August 14, 2025, the United Stated District Court for the Southern District of New York issue a Temporary Restraining Order and Order to Show Cause for Preliminary Injunction prohibiting MDM from using Fox Sports Trademarks in Mexico, using U.S. Fox Sports trademarks in the U.S., pursuing legal or regulatory action relating to the Fox Sports trademarks in Mexico, and interfering with Fox's relationships with certain business partners.

4. On August 29, 2025, the District Court in the SDNY issued an Order holding Manuel Arroyo ("Arroyo"), in civil contempt of the Temporary Restraining Order and imposed a fine of $200,000 per day against Arroyo and others, which the District Court in the SDNY ordered to take effect on September 6, 2025.

5. On September 2, 2025, Arroyo conveyed the real property located at 3 Philbrook Way, Spring, Texas 77382-1377 ("real property") by way of a Special Warranty Deed to his sister, Laura Paola Arroyo Rodriquez ("Rodriquez"). The consideration listed on the Special Warranty Deed paid by Rodriguez was "Love and affection and other good and valuable consideration."

6. Arroyo conveyed the real property to Rodriguez for no consideration, in an attempt to place his property out of reach from contempt sanction issued by the District Court in the SDNY. For that reason, Arroyo and Rodriquez will likely transfer, dissipate, or encumber the real property further, including by trying to sell it to a bona fide purchaser for value within the typical time period for Rodriguez to respond, if notice is given to Arroyo or Rodriquez prior to the issuance of the Temporary Restraining Order. Notice to Arroyo and Rodriquez should therefore be

excused to avoid the immediate and irreparable injury that will occur from the further transfer and/or encumbrance of the real property and resulting dissipation of Arroyo's assets.

Executed in Los Angeles, California, on the 30th day of September, 2025.

Christopher T. Berg