United States District Court
Southern District of Texas
**ENTERED**
November 10, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC,** | § | |
| **Plaintiffs,** | § | |
| | § | **CAUSE NO. 4:25-CV-4650** |
| **V.** | § | |
| | § | |
| **LAURA POALA ARROYO RODRIQUEZ,** | § | |
| **Defendant.** | § | |

**PRELIMINARY INJUNCTION ORDER**

This matter came before the Court by way of Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively "Plaintiffs" or "Fox") Application for Emergency Ex Parte Temporary Restraining Order And Motion for Injunctive Relief against Defendant Laura Poala Arroyo Rodriquez ("Defendant"). ECF No. 1. After considering Plaintiffs' Application, the Court granted the Application for Emergency Ex Parte Temporary Restraining Order and issued a Temporary Restraining Order on October 2, 2025. Dkt. No. 3. Plaintiffs and Defendant agreed to extend the Temporary Restraining Order until the hearing on Plaintiffs' Motion for Injunctive Relief to decide whether preliminary injunctive relief should be granted. Plaintiffs and Defendant have submitted a proposed order setting forth that a preliminary injunction hearing is not necessary because the parties have agreed that preliminary injunctive relief should issue for the duration of the case or until otherwise ordered by the Court. Therefore, based on Plaintiffs' unopposed application for a preliminary injunction and the findings made in the Court's

Temporary Restraining Order, ECF No. 3, the Court hereby ORDERS the following preliminary injunction:

1. The Court hereby exercises in rem jurisdiction over the real property located at 3 Philbrook Way, Spring, Texas 77382-1377 in Montgomery County, Texas with a legal description of Woodlands Village of Carlton Woods 13, Block 1, Lot 10, with Property ID 300698, Geographic ID 9600-13-01000, Tax Office ID 9600-13-01000 ("the Philbrook Way property");

2. Arroyo's transfer of title of the Philbrook Way property to Rodriguez by Special Warranty Deed dated September 2, 2025 is hereby voided. By operation of this Order, title to the Philbrook Way property is now held by Arroyo. Plaintiffs are ordered to cause this injunction to be recorded with the Montgomery county clerk's office, and the Montgomery county clerk's office is directed to record this order upon the Philbrook Way property;

3. Other than as ordered by the Court, any transfer or encumbrance of the Philbrook Way property in Montgomery, Texas is hereby enjoined to prevent dissipation of the Philbrook Way property;

4. The Philbrook Way property in Montgomery County, Texas shall be preserved in a constructive trust for the benefit of Plaintiffs;

It is further ORDERED that Plaintiffs are excused from posting a surety or other bond for good cause shown.

It is further ORDERED that this preliminary injunction will remain in effect for the duration of the case or until otherwise ordered by the Court.

IT IS SO ORDERD this 10th day of November, 2025.

United States District Judge

Agreed as to Form:

**PHELPS DUNBAR LLP**

*/s/ Marcus R. Tucker*
Marcus R. Tucker
Federal Bar No. 12769
State Bar No. 20282360
910 Louisiana, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: marcus.tucker@phelps.com
**ATTORNEYS FOR PLAINTIFFS**

**RINEY RONQUILLO SOULE PLLC**

/s/ *Steven R. Shaver*
Steven R. Shaver
State Bar No. 18136550
Marcos G. Ronquillo
State Bar No. 17226000
5420 LBJ Freeway, Ste. 220
Dallas, TX 75240
Telephone: 214-461-1206
Telecopier: 214-461-1210
Email: sshaver@rrspllc.com
Email: mgronquillo@fjrpllc.com
**ATTORNEYS FOR DEFENDANT**