Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FOX CORPORATION, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 4:25-CV-4650 |
| | § | |
| LAURA PAOLA ARROYO RODRÍGUEZ, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**TRIAL EXHIBIT LIST OF DEFENDANT**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | March 9, 2025 Rodriguez/Arroyo | | | | |
| 2 | March, 2025 email Gutierrez/Matos&Jawad | | | | |
| 3 | Gutierrez Action Plan | | | | |
| 4 | Payment | | | | |
| 5 | Valdez/Gutierrez email | | | | |
| 6 | Gutierrez firm/Jackie ward firm email | | | | |
| 7 | Valdez email sched notary | | | | |
| 8 | Gutierrez firm/Jackie ward firm email | | | | |
| 9 | Payment Ward Firm | | | | |
| 10 | Ward Firm email Arroyo | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Ward Firm email Arroyo Jun 9, 2025 | | | | |
| 12 | Valdez/Gutierrez law Jun 13, 2025 | | | | |
| 13 | Valdez/Gutierrez law Jul 25, 2025 | | | | |
| 14 | Valdez/Gutierrez law Aug 21, 2025 | | | | |
| 15 | Property Tx Rpt 2025 | | | | |
| 16 | Escritura 15253 | | | | |
| 17 | SDNY ECF 1 w/o exhibits | | | | |
| 18 | SDNY ECF 29 | | | | |
| 19 | SDNY ECF 42 | | | | |
| 20 | SDNY ECF 20 | | | | |
| 21 | SDNY ECF 44 | | | | |
| 22 | SDNY ECF 45 | | | | |
| 23 | SDNY ECF 47 | | | | |
| 24 | SDNY ECF 49 | | | | |
| 25 | SDNY ECF 50 | | | | |
| 26 | SDNY ECF 73 | | | | |
| 27 | SDTX ECF 1 | | | | |
| 28 | SDNY ECF 163 | | | | |
| 29 | SDNY ECF 168 | | | | |
| 30 | SDNY Docket Sheet | | | | |
| 31 | SDNY ECF 41 | | | | |
| 32 | SDNY ECF 107 | | | | |

Dated: August 31, 2026

Respectfully submitted,

By: /s/Steven R. Shaver
Steven R. Shaver
Texas Bar No. 18136550
sshaver@rrspllc.com
Marcos G. Ronquillo
Texas Bar No. 17226000
mgronquillo@rrspllc.com
Riney Ronquillo Soule PLLC
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240
(214) 461-1206 (Telephone)
(214) 461-1210 (Facsimile)

**ATTORNEYS FOR DEFENDANT**