Exhibit C

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC,** <br> **Plaintiffs,** <br><br> **V.** <br><br> **LAURA PAOLA ARROYO RODRIGUEZ,** <br> **Defendant.** | § § § § § § § § § § § | **CAUSE NO. 4:25-CV-4650** |

**WITNESS LIST OF PLAINTIFFS**

| No. | Witness Name | Witness Address |
|---|---|---|
| 1. | Justin Lancer | Phelps Dunbar LLP<br>1001 Fannin, Ste. 2200<br>Houston, Texas 77002 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐Record Custodian<br>Brief description of witness capacity and testimonial topics: Fox employee; Contingent on the Court's ruling on Plaintiffs' forthcoming Motion to Take Judicial Notice, Mr. Lancer is expected to testify regarding the proceedings in the Southern District of New York relating to the contempt order against Manuel Arroyo, including matters relevant to the Plaintiffs' claims | |
| 2. | Rosaura Rebecca Valdez Chow | 6806 Sandia Crest St.<br>Spring, Texas 77379 |

| | | |
|---|---|---|
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐Record Custodian<br>Brief description of witness capacity and testimonial topics: Manuel Arroyo's accountant/real estate agent; Ms. Valdez Chow is expected to testify regarding the 3 Philbrook Way property, communications regarding the transfer of the property, and related real estate records and transactions. | |
| 3. | Patricio Gutierrez | 212 East Bandera Road<br>Boerne, Texas 78006 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐Record Custodian<br>Brief description of witness capacity and testimonial topics: Attorney for Manuel Arroyo; Mr. Gutierrez is expected to testify regarding preparation of the deed, communications concerning the transfer of the 3 Philbrook Way property and 87 Lakeside Green property, the circumstances surrounding the transfer, and related records and transactions. | |
| 4. | Daniel Murphy | StoneTurn Group LLC<br>177 State Street, 2nd Floor<br>New York, NY 10004 |
| | x Live ☐ Deposition<br>☐ Fact x Expert ☐Record Custodian<br>Brief description of witness capacity and testimonial topics: Expert witness concerning asset search; Mr. Murphy is expected to testify regarding asset searches, due diligence, and assets held in Texas and United States by Manuel Arroyo, including his opinion that Manuel Arroyo had no other real estate assets in Texas after the transfers of 3 Philbrook Way and 87 Lakeside Green | |
| 5. | Mike Brubaker | Brubaker & Associates, Inc.<br>7626 Hammerly Blvd.<br>Houston, Texas 77055 |

| | | |
|---|---|---|
| | x Live ☐ Deposition<br>☐ Fact x Expert ☐Record Custodian<br>Brief description of witness capacity and testimonial topics: Real estate appraiser; Mr. Brubaker expected to testify regarding the market value of the property located at 3 Philbrook Way, Spring, Texas 77382. | |
| 6. | Laura Paola Arroyo Rodriguez | 3 Philbrook Way<br>Spring, Texas 77382-1377 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐Record Custodian<br>Brief description of witness capacity and testimonial topics: Defendant; anticipated to testify regarding the property transfers, ownership/possession of 3 Philbrook Way, and facts related to Plaintiffs' claims and defenses | |
| 7. | Daniel Gervitz | 3 Philbrook Way<br>Spring, Texas 77382-1377 |
| | x Live ☐ Deposition<br>x Fact ☐ Expert ☐Record Custodian<br>Brief description of witness capacity and testimonial topics: Husband of Defendant; Mr. Gervitz; expected to testify regarding communications and events relating to the transfer of the 3 Philbrook Way property. | |

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Marcus Tucker*
Marcus R. Tucker
Federal Bar No. 12769
State Bar No. 20282360
1001 Fannin Street, Suite 2200
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: marcus.tucker@phelps.com

**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**

**PHELPS DUNBAR LLP**

D. Michael Hurst, Jr.
MSB No. 99990
1905 Community Bank Way, Ste. 200
Flowood, MS 39232
Telephone: 601-352-2300
***Admitted Pro Hac Vice*

**STEPTOE, LLP**

Katherine A. Petti (CA Bar No. 339052)**
Christopher T. Berg (Bar No. 24082682)
Steptoe LLP
633 W. Fifth Street
Ste 19th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9543
kpetti@steptoe.com
cberg@steptoe.com
***Admitted Pro Hac Vice*

I certify that on this 31st day of August 2026, the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Marcus R. Tucker*
Of Phelps Dunbar LLP