Exhibit D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FOX CORPORATION, ET AL<br><br>Plaintiffs,<br><br>v.<br><br>LAURA PAOLA ARROYO RODRÍGUEZ,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 4:25-CV-4650 |

**TRIAL WITNESS LIST OF DEFENDANT LAURA PAOLA ARROYO RODRIGUEZ**

| No. | Witness Name | Witness Address |
|---|---|---|
| 1. | Laura Paola Arroyo Rodríguez | c/o Riney Ronquillo Soule, PLLC, 5420 LBJ Freeway, Suite 220, Dallas, TX 75240 |
| | X Live ☐ Deposition<br>X Fact ☐ Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:* Ms. Arroyo is the Defendant and she is expected to testify about the house that was given to her by her brother Manuel Arroyo, the reasons, when, the actions taken by her to receive the house, the actions taken by her brother's realtor and attorney to transfer the house, the actions taken by her brother, the reason for a limited liability company, her and her family's history with the house, and on any other topic testified to by another witness. | |
| 2. | Daniel Gervitz | c/o Riney Ronquillo Soule, PLLC, 5420 LBJ Freeway, Suite 220, Dallas, TX 75240 |

| | | |
|---|---|---|
| | X Live ☐ Deposition<br>X Fact ☐ Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:* Mr. Gervitz is Ms. Arroyo's husband and he is expected to testify about the house that was given to his wife by her brother Manuel Arroyo, the reasons, when, the actions taken by her to receive the house, the actions taken by her brother's realtor and attorney to transfer the house, the reason for a limited liability company, the plans to build a portfolio of investment property in Texas, the family's history with the house, and on any other topic testified to by another witness. | |
| 3. | Rebecca Valdez Chow | 22 Monet Bend Place, Spring, TX 75240 |
| | X Live ☐ Deposition<br>X Fact ☐ Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:* Ms. Valdez is a real estate agent hired to facilitate the transfer of the house that is the basis of this lawsuit. She is expected to testify about how she knows Manuel Arroyo, when she was hired by him to transfer a house to Mr. Arroyo's sister, what Mr. Arroyo asked her to do to transfer the house, what she did to have the house transferred, Mr. Arroyo's efforts to transfer the house to his sister, Ms. Valdez's understanding of why Mr. Arroyo transferred the house to his sister, Ms. Valdez will explain the communications between her, Mr. Arroyo, Ms. Arroyo, the notary public, and Patricio Gutierrez, and on any other topic testified to by another witness. | |
| 4. | Patricio Gutierrez, Esquire | 1650 Paredes Line Road, Suite 101, Brownsville, TX 78521 |
| | X Live Deposition<br>X Fact Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:* Mr. Gutierrez, a licensed lawyer, was hired by Ms. Valdez to represent Manuel Arroyo in the transfer of the house to his sister Paola Arroyo. Mr. Gutierrez is expected to testify about why and when he was hired by Mr. Arroyo, his actions and those of his firm to transfer the house to Ms. Arroyo, his understanding of Ms. Arroyo's limited liability company, the process to transfer a Texas house by an owner in Mexico, the communications from and to his firm by Ms. Valdez, Ms. Arroyo, Mr. Arroyo, and representatives of the Jackie Ward Law Firm. | |
| 5. | David Lopez | 333 Convent Street, San Antonio, TX 78205 |

| | | |
|---|---|---|
| | X Live ☐ Deposition<br>☐ Fact X Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:* Mr. Lopez is a licensed and practicing attorney; he has been retained by Defendant to offer expert testimony. Mr. Lopez is expected to testify about the Mexican legal system and, in particular, the application of the national Code of Civil and Family Procedures to Manuel Arroyo and the New York judgment against him. See Mr. Lopez's March 2, 2026 Declaration filed in this case. | |
| 6. | Justin Lancer | c/o Plaintiffs' counsel |
| | Brief description of witness capacity and testimonial topics: Mr. Lancer is a designated witness by Plaintiffs; he is an executive vice-president of Fox Corporation. He is expected to testify about his review of public filings in the Southern District of New York Cause No. 1:25-cv-06703, Fox Corporation, Fox Media, LLC, and Fox Sports En Español, LLC, v. Media Deportes Mexico, S. de R.L. de C.V | |

If any other witnesses will be called at the trial, their names, addresses, and the subject matter of their testimony will be reported to opposing counsel as soon as they are known. This restriction will not apply to rebuttal or impeachment witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial.

Dated: August 31, 2026

Respectfully submitted,

By: /s/Steven R. Shaver

Steven R. Shaver
Texas Bar No. 18136550
sshaver@rrspllc.com
Marcos G. Ronquillo
Texas Bar No. 17226000
mgronquillo@rrspllc.com
Riney Ronquillo Soule PLLC
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240
(214) 461-1206 (Telephone)
(214) 461-1210 (Facsimile)

**ATTORNEYS FOR DEFENDANT**