**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC,** | § | |
| **Plaintiffs,** | § | |
| | § | **CAUSE NO. 4:25-CV-4650** |
| **V.** | § | |
| | § | |
| **LAURA PAOLA ARROYO RODRIGUEZ,** | § | |
| **Defendant.** | § | |

**PLAINTIFFS' SECOND AMENDED TRIAL EXHIBIT LIST**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1. | Temporary Restraining Order and OSC for Preliminary Injunction (SDNY Dkt. No. 29) (FOX 000001 – FOX 000011) | | | | |
| 2. | Order Modifying TRO and OSC for Preliminary Injunction (SDNY Dkt. No. 41) (FOX 000012 – FOX 000014) | | | | |
| 3. | Order Holding Media Deportes Mexico in Contempt (SDNY Dkt. No. 44) (FOX 000015 – FOX 000016) | | | | |
| 4. | Order Holding Mexico Sports Distribution LLC et al. in Contempt (SDNY Dkt. No. 45) (FOX 000017 – FOX 000018) | | | | |
| 5. | Order Granting Preliminary Injunction (SDNY Dkt. No. 49) (FOX 000019 – FOX 000021) | | | | |
| 6. | Memorandum Order (SDNY Dkt. No. 73) (FOX 000022 – FOX 000030) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Special Warranty Deed (FOX 000031 – FOX 000033) | | | | |
| 8. | MCAD Property Summary Report (2025) (FOX 000034 – FOX 000036) | | | | |
| 9. | Certificate of Service re Contempt Order (SDNY Dkt No. 55) (FOX 000037 – FOX 000039) | | | | |
| 10. | Order Modifying TRO (SDNY Dkt. No 39) (FOX 000040 – FOX 000043) | | | | |
| 11. | Final Judgment Against Manuel Arroyo (SDNY ECF 107) (FOX 000044 – FOX 000045) | | | | |
| 12. | Deed for 3 Philbrook Way, Spring, TX to Manuel Arroyo (FOX 000046 – FOX 000050) | | | | |
| 13. | Deed for 63 E. Hullwood Circle, Spring, TX (FOX 000051 – FOX 000053) | | | | |
| 14. | Tax Assessor Info for 63 E. Hullwood (FOX 000054) | | | | |
| 15. | 08/29/2025 Email Correspondence to MDM Mexico Counsel (FOX 000055 – FOX 000066) | | | | |
| 16. | Manuel Arroyo LinkedIn Page (FOX 000067 – FOX 000070) | | | | |
| 17. | Photograph of 63 E. Hullwood Circle (FOX 000071) | | | | |
| 18. | Deed for 87 Lakeside Green to Arroyo Monge (FOX 000713 – FOX 000715) | | | | |
| 19. | Plaintiffs' Emergency Motion for Contempt Against Nonparties Mexico Sports Distribution LLC, Grupo Lauman Holding, and Manuel Arroyo – | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | SDNY ECF No. 42 (FOX 000747-000753) | | | | |
| 20. | SDNY Dkt. No. 42-1, Exs. A, A1, B, B1 (FOX 000754-000797) | | | | |
| 21. | Certificate of Service on MDA via Paulo Diez Gargari – SDNY ECF No. 51 (FOX 000798-000800) | | | | |
| 22. | Response in Support of Plaintiffs' Emergency Motion to Hold Defendant Media Deportes Mexico and Non-parties Mexico Sports Distribution LLC, Grupo Lauman Holding and Manuel Arroyo in Contempt - SDNY ECF No. 66 (FOX 000804-000819) | | | | |
| 23. | Montgomery County Property Tax Statement for 3 Philbrook Way - Laura Paola Arroyo Rodriguez Deposition | | | | |
| 24. | Email from Rosaura Rebeca Valdez Chow to Gutierrez Law Group representatives regarding need for urgent transfer of property dated August 29, 2025 at 1:49 pm (FOX 000143) - Rosaura Rebeca Valdez Chow Deposition | | | | |
| 25. | Gutierrez Law Group email correspondence with Rebeca Rosaura Valdez Chow re virtual notary call/property-transfer process from August 29, 2025 at 3:23 pm to September 2, 2025 (FOX 000144 - FOX 000164) - Rosaura Rebeca Valdez Chow Deposition | | | | |
| 26. | Email correspondence between Gutierrez Firm and Jackie Ward Law Firm regarding transfer from August 29, 2025 to September 8, 2025 regarding transfer and creation of LLC (PG0031 – PG 0033) - Patricio Gutierrez Deposition 04/21/2026 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 27. | E-mails between Gutierrez Law Firm representatives and Rosaura Rebeca Valdez Chow quoting price for property transfer to LLC dated September 4, 2025 (PG0029 – PG0030) - Patricio Gutierrez Deposition 04/21/2026 | | | | |
| 28. | E-mail from Guitierrez Law Firm representative Patricio Gutierrez to Rosaura Rebeca terminating attorney-client relationship dated September 12, 2025 - Patricio Gutierrez Deposition 04/21/2026 | | | | |
| 29. | Gutierrez Law Firm Refund for Second Engagement to transfer to LLC (PG0191, PG0192 and PG0111) - Patricio Gutierrez Deposition 04/21/2026 | | | | |
