United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Fox Corporation, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-4650 |
| | § | |
| Laura Paola Arroyo Rodriguez, | § | |
| | § | |
| Defendant. | § | |

# ORDER GRANTING LEAVE TO FILE TRIAL MEMORANDUM

Before the Court is Defendant Laura Paola Arroyo Rodriguez's Opposed Motion for Leave to File her Trial Brief. Doc. 102. The Motion is GRANTED IN PART.

As the Court stated at Docket Call on October 2, 2026, Defendant's trial memorandum must omit any arguments, particularly those related to jurisdiction, that were previously addressed by the Court's Order denying Defendant's Motion to Vacate, Doc. 103.

Defendant must file her trial memorandum no later than Tuesday, October 6, 2026, at 5:00 p.m. Accordingly, Plaintiffs must file their response no later than Tuesday, October 13, 2026, at 5:00 p.m.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 6th of October, 2026.

Nicholas J. Ganjei
United States District Judge