**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **FOX CORPORATION,** | § | |
| **FOX MEDIA LLC, and** | § | |
| **FOX SPORTS EN ESPAÑOL LLC,** | § | |
| ***Plaintiffs,*** | § | |
| | § | **CAUSE NO. 4:25-CV-04650** |
| **v.** | § | |
| | § | |
| **LAURA PAOLA ARROYO** | § | |
| **RODRIGUEZ,** | § | |
| ***Defendant.*** | § | |

# DECLARATION OF MARCUS R. TUCKER

I, Marcus R. Tucker, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with Phelps Dunbar LLP, counsel of record for Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC (collectively, "Fox"). I submit this declaration in support of Plaintiffs' Response to Defendant's Trial Memorandum.

2. I am over eighteen years of age. I have firsthand, personal knowledge of the facts set forth below and could competently testify thereto if called as a witness.

3. Attached as **Exhibit A** is a true and correct copy of an excerpt from Rosaura Rebecca Valdez Chow's deposition transcript.

4. Attached as **Exhibit B** is a true and correct copy of an excerpt from Patricio Gutierrez's deposition transcript.

5. Attached as **Exhibit C** is a true and correct copy of a certified translation of the email exchange between Rosaura Chow and a staff member at the Gutierrez Law Firm.

6. Attached as **Exhibit D** is a true and correct copy of Plaintiffs' subpoena to Manuel Arroyo in the SDNY action.

7. Attached as **Exhibit E** is a true and correct copy of the SDNY's order compelling Arroyo to comply with Plaintiffs' subpoena.

8. Attached as **Exhibit F** is a true and correct copy of the SDNY's order holding Arroyo in contempt for disobeying the order to comply with the subpoena.

9. Attached as **Exhibit G** and **Exhibit H** are true and correct copies of correspondence from Rodriguez's counsel representing to Plaintiffs that Rodriguez is withdrawing her affirmative defenses.

I declare under penalty of perjury that the statements in this declaration are true and correct.

Executed this 13th day of October 2026 in Harris County, Texas.

Marcus R. Tucker