# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FOX CORPORATION, FOX MEDIA, LLC, and FOX SPORTS EN ESPANOL, LLC,

Plaintiffs,

CAUSE NO. 4:25-CV-4650

vs.

LAURA PAOLA ARROYO RODRIGUEZ,

Defendant.

---

ORAL VIDEOTAPED DEPOSITION OF
ROSAURA REBECCA VALDEZ CHOW
MARCH 12, 2026

---

ORAL VIDEOTAPED DEPOSITION OF ROSAURA REBECCA VALDEZ CHOW, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on March 12, 2026, from 10:00 a.m. to 2:00 p.m., Nilda Codina, Notary in and for the State of Texas, recorded by machine shorthand, from The Woodlands Waterway Marriott Hotel, 1601 Lake Robbins Drive, The Woodlands, Texas, 77380, pursuant to the Federal Rules of Civil Procedure, and

Gutierrez Law Group dated August 29, 2025, at 1:49 p.m.; is that correct?

THE INTERPRETER: Sorry, correction for the interpreter. The interpreter said 28th of August it's the 29th.

Q. (BY MR. TUCKER) So the record is clear, this is an email from you, Ms. Chow, to the Gutierrez Law Firm members that you sent on August 29, 2025, at 1:49 p.m. which I marked as Exhibit 8, correct?

(Exhibit No. 8 marked.)

A. Correct.

Q. (BY MR. TUCKER:) All right. We talked about how you all had how the -- you'd been trying to arrange the notary appointment for several months; correct, prior to this?

A. Yes.

Q. And then on August 29, 2025, you send this email. Can you please read it for me?

A. "Nicole, good afternoon. Mr. Arroyo is available today in the afternoon and it is urgent for him that we do this today.

If it's necessary to pay extra, there's no problem. He has very little availability, could you help us out with this, if not today, if it's not possible today what would be the next opportunity?

Please try to do this today or tomorrow. Thank you very much".

Q. Thank you for reading that, Ms. Chow. Why did you say that the appointment needed to be scheduled today?

A. Because this is what Mr. Arroyo requested, that it be today or as soon as possible.

Q. Why did you say it was urgent?

A. He said it.

Q. Mr. Arroyo told you that it was urgent to get the appointment scheduled today or as soon as possible?

A. Correct. I added the part that said if we need to pay extra, it's okay.

Q. And I believe I looked at this up on my iPhone that August 29, 2025, was a Friday.

The Friday before Labor Day weekend; does that sound right to you, Ms. Chow?

A. Yeah. There was a break, a vacation coming up, yes.

Q. And did Mr. Arroyo tell you why it was urgent that the appointment needed to be scheduled that day or as soon as possible?

A. He had already previously told me that he wanted to finish with this process as soon as possible.

Q. This is a conversation that you had with him

on the 29th?
A. You mean whether that was the reason why I wrote this email?
Q. Well, what I was trying to understand when Mr. Arroyo told you that you needed it done today, it was urgent to get it done today or as soon as possible, when did Mr. Arroyo tell you that?
A. That day.
Q. Did he tell you by phone or text or WhatsApp?
A. Yeah, by phone.
Q. Okay. So then you immediately set out to try to get the appointment scheduled?
A. Yes.
Q. And you did that by reaching out to the Gutierrez Law Firm?
A. Yeah, this is it.
Q. And did the Gutierrez Law Firm respond that you recall?
A. First, I wrote then I left a voice message and then they called me back.
Q. And did you get the appointment scheduled?
A. At that point they said they would try, but it was going to be difficult because it was Labor Day, but they'll do everything possible.
Q. And so what, there was no appointment that