# Exhibit C

UNIVERSE
TECHNICAL TRANSLATION

9225 Katy Freeway, Suite 400
Houston, Texas 77024 U.S.A.

Tel: 713.827.8800
Fax: 713.464.5511

Email: universe@universe.us
www.universetranslation.com

## CERTIFICATION AND NOTARIZATION

City of Houston, State of Texas, County of Harris

I, Carla De Pena, hereby certify that the following documents are, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

- Page 100 - FOX 000911
- Page 101 - FOX 000912
- Page 102 - FOX 000913

Carla De Pena

Carla De Pena

Sworn to before me on this 12h day of October 2026

State of Texas
County of Harris

THE UNDERSIGNED NOTARY PUBLIC in and for the State of Texas, hereby attests that the above Carla De Pena did personally appear before her on the 12th day of October 2026 and, having been duly sworn, did execute this document, in witness thereof I hereby affix my signature.

Soad Sefriou

SOAD SEFRIOU
Notary ID #132395512
My Commission Expires
April 9, 2028

NOTARY PUBLIC
STATE OF TEXAS

GUTIERREZ

**Patricio J. Gutierrez <patricio@gutierrezlaw.group>**

**Fwd: Signatures**
2 messages

**Nicolle – Gutierrez Law Group** <nicolle@gutierrezlaw.group> Mon, Sep 8, 2025 at 3:05 PM
To: "Patricio J. Gutierrez" <patricio@gutierrezlaw.group>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Patricio

Here is the message in which Rebeca tells us that Berenice Monge is also a co-owner, but we sent her the deeds, which listed only Mr. Manuel Arroyo.

Best regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

________Forwarded message________
From: **Nicolle – Gutierrez Law Group** <nicolle@gutierrezlaw.group>
Date: Thu, Aug 21, 2025 at 12:52 PM
Subject: Re: Signatures
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Thank you very much for the update, Mrs. Rebeca.

I look forward to coordinating the appointment as soon as Mr. Arroyo returns at the end of the month.

Best regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers



RODRIGUEZ
4:25-CV-4650
No. 14

PG0100
FOX 000911

On Thu, Aug 21, 2025 at 12:43PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Hello! Just yesterday he told me he would be back during the last few days of the month, and that I should reach out then to schedule the appointment.
Give me a few more days and we'll coordinate, thanks

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Aug 21, 2025, at 12:39 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Good morning Mrs. Rebeca,

I hope you are well.

I am writing to follow up and ask if Mr. Arroyo is available to schedule the appointment with the notary.

I look forward to your comments.

Kind regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Tue, Aug 12, 2025 at 2:41 PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Good morning Mrs. Rebeca,

I hope you are well.

Regarding the property at 87 Lakeside Green, in the deeds we shared with you, the property is listed solely in the name of Mr. Manuel Arroyo. I am again attaching the deeds we have for the property, since Mrs. Berenice is not listed in this document. Please confirm if there have been any changes after the date December 2005.

Regarding the issue of business acquisitions, it is a matter that we can handle and in which Attorney Patricio specializes.
If you'd like, we can schedule a meeting with the client to get more information about how we can assist them..

I look forward to your comments.

Kind regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://qutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Mon. Aug 11, 2025 at 7:16 PM Rebeca Valdez <rrchow1000@gmatl.com> wrote:

Good afternoon, I have a question about the transfer of ownership of one of the houses.
The one at 87 Lakeside is in the name of Mr. Arroyo and Mrs. Berenice Monge. For the virtual appointment, must both of them be present, or only him? The other house is in his name only.
Since you haven't mentioned it to me, I just want to be sure before scheduling, thank you.
Do you also handle changes of ownership for companies? Like LLCs
Thank you and best regards,
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

GUTIERREZ

**Patricio J. Gutierrez <patricio@gutierrezlaw.group>**

---

## Fwd: Firmas

2 messages

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Mon, Sep 8, 2025 at 3:05 PM
To: "Patricio J. Gutierrez" <patricio@gutierrezlaw.group>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Patricio,

Aquí está la comunicación donde Rebeca nos comenta que Berenice Monge también es parte de la propiedad, pero le enviamos las escrituras donde solo figuraba el Sr. Manuel Arroyo.

Saludos,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

---------- Forwarded message ---------
From: **Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group>
Date: Thu, Aug 21, 2025 at 12:52 PM
Subject: Re: Firmas
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Muchas gracias por la actualización, Sra. Rebeca.

Quedo atenta para que podamos coordinar la cita en cuanto el Sr. Arroyo regrese a finales de mes.

Saludos,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers



RODRIGUEZ
4:25-CV-4650
No. 14

PG0100
FOX 000911

On Thu, Aug 21, 2025 at 12:43 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Hola! Justo ayer me dijo que estaria de regreso los ultimos dias del mes que me comunique para agendar. Dame unos dias mas y coordinamos , gracias

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Aug 21, 2025, at 12:39 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Buen día Sra. Rebeca,

Espero que se encuentre bien.

Le escribo para dar seguimiento y consultar si el Sr. Arroyo tendrá ya alguna disponibilidad para coordinar la cita con el notario.

Quedo atenta a sus comentarios.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Tue, Aug 12, 2025 at 2:41 PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Buen día Sra. Rebeca,

Espero que se encuentre bien.

Con respecto a la propiedad de 87 Lakeside Green, en las escrituras que le compartimos, la propiedad figura únicamente a nombre del Sr. Manuel Arroyo. Adjunto nuevamente las escrituras que tenemos de la propiedad, dado que la Sra. Berenice no figura en este documento, me confirmar si ha habido algún cambio después de esta fechada en diciembre 2005.

En cuanto al tema de adquisición de negocios, es un tema que podemos manejar y en el cual el Abogado Patricio se especializa.
Si gusta podemos agendar una reunión con el cliente para tener más información referente a como podemos apoyarle.

Quedo atenta a sus comentarios.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Mon, Aug 11, 2025 at 7:16 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Buenas tardes, tengo una duda acerca del traspaso de propiedad de una de las casas.
La de 87 Lakeside esta a nombre del Sr Arroyo y la Sra Berenice Monge en esta casa para la cita virtual deben estar los dos o el solamente. La otra casa esta solo a nombre de el.
Como no me lo han mencionado, solo para estar seguros antes de agendar gracias.
Ustedes también hacen cambio de dueño a compañías? Como LLCs
Gracias y saludos ,
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150