# Exhibit E

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FOX CORPORATION, FOX MEDIA LLC, FOX SPORTS EN ESPAÑOL LLC,

Plaintiffs,

v.

MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,

Defendant.

Case No.: 1:25-cv-06703

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL MANUEL ARROYO'S COMPLIANCE WITH THE FIRST INFORMATION SUBPOENA**

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC have moved the Court to compel Manuel Arroyo to produce information responsive to a First Information Subpoena served upon him. Having reviewed the papers, declarations, exhibits, and memorandum of law, it is hereby

ORDERED that Manuel Arroyo is directed to provide responsive information to the First Information Subpoena no later than seven (7) days from the date of this Order.

**IT IS SO ORDERED**

New York, New York
July 7, 2026

Jed S. Rakoff, U.S.D.J.