# Exhibit G

**Marcus Tucker**

| | |
|---|---|
| **From:** | Steven R. Shaver <sshaver@rrspllc.com> |
| **Sent:** | Wednesday, October 7, 2026 12:52 PM |
| **To:** | Marcus Tucker |
| **Cc:** | Berg, Christopher; Petti, Katherine; Mike Hurst; Marcos Ronquillo; Dora Clark |
| **Subject:** | RE: Fox v. Rodriguez |

Marcus,

Your email is confirmed.

I will revise the Defendant's exhibit list next week.

Does Fox intend to revise its list with the jurisdiction issue out for trial?

Regards,

RINEY | RONQUILLO | SOULE

Steven R. Shaver

**Direct Dial:** 214-789-8074
**Facsimile:** 214-461-1210
**Email:** sshaver@rrspllc.com
**Website:** www.rrspllc.com
Two Lincoln Centre
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240

This communication is not a "written opinion" within the meaning of the Treasury Circular 230.

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive client-attorney, work product or other privilege by the transmission of this message.

**From:** Marcus Tucker <Marcus.Tucker@phelps.com>
**Sent:** Wednesday, October 7, 2026 11:48 AM
**To:** Steven R. Shaver <sshaver@rrspllc.com>
**Cc:** Berg, Christopher <cberg@steptoe.com>; Petti, Katherine <kpetti@steptoe.com>; Mike Hurst <Mike.Hurst@phelps.com>; Marcos Ronquillo <mgronquillo@rrspllc.com>; Dora Clark <dclark@rrspllc.com>
**Subject:** Fox v. Rodriguez

*[EXTERNAL EMAIL] This email originated from an external sender. Please exercise caution and report any suspicious attachments, links, or requests for sensitive information.*

Hello Steve,

This e-mail confirms my understanding from our call today that Defendant agrees that Plaintiffs can amend the JPTO to remove all affirmative defenses provided Defendant can include a sentence that preserves the right to appeal the Motion to Vacate ruling.

We will prepare an amended JTPO and send it to you for approval. Please provide the sentence you want to include in the JTPO.

Also, I confirm that Defendant agrees to amend her Exhibit List to remove the Exhibits that have been withdrawn.

Please let me know if my understanding is incorrect.

Marcus

**Marcus R. Tucker**
Partner
Phelps Dunbar LLP
1001 Fannin St. Suite 2200
Houston, TX 77002
Direct: 713-225-7279
Mobile: 713-397-5252
Fax: 713-626-1388
Email: marcus.tucker@phelps.com

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.