# Exhibit H

**Marcus Tucker**

**From:** Steven R. Shaver <sshaver@rrspllc.com>
**Sent:** Friday, October 2, 2026 12:10 PM
**To:** Marcus Tucker
**Cc:** Marcos Ronquillo
**Subject:** Fox v Paola Rodriguez

Marcus,

Given the court's order this morning, we plan to withdraw exhibits 16-19, 21-32.

Also, we will withdraw our affirmative defenses except for invalidity of the SDNY judgment.

Regards,

RINEY | RONQUILLO | SOULE

Steven R. Shaver

**Direct Dial:** 214-789-8074
**Facsimile:** 214-461-1210
**Email:** sshaver@rrspllc.com
**Website:** www.rrspllc.com
Two Lincoln Centre
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240

This communication is not a "written opinion" within the meaning of the Treasury Circular 230.

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive client-attorney, work product or other privilege by the transmission of this message.