United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Fox Corporation, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-4650 |
| | § | |
| Laura Paola Arroyo Rodriguez, | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING MOTION FOR SANCTIONS**

Before the Court is the Plaintiffs' Opposed Motion for Sanctions. Doc. 99. For the reasons set forth below, the Motion is DENIED AS MOOT.

At Docket Call on October 2, 2026, the Court addressed the parties' arguments with respect to Plaintiffs' Motion. Plaintiffs argued that the trial brief proposed by Defendant Rodriguez in her Motion for Leave to File, Doc. 102, would be severely prejudicial to them because Defendant's counsel did not timely file under this Court's procedures. Defendant argued that she was unaware of the filing deadline.

While the Court largely agrees with Plaintiff's arguments, the Court orally granted Defendant's Motion for Leave to File at the docket call, with an accompanying written order at Doc. 104. Defendant has since filed her new trial brief. Doc. 106. At this point, since the Court allowed Defendant to file a new brief, the Court finds Plaintiffs' arguments moot. Accordingly, Plaintiff's Motion, Doc. 99, is DENIED AS MOOT.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 21st of October, 2026.

Nicholas J. Ganjei
United States District Judge