**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

FOX CORPORATION, ET AL §
§
Plaintiffs, §
§
v. § Civil No. 4:25-CV-4650
§
LAURA PAOLA ARROYO RODRÍGUEZ, §
§
§
Defendant. §

**REVISED FIRST AMENDED TRIAL EXHIBIT LIST OF DEFENDANT**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | March 9, 2025 Rodriguez/Arroyo | | | | |
| 2 | March, 2025 email Gutierrez/Matos&Jawad | | | | |
| 3 | Gutierrez Action Plan | | | | |
| 4 | Payment | | | | |
| 5 | Valdez/Gutierrez email | | | | |
| 6 | Valdez/Gutierrez email 4/15 | | | | |
| 7 | Valdez/Gutierrez email 5/15 | | | | |
| 8 | Valdez/Gutierrez email 6/19 | | | | |
| 9 | Valdez/Gutierrez email 6/24 | | | | |
| 10 | Valdez/Gutierrez email 7/25 | | | | |
| 11 | Gutierrez firm/Jackie Ward firm email 5/21 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Gutierrez firm/Jackie Ward firm email 4/17 | | | | |
| 13 | Gutierrez firm/Jackie Ward firm email 5/15 | | | | |
| 14 | Valdez email sched notary | | | | |
| 15 | Gutierrez firm/Jackie Ward firm email | | | | |
| 16 | Payment Ward Firm | | | | |
| 17 | Ward Firm email Arroyo | | | | |
| 18 | Ward Firm email Arroyo Jun 9, 2025 | | | | |
| 19 | Valdez/Gutierrez Law Jun 13, 2025 | | | | |
| 20 | Valdez/Gutierrez Law Jul 25, 2025 | | | | |
| 21 | Valdez/Gutierrez Law Aug 21, 2025 | | | | |
| 22 | Valdez/Gutierrez Law 8/29 | | | | |
| 23 | Property Tx Rpt 2025 | | | | |
| 24 | SDNY ECF 50 | | | | |

Dated: Original date September 8, 2026; Revised October 21, 2026

Respectfully submitted,

By: /s/Steven R. Shaver
Steven R. Shaver
Texas Bar No. 18136550
sshaver@rrspllc.com
Marcos G. Ronquillo
Texas Bar No. 17226000
mgronquillo@rrspllc.com
Riney Ronquillo Soule PLLC
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240
(214) 461-1206 (Telephone)
(214) 461-1210 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on October 23, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: /s/Steven R. Shaver
Steven R. Shaver