9 mar 2025

Llamada
1 min 3:52 p.m.

10 mar 2025

Mándame copia de tu pasaporte
3:31 p.m.

Voy a la casa de woodlands a tu nombre
3:31 p.m.

Llamada
6 s 3:34 p.m.

Pasaporte Paola 2029.pdf
1 página • 158 KB • pdf

---

DEFENDANT
4:25-cv-4650
EXHIBIT
1

**15 mar 2025**

**Llamada perdida**
Tocar para volver a llamar
1:47 p.m.

[EXTERNAL EMAIL] This email originated from an external sender. Please exercise caution and report any suspicious attachments, links, or requests for sensitive information.

Enviado desde mi iPhone

2:12

LTE 82

< 144 Arroyo Manuel

20 mar 2025

Por favor escanea tu pasaporte y mándame un comprobante de domicilio a tu nombre 4:55 p.m.

Va, déjame reviso cuál 5:00 p.m.

Creo que solo tengo de AMEX a mi nombre 5:00 p.m.

Está bien? 5:00 p.m.

La carátula? 5:00 p.m.

Luz, Agua teléfono 5:01 p.m.

Uchale 5:30 p.m.

22 mar 2025

Llamada
Sin respuesta 2:43 p.m.

Llamada
4 min 3:10 p.m.

Llamada

EXHIBIT 3