On Fri, Mar 14, 2025 at 11:36AM Alines Ramirez <aramirez@matosjawad.com> wrote:

Muchas gracias, adjunto el dato:

Direccion: 87 Lakeside Green

The Woodlands Tx 77382

Ubicacion de las personas: Mexico.

¿Ustedes revisan si tiene lien y todo?

Quedo atenta.

Regards,

**Alines Ramirez**

Office Manager

**MATOS & JAWAD PLLC**

*International Accounting and Business Advisors*

282 Ed English Dr. Ste. A

Shenandoah, TX 77385

**C:** +1 936 523 0918

**T:** +1 713 370 5635

**F:** +1 713 999 4929

**E:** aramirez@matosjawad.com

**www.matosjawad.com**

Russell Bedford
*taking you further*

Member of Russell Bedford International

- a global network of independent professional services firms

**Referrals and feedback are the greatest complim**[...] **e and Subscribe to our Social Media. We would like to connect with you and appreciate y**[...]



DEFENDANT
4:25-cv-4650
EXHIBIT
2

Facebook - https://www.facebook.com/matosjawad

Instagram - https://instagram.com/matosjawad_cpa_firm

LinkedIn - https://www.linkedin.com/company/mjcpa

Newsletter - https://www.matosjawad.com/newsletter.php

**Confidentiality Notices:** This email and any accompanying attachments contain information belonging to **MATOS & JAWAD PLLC** which is intended only for the use of the addressee. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in relaying of the contents of this email information is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at (713) 245-6274 and delete all of the email and its contents.

---

**From:** Nicolle Sabbagh <nicolle@gutierrezlaw.group>
**Sent:** Thursday, March 13, 2025 5:16 PM
**To:** Alines Ramirez <aramirez@matosjawad.com>
**Cc:** Nayeli Valles <nayeli@gutierrezlaw.group>
**Subject:** Re: Cambio de contacto

Buenas tardes Alines,

Espero que te encuentres bien.

Con respecto a la información solicitada, requerimos ciertos datos para corroborar que se permita la firma virtual con el notario.
Agradeceríamos su apoyo proporcionando lo siguiente:

- Dirección de la propiedad
- País en el que se encuentran las personas que firmaran el deed

Quedo pendiente de cualquier duda o requerimiento.

Saludos cordiales,

El jue, 13 mar 2025 a la(s) 4:37 p.m., Alines Ramirez (aramirez@matosjawad.com) escribió:

Hola Nicolle,

Me apoyas con esta información por favor, para poder comentarle al cliente.

Muchas gracias

Regards,

**Alines Ramirez**

Office Manager

**MATOS & JAWAD PLLC**

*International Accounting and Business Advisors*

282 Ed English Dr. Ste. A

Shenandoah, TX 77385

**C:** +1 936 523 0918

**T:** +1 713 370 5635

**F:** +1 713 999 4929

**E:** aramirez@matosjawad.com

**www.matosjawad.com**

Russell Bedford
*taking you further*

Member of Russell Bedford International

- a global network of independent professional services firms

**Referrals and feedback are the greatest compliments from our clients! Please Follow, Like and Subscribe to our Social Media. We would like to connect with you and appreciate your business!**

Facebook - https://www.facebook.com/matosjawad

Instagram - https://instagram.com/matosjawad_cpa_firm

LinkedIn - https://www.linkedin.com/company/mjcpa

Newsletter - https://www.matosjawad.com/newsletter.php

**Confidentiality Notices:** This email and any accompanying attachments contain information belonging to **MATOS & JAWAD PLLC** which is intended only for the use of the addressee. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in relaying of the contents of this email information is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at (713) 245-6274 and delete all of the email and its contents.

---

**From:** Alines Ramirez
**Sent:** Wednesday, March 12, 2025 11:25 AM
**To:** Nicolle Sabbagh <nicolle@gutierrezlaw.group>
**Subject:** RE: Cambio de contacto

Hola Nicolle,

Un gusto conocerte y saludarte por este medio, aprovecho para preguntar si ustedes hacen Genewral Warranty Deed y si pueden notarizarlo en línea, ya que la persona no puede venir a los E.U.

