[logo:]

GUTIERREZ LAW GROUP

Corporate & International Lawyers

# Manuel Arroyo

ACTION PLAN

DEFENDANT
4:25-cv-4650
EXHIBIT
3

GUTIERREZ LAW GROUP

April 4, 2025

**PRIVILEGED ATTORNEY–CLIENT COMMUNICATION**

Manuel Arroyo

marroyo@comtelsat.com.mx

***RE: ACTION PLAN AND SERVICES PROVIDED BY GUTIÉRREZ LAW GROUP PLLC***

Dear Mr. Arroyo,

It was a pleasure to learn more about the process involved. We will be happy to assist you with the transfer of deeds and ensure that the entire procedure is carried out efficiently.

Our services include a lien search, which is a verification of the property to see if it has any legal encumbrances that could affect its title or value, the county registration fee where the deeds will be registered, the fees for international remote notarization, and Patricio's legal fees.

We will coordinate the entire process with the client and, once completed, we will send them the documentation in both digital and physical format to the address they provide us.

Below is a breakdown of the costs:

- **Virtual notarization:** $350 + **International Fee:** $75 for each property ($850 total)
- **Deeds:** $50 for each property ($100 total)
- **Lien search:** $250 for each property ($500 total)
- **Patricio's legal fees: $2,000**

**The total cost of the project is $3,450.**

If you agree, please confirm so we can proceed with sending the contract to Mr. Arroyo, as well as the list of requirements and the notary's availability.

I look forward to hearing from you with any questions or comments.

Kind regards,

***Patricio J. Gutierrez***

**GUTIERREZ** LAW GROUP

April 4, 2025

**PRIVILEGED ATTORNEY–CLIENT COMMUNICATION**

Manuel Arroyo
marroyo@comtelsat.com.mx

**RE: Manuel Arroyo, CLIENT; Transfer of Deeds, THE COMMITMENT**

Dear Mr. Arroyo,

Gutiérrez Law Group, PLLC (the "Firm") is pleased that you have chosen us as your legal advisors. The purpose of this letter is to confirm the terms of our agreement. The agreement with Gutiérrez Law Group, PLLC (the "Firm") is exclusively with the client. Gutiérrez Law Group, PLLC (the "Firm") will not represent any person or entity, including any parent company, subsidiaries, affiliates, or any of their respective members, shareholders, directors, or employees who are not within the agreement.

The scope of Gutiérrez Law Group, PLLC's (the "Firm") representation of the Client is limited to the agreement, and if the Client desires additional services, a new letter of engagement detailing such additional representation must be executed. Once the purpose of the contract has been carried out, the Client agrees that the Firm has no obligation to continue advising on future legal developments. To do so, the Client must re-engage the Firm after the termination of the contract to provide additional advice on matters arising from the contract.

The scope of the Engagement shall include and be limited to that expressed in the action plan.

As agreed, the contract for services rendered will be billed as follows:

FEES:

**$3,450 (total expenses and fees for both properties)**

This letter constitutes the entire agreement between the Client and the Firm with respect to the Firm's commission to represent the Client in connection with the Engagement, and is not subject to any oral agreements or understandings. No obligation or commitment that is not expressly set forth in this letter shall be implied on the part of the Client or the Company. Notwithstanding the foregoing, in the absence of an explicit agreement between the Client and the Firm regarding matters other than the contract, the terms and conditions of this letter shall apply to all subsequent engagements of the Firm by the Client, and those terms and conditions shall govern such engagement until a subsequent contract is agreed upon.

The client understands and agrees that the attorney is not an expert in tax or bankruptcy law. It is the attorney's experience that the client's tax considerations can be sophisticated and often

complex. Therefore, although tax considerations may be addressed in the Client's case, the Attorney's services do not include tax advice, and the Client is expected to obtain independent tax advice on any matter. The attorney will at no time provide specific legal advice to any state other than Texas. The attorney will retain a lawyer licensed in the state where a specific issue arises, if necessary.

Please remember that Gutiérrez Law Group PLLC is not an accounting firm and we are not responsible for filing tax returns or notifying you of deadlines. Likewise, it is not our responsibility to notify you or inform you of tax deadlines.

The Client acknowledges that the Firm is entering into this contract contingent upon the Client entering into this agreement and that the Firm's representation of the Client is not effective until the Firm has received a signed copy of this agreement.

Sincerely,

Gutierrez Law Group, PLLC

By: [electronic signature:]
Patricio J. Gutiérrez, Esq.

Agreed and Accepted by:

[electronic signature:]

X [illegible]

Manuel Arroyo

marroyo@comtelsat.com.mx

[logo:]
**GUTIERREZ**
LAW GROUP
Corporate & International Lawyers

+ 1 (214) 444-9431
1650 Paredes Line Rd. Ste. 101
Brownsville Tx. 78521
www.gutierrezlaw.group

## eSignature Details

| | |
|---|---|
| **Signer ID:** | **ZwpQ3mMfPVoh2rXBG8sM4v4g** |
| Signed by: | Manuel Arroyo |
| Sent to email: | marroyo@comtelsat.com.mx |
| IP Address: | 187.191.36.238 |
| Signed at: | Apr 9 2025, 9:59 am EDT |