9/2/26, 2:36 p.m. Transaction Receipt

GUTIERREZ
LAW GROUP
Corporate & International Lawyers

## Payment Receipt

$3,450.00

**Gutierrez Law Group PLLC**
1201 Elm St. Ste. 4020
Dallas, Texas 75270
(214) 444-9431

**Account Holder**
Manuel Arroyo
77382

## Payment Summary

**Account:** Trust
**Reference:** MyCase Payment

**Amount Paid:** $3,450.00
**Payment Method:** AMEX
**Card Number:** ***********7009
**Entry Mode:** Manual
**Auth Code:** 249014
**Payment Date:** April 14, 2025 10:14 pm
**Transaction Id:** 133384554
**Payment Id:** XgJMX58tSO-uIP_OJGVNgA

8am LawPay

gutierrezlaw.group
patricio@gutierrezlaw.group



DEFENDANT
4:25-cv-4650
EXHIBIT
4

PG0015
FOX 000826