TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Mail 1 Fwd Sr Manuel Arroyo**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Jacqueline Yorke

Sworn to before me this
November 25, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public



DEFENDANT
4:25-cv-4650
EXHIBIT
5

**From:** Rebeca Valdez <rrchow1000@gmail.com>
**Sent:** Tuesday, April 15, 2025 7:21 PM
**To:** Doris Gutierrez Law Group
**Cc:** Nayeli Valles; Nicolle Sabbagh; Manuel Arroyo
**Subject:** Re: Gutierrez Law Group PLLC - Make a payment

Buenas tardes gracias Doris,
Quedamos al pendiente de los avances.

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150

On Apr 15, 2025, at 9:05 AM, Doris - Gutierrez Law Group <doris@gutierrezlaw.group> wrote:

Buenos dias Sra. Valdez,

Espero que se encuentre bien.

Por esta vía confirmo que hemos recibido los fondos a favor del Proyecto del Sr. Arroyo.

Quedo al pendiente de sus comentarios.

Saludos,



**Doris Mendez**
LEGAL ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Mon, Apr 14, 2025 at 10:22 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Buenas noches, podrían porfavor confirmar de recibido el pago del Sr Arroyo.
Gracias,

https://gutierrez-law-group1.mycase.com/paypage/nQCZKEp3yxfMB1uk27nsrkPc/success

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150