TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Mail 2 Fwd Gutierrez Law Group PLLC - Make a payment**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Jacqueline Yorke

Sworn to before me this
November 25, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 2027

Stamp, Notary Public

**From:** Rebeca Valdez <rrchow1000@gmail.com>
**Date:** April 15, 2025 at 7:21:14 PM CDT
**To:** Doris Gutierrez Law Group <doris@gutierrezlaw.group>
**Cc:** Nayeli Valles <nayeli@gutierrezlaw.group>, Nicolle Sabbagh <nicolle@gutierrezlaw.group>, Manuel Arroyo <marroyo@comtelsat.com.mx>
**Subject: Re: Gutierrez Law Group PLLC - Make a payment**

Good afternoon, and thank you, Doris.
We will keep an eye on developments.

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150

On Apr 15, 2025, at 9:05 AM, Doris - Gutierrez Law Group <doris@gutierrezlaw.group> wrote:

Good morning, Ms. Valdez,

I hope you are doing well.

I hereby confirm that we have received the funds for Mr. Arroyo's project.

I look forward to your comments.

Regards,

On Mon, Apr 14, 2025 at 10:22 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Good evening, could you please confirm receipt of Mr. Arroyo's payment?
Thank you,

https://gutierrez-law-group1.mycase.com/paypage/nQCZKEp3yxfMB1uk27nsrkPc/success

Rebeca Valdez

Avila Realty LLC
Cell 832-967-8150

--
Lic. Daniel Gervitz L.
DGL Profesionales en Derecho Fiscal
Av. Fuentes de Satelite # 25 Interior 7 y 8
Colonia Colonial Satelite
53119 Naucalpan Mexico
Mexico
Tel.- +52-55-5374-0314

Please consider your environmental responsibility before printing this e-mail

---