**From:** Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>
**Sent:** Thursday, May 15, 2025 4:47 PM
**To:** Rebeca Valdez; marroyo@comtelsat.com.mx
**Cc:** Nayeli Valles; Doris Mendez
**Subject:** Re: Warranty deeds

Buen día Sra. Rebeca,

Espero que se encuentre bien.

Me permito retomar contacto para reiterar nuestro interés en coordinar la cita con el Sr. Manuel Arroyo y el notario.

Agradeceríamos mucho que nos pudieran confirmar su disponibilidad para avanzar con la programación.

Quedo atenta a cualquier duda o comentario que pueda tener.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Fri, May 9, 2025 at 5:26 PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Buen día Sra. Rebeca,

Espero que se encuentre muy bien.

Le escribo para dar seguimiento a la disponibilidad del Sr. Manuel Arroyo, con el fin de coordinar la cita con el notario.

DEFENDANT
4:25-cv-4650
EXHIBIT
7

Quedamos atentos a conocer los horarios que mejor se ajusten a su agenda para poder avanzar con la programación.

Agradezco de antemano su apoyo y quedo atenta a cualquier duda o requerimiento.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers



PG0226

TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Mail 3 Fwd Warranty deeds**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Jacqueline Yorke

Sworn to before me this
November 25, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 2027

Stamp, Notary Public

**From:** Nicolle - Gutierrez Law Group
<nicolle@gutierrezlaw.group>
**Date:** May 15, 2025 at 4:47:12 PM CDT
**To:** Rebeca Valdez <rrchow1000@gmail.com>,
marroyo@comtelsat.com.mx
**Cc:** Nayeli Valles <nayeli@gutierrezlaw.group>, Doris Mendez
<doris@gutierrezlaw.group>
**Subject: Re: Warranty deeds**

Good morning, Rebeca,

I hope you are doing well.

I am writing to reiterate our interest in coordinating the meeting with Mr. Manuel Arroyo and the notary.

We would greatly appreciate it if you could confirm your availability so that we can move forward with the schedule.

Please do not hesitate to contact me if you have any questions or comments.

Kind regards,

On Fri, May 9, 2025 at 5:26 PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

> Good morning, Rebeca,
>
> I hope you are doing very well.
>
> I am writing to follow up on Mr. Manuel Arroyo's availability in order to coordinate the appointment with the notary.
>
> We look forward to hearing about the times that best suit your schedule so that we can move forward with the scheduling.
>
> Thank you in advance for your support, and please do not hesitate to contact me if you have any questions or requirements.
>
> Kind regards,

--
Lic. Daniel Gervitz L.
DGL Profesionales en Derecho Fiscal
Av. Fuentes de Satelite # 25 Interior 7 y 8
Colonia Colonial Satelite
53119 Naucalpan Mexico
Mexico
Tel.- +52-55-5374-0314

Please consider your environmental responsibility before printing this e-mail

---