**From:** Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>
**Sent:** Thursday, June 19, 2025 8:39 AM
**To:** Rebeca Valdez
**Subject:** Re: 12:30 CDMX 6/19/25 proposed appointment

Buenos días Sra. Rebeca,

Espero que se encuentre bien.

Quisiera confirmar la cita agendada con el notario del día de hoy, jueves 19 a la 01:30 p.m., horario Dallas.

Quedo atenta de usted.

Saludos,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Wed, Jun 18, 2025 at 10:34 AM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Buenos dias Nicolle ya mande un mensaje para que porfavor me digan y te pueda confirmar mas tarde.
Gracias por tu paciencia,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Jun 18, 2025, at 7:57 AM, Nic roup <nicolle@gutierrezlaw.group> wrote:

DEFENDANT
4:25-cv-4650
EXHIBIT
8

Buen día Sra. Rebeca,

Espero que se encuentre bien.

Quisiera confirmar la cita que ya se encuentra agendada con el notario para el día de mañana a la 01:30, horario Dallas.

Quedo atenta de usted.

Saludos,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Tue, Jun 17, 2025 at 2:12 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Ok quedaría entonces Junio 19 a las 12:30 hora Mexico.
Te confirmo a mas tardar mañana.
Muchas gracias,

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150

On Jun 17, 2025, at 12:01 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Buen día Sra. Rebeca,

Espero que se encuentre bien.

Nos dieron la atención de mover la cita 15 minutos para que el Sr. Manuel pueda asistir.

Quedo atenta a cualquier duda o comentario.

Saludos,

Home > Meeting

# 316261 : Manuel Arroyo

## June 19, 2025 - 1:30pm Central Time (US

**Duration: 15 minutes**

**Status:** [illegible]

**International Notarization (2 Stamps)**

*Electronic Signatures*

Desired Language: English



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Mon, Jun 16, 2025 at 8:52 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Nicolle:

Buenas noches,
El Sr Arroyo pregunta si seria posible mover la cita a la 1:30 ( Dallas) 12:30

TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Mail 5 Fwd 1230 CDMX 61925 proposed appointment**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Jacqueline Yorke

Sworn to before me this
November 25, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 2027

Stamp, Notary Public

On Jun 19, 2025, at 8:42 AM, Rebeca Valdez
<rrchow1000@gmail.com> wrote:

Begin forwarded message:

> **From:** Nicolle - Gutierrez Law Group
> <nicolle@gutierrezlaw.group>
> **Date:** June 19, 2025 at 7:38:51 AM CST
> **To:** Rebeca Valdez
> <rrchow1000@gmail.com>
> **Subject: Re: 12:30 CDMX 6/19/25 proposed appointment**
>
> Good morning, Rebeca,
>
> I hope you are doing well.
>
> I would like to confirm the appointment scheduled with the notary for today, Thursday the 19th, at 1:30 p.m. Dallas time.
>
> I look forward to hearing from you.
>
> Regards,
>
> On Wed, Jun 18, 2025 at 10:34 AM
> Rebeca Valdez
> <rrchow1000@gmail.com> wrote:
>
>> Good morning, Nicolle. I already sent a message asking them to let me know so I can confirm with you later.
>> Thank you for your patience,
>>
>> Rebeca Chow
>> Avila Realty LLC

Cell 832-967-8150

On Jun 18, 2025, at 7:57 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Good morning, Rebeca,

I hope you are doing well.

I would like to confirm the appointment that is already scheduled with the notary for tomorrow at 1:30 p.m. Dallas time.

I look forward to hearing from you.

Regards,

On Tue, Jun 17, 2025 at 2:12 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Okay, so June 19 at 12:30 p.m. Mexico time it is.
I will confirm by tomorrow at the latest.
Thank you very much,

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150

On Jun 17, 2025, at 12:01 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Good morning, Rebeca,

I hope you are doing well.

They kindly agreed to move the appointment forward by 15 minutes so that Manuel could attend.

I look forward to hearing from you with any questions or comments.

Regards,
<Screenshot 2025-06-17 085008.png>

On Mon, Jun 16, 2025 at 8:52 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Nicolle:

Good evening.
Mr. Arroyo asks if it would be possible to move the appointment to 1:30 p.m. (Dallas) 12:30 p.m. Mexico City time.
I look forward to your confirmation,
Thank you,

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150

—
Lic. Daniel Gervitz L.
DGL Profesionales en Derecho Fiscal
Av. Fuentes de Satelite # 25 Interior 7 y 8
Colonia Colonial Satelite
53119 Naucalpan Mexico
Mexico
Tel.- +52-55-5374-0314

Please consider your environmental responsibility before printing this e-mail