On Tue, Jun 24, 2025 at 5:25 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:
Buenas tardes Nayelli, ahora pregunto y te confirmo a mas tardar mañana.
Gracias de nuevo!

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150

On Jun 24, 2025, at 5:11 PM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hola Rebeca,

Un gusto saludarte.Me podrías compartir la disponibilidad del Sr. Arroyo para este jueves o viernes?

La reunión con el notario tendrá una duración aproximada de 15 minutos, pero el

Sr. Arroyo deberá conectarse al menos 25 minutos antes para completar el proceso de verificación de identidad.

Esta verificación es obligatoria y debe realizarse antes de iniciar la reunión para que el notario pueda proceder con el proyecto.

Quedo atenta.

Saludos!



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP

TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Mail 6 Fwd 3rd request for Virtual Notary Appointment**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Jacqueline Yorke

Sworn to before me this
November 25, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 2027

Stamp, Notary Public

**From:** Rebeca Valdez <rrchow1000@gmail.com>
**Date:** June 25, 2025 at 1:13:49 AM CDT
**To:** Manuel Arroyo <marroyo@comtelsat.com.mx>
**Subject: 3rd request for Virtual Notary Appointment**

On Jun 24, 2025, at 5:11 PM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hello Rebeca,

Nice to meet you. Could you let me know Mr. Arroyo's availability for this Thursday or Friday?

The meeting with the notary will last approximately 15 minutes, but Mr. Arroyo will need to log in at least 25 minutes early to complete the identity verification process.

This verification is mandatory and must be done before the meeting begins so that the notary can proceed with the project.

I look forward to hearing from you.

Regards!

This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.

--
Lic. Daniel Gervitz L.
DGL Profesionales en Derecho Fiscal
Av. Fuentes de Satelite # 25 Interior 7 y 8
Colonia Colonial Satelite
53119 Naucalpan Mexico
Mexico
Tel.- +52-55-5374-0314

Please consider your environmental responsibility before printing this e-mail

---