From: Rebeca Valdez
Subject: Fwd: 3rd request for Virtual Notary Appointment
Date: Nov 5, 2025 at 7:59:26 PM
To: paola.gervitz@me.com

Begin forwarded message:

**From:** Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>
**Date:** July 25, 2025 at 10:31:01 AM CDT
**To:** Rebeca Valdez <rrchow1000@gmail.com>
**Cc:** Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group>
**Subject: Re: 3rd request for Virtual Notary Appointment**

Buen día Sra. Rebeca,

Espero que se encuentre bien.

Le escribo para dar seguimiento a la reunión pendiente con el notario. Quisiéramos saber si ya ha sido posible defir [illegible] ad del Sr. Arroyo.

DEFENDANT
4:25-cv-4650
EXHIBIT
10

Agradeceríamos si pudiera compartirnos una fecha tentativa.

Quedo atenta a sus comentarios.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas · Brownsville · Monterrey

GUTIERREZ
LAW GROUP

> On Mon, Jul 7, 2025 at 2:41 PM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:
>
> Hola Rebeca,
> No hay problema. Cuando el Sr. Arroyo esté listo, nos avisas. Ten en cuenta que la reunión toma aproximadamente 15-20 minutos, más el tiempo que él se tarde en cargar su identificación antes de comenzar.

Saludos!



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas · Brownsville · Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Mon, Jul 7, 2025 at 1:39 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:
Buenas tardes Nicolle, espero te encuentres muy bien. Muchas gracias de nuevo por su paciencia. Debido a la agenda tan demandante

del Sr Arroyo se nos ha complicado poder agendar con ustedes la cita, valoramos mucho su flexibilidad y estamos comprometidos en confirmar una cita lo mas pronto posible para el.

Muchas gracias,

Rebeca Valdez

On Jul 7, 2025, at 12:07 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Buen día Sra. Rebeca,

**Espero que se encuentre bien.**

**Le escribo para dar seguimiento a la reunión con el notario, podría proporcionarnos la disponibilidad del Sr. Arroyo para el miércoles o jueves?**

Agradecería mucho si pudiera compartirnos una respuesta a la brevedad posible.

Quedo atenta.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP

On Tue, Jul 1, 2025 at 12:56 PM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Buen día, Rebeca

Un gusto saludarte. Quisiera saber si has podido confirmar la disponibilidad del Sr. Arroyo. Nuestra oficina estará cerrada el viernes por la celebración del Día de la Independencia, por lo que agradeceríamos

saber su disponibilidad con anticipación para poder coordinar la reunión de forma adecuada.

Quedo al pendiente de tus comentarios.

Saludos!



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP

TRANSPERFECT

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Mail 7 Fwd 3rd request for Virtual Notary Appointment**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Jacqueline Yorke

Sworn to before me this
November 25, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 2027

Stamp, Notary Public

**From:** Nicolle - Gutierrez Law Group
<nicolle@gutierrezlaw.group>
**Date:** July 25, 2025 at 10:31:01 AM CDT
**To:** Rebeca Valdez <rrchow1000@gmail.com>
**Cc:** Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group>
**Subject: Re: 3rd request for Virtual Notary Appointment**

Good morning, Rebeca,

I hope you are doing well.

I am writing to follow up on the pending meeting with the notary. We would like to know if it has been possible to confirm Mr. Arroyo's availability.

We would appreciate it if you could share a tentative date with us.

I look forward to hearing from you.

Kind regards,

On Mon, Jul 7, 2025 at 2:41 PM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

> Hola Rebeca,
> No problem. When Mr. Arroyo is ready, let us know. Please note that the meeting takes approximately 15–20 minutes, plus the time it takes him to upload his ID before starting.
>
> Regards!

This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited.

On Mon, Jul 7, 2025 at 1:39 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Good afternoon, Nicolle, I hope you are doing very well.
Thank you again for your patience. Due to Mr. Arroyo's demanding schedule, it has been difficult for us to schedule an appointment with you. We greatly appreciate your flexibility and are committed to confirming an appointment for him as soon as possible.
Thank you very much,

Rebeca Valdez

On Jul 7, 2025, at 12:07 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Good morning, Rebeca,

I hope you are doing well.

I am writing to follow up on the meeting with the notary. Could you let us know Mr. Arroyo's availability for Wednesday or Thursday?

I would greatly appreciate it if you could share your response with us as soon as possible.

I look forward to hearing from you.

Kind regards,

On Tue, Jul 1, 2025 at 12:56 PM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Good morning, Rebecca,

Nice to meet you. I would like to know if you have been able to confirm Mr. Arroyo's availability. Our office will be closed on Friday for Independence Day, so we would appreciate knowing your availability in advance so that we can coordinate the meeting appropriately.

I look forward to hearing from you.

Regards!

This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.

On Tue, Jun 24, 2025 at 5:25 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Good afternoon, Nayelli. I'll ask and confirm by tomorrow at the latest.
Thank you again!

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150