

Nayeli Valles
DIRECTOR OF OPERATIONS

Dallas · Brownsville · Monterrey

GUTIERREZ
LAW GROUP

**This email may contain confidential information. If you are not the person to whom this mes be aware that any use, reproduction, or distribution of this message is strictly prohibited. If error, please contact the sender and immediately delete this email and any attachments.**

On Fri, Mar 21, 2025 at 2:24 PM Kristy Allen <kristy@jackiewardlaw.com> wrote

Thank you, Nicolle

We'll be ready whenever you need us!

Have a blessed weekend.

On Fri, Mar 21, 2025 at 2:22 PM Nicolle Sabbagh <nicolle@gutierrezlaw.group> wrote

Good afternoon Kristy,

I hope you are doing well.

My apologies for the delay, we have not yet received the information from the client.

As soon as we have clarity on the next steps, I will be sure to inform you.

Thank you very much for your follow-up.

Best regards,

On Fri, Mar 21, 2025 at 2:19 PM Nicolle Sabbagh <nicolle@gutierrezlaw.group> wrote

On Fri, Mar 21, 2025 at 2:12 PM Kristy Allen <kristy@jackiewardlaw.com> wrote

Good Afternoon!

I was just following up on this. Did you need us to get started?

Thank you!

On Fri, Mar 14, 2025 at 1:09 PM Kristy Allen <kristy@jackiewardlaw.com> wrote

Good Afternoon, Nicolle!

Thanks for reaching out! The fee for the GWD would be $350 plus the international nota filing fees of about $45-50 depending on how many pages the Deed is. So, approximate

We would just need the name and address of whomever the property will be conveyed t address of the current property owner so we can set up the notary.

If the fees are acceptable, just let me know and we can get started right away!

On Fri, Mar 14, 2025 at 12:26 PM Nicolle Sabbagh <nicolle@gutierrezlaw.group> wrote

Hello Jackie,

I hope you're doing well.

We have a client who is requesting a General Warranty Deed and they want to notari wanted to check if this is something you can assist us with.

Here's the address of the property

87 Lakeside Green The Woodlands Tx 77382

The client is currently in Mexico, so we will need to conduct the signing virtually.

Could you please let me know if this is something you can help with?
If so, could you also share the cost and processing time for this service?

I look forward to your response.

Best regards,



DEFENDANT
4:25-cv-4650
EXHIBIT
11

PG0066
FOX 000877