Best regards,



Nicolle Sabbagh
EXECUTIVE ASSISTANT
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas · Brownsville · Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Mon, Apr 21, 2025 at 3:25AM Kristy Allen <kristy@jackiewardlaw.com> wrote:

No apologies necessary! Payment received!

Thank you!

On Thu, Apr 17, 2025 at 10:40AM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote

Dear Kristy,

I hope this message finds you well.

Please accept our sincere apologies for the delay, and thank you very much for your patience and understanding.

Attached you will find the payment confirmation.

Should you have any questions or require anything further, please don't hesitate to let us know.

Best regards,



Nicolle Sabbagh
EXECUTIVE ASSISTANT
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas · Brownsville · Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Thu, Apr 17, 2025 at 10:19AM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Hi Nayeli-

**The invoice and payment link were sent on April 8 email on this thread. Here is the link for your convenience.**
**https://connect.intuit.com/portal/app/CommerceNetwork/view/scs-v1-1176d9b195884a83891 3eaea3d1daf a8fe5cb11a9a914c9da16ed3b3902aa661dcbddf31af449449ec05ca84b726385?locale=en_US&utm_source=**sharelink

Are these two properties the properties we need to prepare the Deeds for? There is no notary scheduled as I have no information w which to be able to schedule a notary.

Thank you!

On Wed, Apr 16, 2025 at 5:36PM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote

Hi Kristy,

**Could** you **please send** me the **link to pay** for this invoice? Our **client** is currently on vacation and will be back next week, so I'd lik **ahead** and **take care of** the lien **search** while the notary is scheduled.

Thank you!



Nayeli Valles
DIRECTOR OF OPERATIONS
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas · Brownsville · Monterrey

GUTIERREZ
LAW GROUP



DEFENDANT
4:25-cv-4650
EXHIBIT
12

PG0036
FOX 000847

**This email may contain confidential information. If you** are not the person **to whom this message** is addre**ssed, be awar**
**any use, reproduction, or distribution of this message** is strictly prohibited**. If you received** this in error, **please contact t**
**sender and immediately delete this email and any attachments.**

On Tue, Apr 8, 2025 at 2:52 PM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Good Afternoon, All

**The lien searches** for the **properties** at 37 Lakeside **Green**, The **Woodlands**, **Texas** 77382 and 3 Philbrook Way, The Wo**odland** **Texas 77382** found no out**standing** liens for either **property**. I have **attached the Deeds** for each property below for your **conven** along with our invoice

**To pay** online, **please use the following payment link:**
**https://connect.intuit.com/portal/app/CommerceNetwork/view/scs-v1-1178d9b195884a838913eeoa3d1def a8fe5cb11a9a914c9aa18ed3b3902aae51dcbddf31ef449449ec05ca84b726385?locale=en_US&utm_source**=share link

If you need anything further, please let me know!

Thank you and have a wonderful rest of your Tuesday!

On Fri, Apr 4, **2025** at 1:11 PM **Kristy** Allen <kristy@jackiewardlaw.com> wrote:

Thank you, **Nicole**. We'll get **these** started!

Kristy Allen
Assistant to Jackie Ward, Attorney at Law, PLLC
8131 W. Hausman Rd., Suite 101
San Antonio, Texas 78249
jackiewardlaw.com

**Confidentiality Notice: This email** and any files **transmitted with** it are confidential and intended solely for the use of the indivi entity to whom they **are** addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for **the individual named.** If you are not the named addressee you shou disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by **mistake** and delete this e-mail and any copies from your system. If you **are not** the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this email or any attached files **is strictly** prohibited.

On Fri, Apr 4, 2025 at 2:07 PM Nicolle Sabbagh <nicolle@gutierrezlaw.group> wrote:

Good afternoon Kristy

I hope this email finds you well.

Thank you for your follow-up.

The property addresses are:

- 37 Lakeside Green, The Woodlands, TX 77382
- 3 Philbrook Way, The Woodlands, TX 77382

If you have any questions or concerns, please feel free to contact me.

Best regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP

On Fri, Apr **4, 2025** at 12:15 PM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Good Af**ternoon**, Nayeli!

Happy Friday!

I was just following up on the property address.

Thank you!

On Wed, Apr 2, 2025 at 9:38 AM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hi Kristy,

**Thank you** for the **information. Our client has decided to procee**d **with the process** and has **requ**ested a list of **require** **along with** the invoice **for the services provided. Could you please** share **those with us** at **your** earliest conven**ience?**

Best regards,