**From:** Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>
**Sent:** Thursday, May 15, 2025 4:47 PM
**To:** Rebeca Valdez; marroyo@comtelsat.com.mx
**Cc:** Nayeli Valles; Doris Mendez
**Subject:** Re: Warranty deeds

Buen día Sra. Rebeca,

Espero que se encuentre bien.

Me permito retomar contacto para reiterar nuestro interés en coordinar la cita con el Sr. Manuel Arroyo y el notario.

Agradeceríamos mucho que nos pudieran confirmar su disponibilidad para avanzar con la programación.

Quedo atenta a cualquier duda o comentario que pueda tener.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

On Fri, May 9, 2025 at 5:26 PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:
Buen día Sra. Rebeca,

Espero que se encuentre muy bien.

Le escribo para dar seguimiento a la disponibilidad del Sr. Manuel Arroyo, con el fin de coordinar la cita con el notario.

Quedamos atentos a conocer los horarios que mejor se ajusten a su agenda para poder avanzar con la programación.

Agradezco de antemano su apoyo y quedo atenta a cualquier duda o requerimiento.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers



PG0226
FOX 001037