**From:** Rebeca Valdez <rrchow1000@gmail.com>
**Sent:** Thursday, May 29, 2025 12:10 PM
**To:** Nicolle Gutierrez Law Group
**Subject:** Appointment

Hi Nicolle:
How are you? Did you get my last email? Can we schedule the virtual notary, Thank you!

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

DEFENDANT
4:25-cv-4650
EXHIBIT
14