Have a wonderful remainder of your Monday and if there's anything else you need, please do not hesitate to reach out!

On Mon, Jun 9, 2025 at 11:42 AM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Dear Kristy,

I hope this message finds you well.

Just to let you know that the deeds have been approved by attorney Patricio.

Please don't hesitate to let us know if you need anything else in the meantime.

Best regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Thu, Jun 5, 2025 at 12:45 PM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Thank you, Ma'am! Payment received!

I'll be on the lookout for his approval and will upload and schedule everything at that time. Then I'll send out the email to everyone with all pertinent information.

On Thu, Jun 5, 2025 at 12:37 PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Dear Kristy,

Thank you for you

DEFENDANT
4:25-cv-4650
EXHIBIT
15

PG0388
FOX 001199

Mr. Arroyo's email address is: marroyo@comtelsat.com.mx

The Special Warranty Deeds have been sent to Attorney Patricio for his review. We will confirm as soon as we have his response.

Attached you will find the payment receipt.

Please let us know if you need anything else.

Best regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Thu, Jun 5, 2025 at 10:40 AM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Good Morning, Nicolle!

Thank you for sharing these times. I can schedule Mr. Arroyo to sign on Monday, June 9 at 1:00 CST. If you don't mind sending me his email address I can send an email to all parties with the notary link and instructions.

I have attached the Special Warranty Deeds below for Mr. Gutierrez to review before I upload them to the notary.

I am including the following payment link and have attached our invoice below as well:
https://connect.intuit.com/portal/app/CommerceNetwork/view/scs-v1-f712a4bcb248414e8e4d5d9425d5ed435ada619821f14dd69f8b896b6968a211236f5787803240babcfb5a79a77ad286?locale=en_US&utm_source=sharelink

Thank you!

On Thu, Jun 5, 2025 at 9:15 AM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Dear Kristy,

Thank you for your message and for moving forward with the documents.

Regarding Mr. Arroyo's appointment, he would be available at the following times (Dallas time):

Monday, June 9th:
01:00 p.m. / 01:30 p.m. / 02:00 p.m.

Tuesday, June 10th:
01:30 p.m. / 02:00 p.m. / 02:30 p.m.

Would any of these times work for the notary?

I remain at your disposal for any questions or further requirements.

Best regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

On Wed, Jun 4, 2025 at 2:49 PM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Good Afternoon, Nicolle!

Thank you for the information. What day and time would Mr. Arroyo like for his appointment to be scheduled for and which time zone do we need to schedule in?

I will get these drafted right now and over to one of our attorneys to review this evening.

Thank you!

On Mon, Jun 2, 2025 at 6:27 PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Dear Kristy,

I hope this message finds you well.

Mr. Arroyo intends to convey the properties to his daughters, and here is the requested information:

- Mariajose Arroyo Monge
87 Lakeside Green
The Woodlands, TX 77382
Email: cheam2006@gmail.com
Current address: 87 Lakeside Green The Woodlands, TX 77382

- Laura Paola Arroyo Rodríguez
3 Philbrook Way
The Woodlands, TX 77382
Email: paola@3.1416r.com
Current address: Las Huertas 107, int. 902 Colonia Del Valle, Benito Juárez, Ciudad de México, C.P. 03100

Additionally, Mr. Arroyo will be signing from Mexico.

Please let us know if you need anything else in the meantime. We appreciate your support and look forward to moving ahead with the process.

Best regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

On Thu, May 29, 2025 at 8:05 AM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Good Morning, Nicolle!

We'd be happy to assist! Is Mr. Arroyo intending to convey the properties to his daughter(s)? If so, we will need their full names and addresses. If he is wanting to convey to an LLC we will need the name of the company and the entity's formation documents. My next question is, will he be signing with a notary while he's outside of the US?

Mr. Arroyo's daughters are not required to be present, but can attend the appointment if they'd like. We would just need their email addresses in order to send them the signing link.

Thank you and we're looking forward to working with you all again!

On Wed, May 28, 2025 at 7:35 PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Dear Kristy,

I hope this message finds you well.

We've received an update from our client, and he is ready to schedule the notary appointment for next week. Please note that the deeds will indeed refer to the addresses previously mentioned.

To coordinate accordingly, we kindly ask for your assistance with the following:

- The notary's availability between June 2nd and 6th, along with preferred time slots
- Will Mr. Arroyo's daughters need to be present for the signing?

Thank you very much in advance for your support. I look forward to your response.

Best regards,