**JACKIE LYNN WARD, ATTORNEY AT LAW, PLLC**
8131 W Hausman Rd Ste 101
San Antonio TX 78249 US
jackie@jackiewardlaw.com

JACKIE LYNN WARD
ATTORNEY AT LAW

# INVOICE

BILL TO
Patricio J. Gutierrez
Gutierrez Law Group

| | |
|---|---|
| INVOICE | 5877 |
| DATE | 06/05/2025 |
| TERMS | Due on receipt |
| DUE DATE | 06/05/2025 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/05/2025 | Legal Document Preparation | FOR PROFESSIONAL SERVICES RENDERED in preparation of a SPECIAL WARRANTY DEED (3 Philbrook Way) | 1 | 350.00 | 350.00 |
| 06/05/2025 | Legal Document Preparation | FOR PROFESSIONAL SERVICES RENDERED in preparation of a SPECIAL WARRANTY DEED (87 Lakeside Green) | 1 | 350.00 | 350.00 |
| 06/05/2025 | Notary | Online International Notary | 2 | 75.00 | 150.00 |
| 06/05/2025 | Filing Fees | Recording fees for MONTGOMERY COUNTY | 2 | 45.00 | 90.00 |

BALANCE DUE **$940.00**

DEFENDANT
4:25-cv-4650
EXHIBIT
16

PG0120
FOX 000931