GUTIERREZ

**Patricio J. Gutierrez <patricio@gutierrezlaw.group>**

---

## Fwd: Appointment Confirmed

1 message

---

**Kristy Allen** <kristy@jackiewardlaw.com> Fri, Jun 6, 2025 at 4:19 PM
To: marroyo@comtelsat.com.mx, "cheam2006@gmail.com" <cheam2006@gmail.com>, paola@3.1416r.com
Cc: "Patricio J. Gutierrez" <patricio@gutierrezlaw.group>, Nicolle Sabbagh <nicolle@gutierrezlaw.group>, Doris Mendez <doris@gutierrezlaw.group>, Nayeli Valles <nayeli@gutierrezlaw.group>, Jackie Ward <jackie@jackiewardlaw.com>

Good Afternoon, Mr. Arroyo!

We have uploaded your Special Warranty Deeds for 3 Philbrook Way and 87 Lakeside Green to the online notary and have scheduled you for Monday, June 9 at 1 pm CST. Please see the details below. A few minutes before your appointment you will need to verify your identity by uploading an image of your photo ID, so you will need to click the following link from any device with a camera.
https://usvirtualnotary.com/meeting?id=yf7dMFv4hRUmi8tn1jD3f

If Ms. Monge and Ms. Rodriguez would like to attend the appointment they just need to click the same link and sign in as a guest. They do not need to sign.

You have the option to choose English or Spanish by clicking the arrow next to "Language" at the top middle of the screen. I've added a screenshot below of the page you will see for reference.




Thank you for allowing us to assist you and we are wishing you a very happy weekend!

---------- Forwarded message ---------
From: **US Virtual Notary** <info@usvirtualnotary.com>
Date: Fri, Jun 6, 2025 at 3:34 PM
Subject: Appointment Confirmed
To: <kristy@jackiewardlaw.com>



DEFENDANT
4:25-cv-4650
EXHIBIT
17

PG0016

US VIRTUAL NOTARY

Hi Manuel!
Your appointment is confirmed.

**Date:** June 9, 2025
**Time:** 1:00 pm Central Time (US & Canada)
**Duration:** 15 minutes
**International Notarization**
**Signing Method:** Electronic Signatures

**Preferred Language:** English
**Notary Stamps:** 2
**Number of Signers:** 1

Please have a ***VALID*** Government issued photo ID ready for your appointment.
If this is your first time using our service, please begin the ID verification process at least

**10 minutes before your appointment**

to ensure a smooth and timely session.

The link to your virtual session is below:
https://usvirtualnotary.com/meeting?id=yf7dMFv4hRUmi8tn1jD3f
***Please join as soon as possible to complete ID verification.***

If you haven't already, please use the link below to upload your unsigned documents:
https://usvirtualnotary.com/upload?id=316261&k=cckwZXrUxmpTLMc52QFDe

---

**Need to reschedule?**
Use the link below to select a different time:
https://usvirtualnotary.com/reschedule?e=kristy@jackiewardlaw.com&k=KQZ3NhkVOGfMIXgJiYnIF

**Additional Information**
Do you have any additional signers or witnesses?

Use the link below to add them to your appointment:
https://usvirtualnotary.com/upload?id=316261&k=cckwZXrUxmpTLMc52QFDe#additional-signers

***Tip:*** *Make sure your camera and microphone are working 10 minutes prior to your appointment.*

–

US Virtual Notary
https://usvirtualnotary.com

ID: 316261

–
Kristy Allen
Assistant to Jackie Ward, Attorney at Law, PLLC
8131 W. Hausman Rd., Suite 101
San Antonio, Texas 78249
jackiewardlaw.com

Confidentiality Notice: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail and any copies from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this email or any attached files is strictly prohibited.