Thank you for your guidance.

Best regards,



Nayeli Valles
DIRECTOR OF OPERATIONS
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas · Brownsville · Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, re[p] distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this ema[il] attachments.**

On Mon, Jun 9, 2025 at 11:49AM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Wonderful! Then I will just leave the documents as is with the notary. Mr. Arroyo is all set to go, he just needs to click the link he was sent on Frid[ay] before his appointment and verify his identity.

I copied everyone on that email, but here's the link JIC anyone else needs it.
https://usvirtualnotary.com/meeting?id=yf7dMFv4nRUmi8tn1jD3f

Thank you and Mr. Gutierrez for another opportunity to assist your clients. We are humbled and honored.

Have a wonderful remainder of your Monday and if there's anything else you need, please do not hesitate to reach out!

On Mon, Jun 9, 2025 at 11:42AM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Dear Kristy,

I hope this message finds you well.

Just to let you know that the deeds have been approved by attorney Patricio.

Please don't hesitate to let us know if you need anything else in the meantime.

Best regards,



Nicolle Sabbagh
EXECUTIVE ASSISTANT
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas · Brownsville · Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

On Thu, Jun 5, 2025 at 12:45PM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Thank you, Ma'am! Payment received!

I'll be on the lookout for his approval and will upload and schedule everything at that time. Then I'll send out the email to everyone with all pe[...]

On Thu, Jun 5, 2025 at 12:37PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Dear Kristy,

Thank you for your email.

Mr. Arroyo's email address is: marroyo@comtelsat.com.mx

The Special Warranty Deeds have been sent to Attorney Patricio for his review. We will confirm as soon as we have his response.

Attached you will find the payment receipt.

Please let us know if you need anything else.

Best regards,

DEFENDANT
4:25-cv-4650
EXHIBIT
18



PG0061
FOX 000872