**From:** Rebeca Valdez <rrchow1000@gmail.com>
**Sent:** Friday, June 13, 2025 4:15 PM
**To:** Nayeli Gutierrez Law Group
**Subject:** Re: Cita notario

Una disculpa creo que no vio el correo, quedo al pendiente de cuando tengan disponibilidad de nuevo.
Muchas gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Jun 13, 2025, at 11:44 AM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Sí, la notaria le envió la liga con anticipación junto con las instrucciones para unirse y confirmar su identidad para la reunión. Yo estuve presente y, al pasar 10 minutos sin que se conectara, se marcó como *no show*.
Estoy esperando confirmación de horarios para la próxima semana. Es posible que al re agendar nos cobren un *fee*, pero le estaré enviando más información en cuanto la tenga.

Saludos!



**Nayeli Valles**
DIRECTOR OF OPERATIONS
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

DEFENDANT
4:25-cv-4650
EXHIBIT
19

This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.

On Thu, Jun 12, 2025 at 2:46 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:
Gracias Nayeli pero se le envió algun link? O como debía conectarse? Creo que yo no recibí nada , google meet o como ?
No vi nada,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Jun 12, 2025, at 2:39 PM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hola Rebeca,

No, el Sr. Arroyo no se conectó. Lo esperamos 10 minutos, pero la notaria terminó cancelando la reunión. Ella nos comentó que al reprogramar es posible que se genere un cargo por *"No Show Fee"*, lo cual estamos revisando junto con la disponibilidad para reagendar la cita.

Quedo atenta.
Saludos!



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.

On Thu, Jun 12, 2025 at 2:35 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Nicolle:
Buenas tardes checando si efectivamente tuvieron la cita ?
Gracias

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Jun 9, 2025, at 11:43 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Buen día Sra. Rebeca,

Espero que se encuentre bien.

Quisiera comentarle que le estaré compartiendo un mail de parte del notario para que esté al tanto.

También preguntarle si el Sr. Manuel tuvo la oportunidad de verificar su identidad?

Quedo atenta a cualquier duda o comentario.

Saludos cordiales,