**From:** Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>
**Sent:** Friday, July 25, 2025 4:46 PM
**To:** Rebeca Valdez
**Cc:** Nayeli Gutierrez Law Group
**Subject:** Re: 3rd request for Virtual Notary Appointment

Sra. Rebeca,

Muchas gracias por su respuesta y por darle seguimiento al tema.

Le deseo también un excelente fin de semana.



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Fri, Jul 25, 2025 at 1:14 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:
Buenos días, en el verano se complica su agenda pero la próxima semana vuelvo a insistir en que nos de opciones de fechas. Gracias por estar al pendiente.
Feliz fin de semana,
Rebeca Valdez

Avila Realty LLC
Cell 832-967-8150

> On Jul 25, 2025, at 10:31 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:
>

DEFENDANT
4:25-cv-4650
EXHIBIT
20