GUTIERREZ

**Patricio J. Gutierrez <patricio@gutierrezlaw.group>**

## Fwd: Firmas

2 messages

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Mon, Sep 8, 2025 at 3:05 PM
To: "Patricio J. Gutierrez" <patricio@gutierrezlaw.group>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Patricio,

Aquí está la comunicación donde Rebeca nos comenta que Berenice Monge también es parte de la propiedad, pero le enviamos las escrituras donde solo figuraba el Sr. Manuel Arroyo.

Saludos,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

---------- Forwarded message ---------
From: **Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group>
Date: Thu, Aug 21, 2025 at 12:52 PM
Subject: Re: Firmas
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Muchas gracias por la actualización, Sra. Rebeca.

Quedo atenta para que podamos coordinar la cita en cuanto el Sr. Arroyo regrese a finales de mes.

Saludos,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers



DEFENDANT
4:25-cv-4650
EXHIBIT
21

PG0100
FOX 000911

On Thu, Aug 21, 2025 at 12:43 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Hola! Justo ayer me dijo que estaria de regreso los ultimos dias del mes que me comunique para agendar.
Dame unos dias mas y coordinamos , gracias

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Aug 21, 2025, at 12:39 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Buen día Sra. Rebeca,

Espero que se encuentre bien.

Le escribo para dar seguimiento y consultar si el Sr. Arroyo tendrá ya alguna disponibilidad para coordinar la cita con el notario.

Quedo atenta a sus comentarios.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

On Tue, Aug 12, 2025 at 2:41 PM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Buen día Sra. Rebeca,

Espero que se encuentre bien.

**Con respecto a la propiedad de 87 Lakeside Green, en las escrituras que le compartimos, la propiedad figura únicamente a nombre del Sr. Manuel Arroyo. Adjunto nuevamente las escrituras que tenemos de la propiedad, dado que la Sra. Berenice no figura en este documento, me confirmar si ha habido algún cambio después de esta fechada en diciembre 2005.**

En cuanto al tema de adquisición de negocios, es un tema que podemos manejar y en el cual el Abogado Patricio se especializa.
Si gusta podemos agendar una reunión con el cliente para tener más información referente a como podemos apoyarle.

Quedo atenta a sus comentarios.

Saludos cordiales,



PG0101
FOX 000912



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Mon, Aug 11, 2025 at 7:16 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Buenas tardes, tengo una duda acerca del traspaso de propiedad de una de las casas.
La de 87 Lakeside esta a nombre del Sr Arroyo y la Sra Berenice Monge en esta casa para la cita virtual deben estar los dos o el solamente. La otra casa esta solo a nombre de el.
Como no me lo han mencionado, solo para estar seguros antes de agendar gracias.
Ustedes también hacen cambio de dueño a compañías? Como LLCs
Gracias y saludos ,
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150