4:34

< Todos

**US Virtual Notary** 3:05 p.m.
Para: kristy@jackiewardlaw.... y 1 más >

# Missed your appointment?

Hi,
We were expecting you but you never joined the session:
**316261 : International Notarization (2)**
**August 29, 2025 - 4:00pm Central Time (US & Canada)**

Did you have a technical difficulty?

Use the link below to reschedule:
https://usvirtualnotary.com/reschedule?e=kristy@jackiewardlaw.com&k=OHZF9QkNUnzibvZsCI4C

DEFENDANT
4:25-cv-4650
EXHIBIT
22

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150