**Tammy J. McRae, PCAC**
**TAX ASSESSOR-COLLECTOR**

Montgomery County

PROPERTY TAX STATEMENT for 2025

| PROPERTY DESCRIPTION |
|---|
| WDLNDS VIL OF CARLTON WOODS 13, BLOCK 1, LOT 10 |
| 3 PHILBROOK WAY 77382 |

| ACCOUNT NO. |
|---|
| 0096001301000 |
| PROPERTY ID NO. |
| R300698 |
| OWNER NAME |
| RODRIGUEZ LAURA P A |

Phone Number: 936-539-7897

| JURISDICTION | HS NHS CAP LOSS | TOTAL ASSESSED | EXEMPTIONS | TAXABLE VALUE | TAX RATE PER $100 | TAX AMOUNT |
|---|---|---|---|---|---|---|
| THE WOODLANDS TOWNSHIP | $0 | $3,776,780 | $0 | $3,776,780 | 17140000 | $6,473.40 |
| MONTGOMERY COUNTY | $0 | $3,776,780 | $0 | $3,776,780 | 37700000 | $14,238.46 |
| MONTGOMERY CO HOSPITAL DIST | $0 | $3,776,780 | $0 | $3,776,780 | 04730000 | $1,786.42 |
| CONROE ISD | $0 | $3,776,780 | $0 | $3,776,780 | .94960000 | $35,864.30 |
| LONE STAR COLLEGE | $0 | $3,776,780 | $0 | $3,776,780 | .10600000 | $4,003.39 |

**TOTAL ANNUAL TAXES DUE ON OR BEFORE JANUARY 31** → **$62,365.97**

DEFENDANT
4:25-cv-4650
EXHIBIT
23

| Total Market Property Values | |
|---|---|
| Land HS | $400,000 |
| Land NHS | |
| Ag Mkt | |
| Ag Use | |
| Imp HS | $3,376,780 |
| Imp NHS | |
| Agent ID | |
| Mortgage ID | |

- **To avoid the accrual of penalty and interest, all payments, including metered mail, online bill pay and e-checks, must bear a USPS postmark or be received on or before January 31st.**
- Depositing payments in a USPS collection box does not guarantee a postmark for that day and could result in the accrual of penalty and interest if done on or near a delinquency date
- **By state law, failure to receive a tax bill does not relieve the owner of tax, penalty, or interest liability. If you did not receive a statement for each property you own, you may visit our website to view property taxes, payment history, current statements, payment options and other information at www.mctotx.org**
- Checks and electronic checks that are returned due to insufficient funds, unable to locate account, closed account or for any reason will incur a $30.00 returned check fee. Penalty and interest will accrue if payment is not received by the delinquency date as mandated by state law
- **If your taxes should be paid by your mortgage company, please forward this statement to their office**

01 01764350133203 1/1 300