| 30. | Email correspondence from Rosaura Rebeca Valdez Chow to Gutierrez Law Firm representatives re need for urgent transfer of properties (PG0329) - Patricio Gutierrez Deposition 06/18/2026 | | | | |
| 31. | Certified English translation of FOX 000143 - Email correspondence from Rosaura Rebeca Valdez Chow to Gutierrez Law Firm representatives re need for urgent transfer of properties - Patricio Gutierrez Deposition 06/18/2026 | | | | |
| 32. | Email correspondence from Gutierrez Law firm representative to Rosaura Rebeca Valdez Chow confirming notary appointment for Manuel Arroyo dated | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | August 29, 2025 (PG0327–PG0328) - Patricio Gutierrez Deposition 06/18/2026 | | | | |
| 33. | Email correspondence from Rosaura Rebeca Valdez Chow and missed virtual notary appointment notice (PG0330–PG0332) - Patricio Gutierrez Deposition 06/18/2026 | | | | |
| 34. | Email correspondence between Gutierrez Law firm representative and Rosaura Rebeca Valdez Chow regarding virtual notary call and property transfers dated September 1, 2025 through September 2, 2025 (PG0344–PG0355) - Patricio Gutierrez Deposition 06/18/2026 | | | | |
| 35. | Automatic reply regarding virtual notary call (PG0335) - Patricio Gutierrez Deposition 06/18/2026 | | | | |
| 36. | Email correspondence from Rosaura Rebeca Valdez Chow to Gutierrez Law Firm representative requesting virtual appointment with Manuel Arroyo (PG0356) - Patricio Gutierrez Deposition 06/18/2026 | | | | |
| 37. | Stoneturn Report (2/16/2026) (FOX 000698 – FOX 000699) | | | | |
| 38. | CV of Dan Murphy (FOX 000700 – FOX 000702) | | | | |
| 39. | CV of Mike Brubaker (FOX 000703 – FOX 000712) | | | | |
| 40. | Appraisal Report (FOX 000716-000746) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 41 | SDNY Dkt No. 67-4 2025-09-08 Ex. D | | | | |
| 42 | SDNY Dkt No. 67-5 2025-09-08 Ex. E | | | | |
| 43 | SDNY Dkt No. 9 - Memorandum of Law in Support of Plaintiff's Exparte Motion | | | | |
| 44 | November 2024 Fox Cable Network Services Letter to Grupo Lauman | | | | |
| 45 | MDM Registro Publico de Comercio | | | | |
| 46 | MSD LLC Agreement | | | | |
| 47 | SDNY 13-3 2025.03.26 English - MSD MDM motion for injunction - 42nd Mexico court | | | | |
| 48 | SDNY 13-4 2025.03.26 Spanish - MSD MDM motion for injunction - 42nd Mexico court | | | | |
| 49 | Translation Certificate and FOX 000143 to FOX 000164 | | | | |
| 50 | Registration Action, Dkt. No. 17 - Arroyo's opposition to Plaintiffs' motion to compel. | | | | |
| 51 | Registration Action, Dkt. No. 48 - Order granting Plaintiffs' motion to compel. | | | | |
| 52 | Registration Action, Dkt. No. 55 - Motion for contempt against Arroyo for violating MTC order | | | | |
| 53 | Opinion & Order – SDNY Litigation, Dkt. No. 96 | | | | |
| 54 | Opinion & Order – SDNY Litigation, Dkt. No. 172 | | | | |
| 55 | Withdrawn | | | | |
| 56 | Withdrawn | | | | |
| 57 | Registration Action, Dkt No 14-3 - Plaintiffs' interrogatories to Arroyo | | | | |
| 58 | Photographs of 3 Philbrook Way | | | | |
| 59 | SDNY Dkt. No. 137. Memorandum Op. and Order re MSD Contempt | | | | |
| 60 | SDNY Dkt. No. 11-50 – License Termination Letter Dated March 3, 2025 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 61 | Deposition of Rosaura Rebeca Valdez Chow | | | | |

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Marcus Tucker*
Marcus R. Tucker
Federal Bar No. 12769
State Bar No. 20282360
1001 Fannin, Suite 2200
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: marcus.tucker@phelps.com

**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**
**PHELPS DUNBAR LLP**

D. Michael Hurst, Jr.
MSB No. 99990
1905 Community Bank Way, Ste. 200
Flowood, MS 39232
Telephone: 601-352-2300
***Admitted Pro Hac Vice*

**STEPTOE, LLP**

Katherine A. Petti (CA Bar No. 339052)**
Christopher T. Berg (Bar No. 24082682)
Steptoe LLP
633 W. Fifth Street
Ste 19th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9543
kpetti@steptoe.com
cberg@steptoe.com
**Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that on this 14th day of September 2026, the foregoing was electronically served on all counsel of record via the Court's CM/ECF system.

*/s/ Marcus R. Tucker*
Of Phelps Dunbar LLP