Gracias

Regards,

**Alines Ramirez**

Office Manager

**MATOS & JAWAD PLLC**

*International Accounting and Business Advisors*

282 Ed English Dr. Ste. A

Shenandoah, TX 77385

**C:** +1 936 523 0918

**T:** +1 713 370 5635

**F:** +1 713 999 4929

**E:** aramirez@matosjawad.com

**www.matosjawad.com**

Russell Bedford

*taking you further*

Member of Russell Bedford International

- a global network of independent professional services firms

**Referrals and feedback are the greatest compliments from our clients! Please Follow, Like and Subscribe to our Social Media. We would like to connect with you and appreciate your business!**

Facebook - https://www.facebook.com/matosjawad

Instagram - https://instagram.com/matosjawad_cpa_firm

LinkedIn - https://www.linkedin.com/company/mjcpa

Newsletter - https://www.matosjawad.com/newsletter.php

**Confidentiality Notices:** This email and any accompanying attachments contain information belonging to **MATOS & JAWAD PLLC** which is intended only for the use of the addressee. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in relaying of the contents of this email information is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at (713) 245-6274 and delete all of the email and its contents.

---

**From:** Viannette Barbella <vbarbella@matosjawad.com>
**Sent:** Wednesday, March 12, 2025 10:36 AM
**To:** Nicolle Sabbagh <nicolle@gutierrezlaw.group>

**Cc:** David Matos <dmatos@matosjawad.com>; Alines Ramirez <aramirez@matosjawad.com>; Maribel Mojica <mmojica@matosjawad.com>; Katya Mendoza <kmendoza@matosjawad.com>
**Subject:** RE: Cambio de contacto

Estimada Nicolle

Muchas gracias por la presentación e igualmente estamos para apoyarte en todo lo que necesites.

Cordialmente,

Viannette Barbella

**Managing Partner's Executive Assistant**

**MATOS & JAWAD PLLC**

*International Accounting and Business Advisors*

282 Ed English Dr. Ste. A

Shenandoah, TX 77385

**C:** +1 713 377 0754

**T:** +1 713 370 5635

**F:** +1 713 999 4929

**E:** vbarbella@matosjawad.com

**www.matosjawad.com**

Russell Bedford
*taking you further*

Member of Russell Bedford International

- a global network of independent professional services firms

**Referrals and feedback are the greatest compliments from our clients! Please Follow, Like and Subscribe to our Social Media. We would like to connect with you and appreciate your business!**

Facebook - https://www.facebook.com/matosjawad

Instagram - https://instagram.com/matosjawad_cpa_firm

LinkedIn - https://www.linkedin.com/company/mjcpa

Newsletter - https://www.matosjawad.com/newsletter.php

**Confidentiality Notices:** This email and any accompanying attachments contain information belonging to **MATOS & JAWAD PLLC** which is intended only for the use of the addressee. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in relaying of the contents of this email information is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at (713) 245-6274 and delete all of the email and its contents.

---

**From:** Nicolle Sabbagh <nicolle@gutierrezlaw.group>
**Sent:** Wednesday, March 12, 2025 10:00 AM
**To:** David Matos <dmatos@matosjawad.com>; Viannette Barbella <vbarbella@matosjawad.com>; Alines Ramirez <aramirez@matosjawad.com>
**Subject:** Cambio de contacto

Equipo MATOS & JAWAD,

Espero que se encuentren bien.

Quiero informarles que la Srita. Alejandra ya no se encuentra con nosotros.

A partir de ahora, estaré encantada de ser su nuevo contacto y de apoyarlos con cualquier requerimiento o consulta que puedan tener.

Será un placer trabajar con ustedes y quedo a su disposición para cualquier asistencia que necesiten.

Saludos cordiales,

--

--