**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FOX CORPORATION; FOX MEDIA LLC; FOX SPORTS EN ESPAÑOL LLC,

Plaintiffs,

v.

MEDIA DEPORTES MEXICO, S. DE R.L. DE C.V.,

Defendant.

Case No. 1:25-cv-06703-JSR

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the following documents were served via electronic mail on Manuel Arroyo, marroyo@comtelsat.com.mx, at 11:41 p.m. Pacific Standard Time on September 6, 2025:

- **Temporary Restraining Order And Order To Show Cause For Preliminary Injunction Under Federal Rule Of Civil Procedure 65(B), ECF No. 29;**
- **Order Modifying Temporary Restraining Order And Order To Show Cause For Preliminary Injunction Under Federal Rule Of Civil Procedure 65(B), ECF No. 41;**
- **Plaintiffs' Emergency Motion For Contempt Against Nonparties Mexico Sports Distribution LLC, Grupo Lauman Holding, and Manuel Arroyo, ECF No. 42;**
- **Plaintiffs' Emergency Motion For Contempt Against Defendant Media Deportes Mexico, ECF No. 43;**
- **Declaration of Christopher T. Berg In Support Of Emergency Motion For Contempt Against Defendant Media Deportes Mexico And Emergency Motion For Contempt Against Mexico Sports Distribution LLC, Grupo Lauman Holding, And Manuel Arroyo, ECF No. 42-1;**
- **Order Holding Defendant Media Deportes Mexico In Contempt, ECF No. 44;**
- **Order Holding Mexico Sports Distribution LLC, Grupo Lauman Holding, And Manuel Arroyo In Contempt, ECF No. 45;**

DEFENDANT
4:25-cv-4650
EXHIBIT
24

- **Order (Staying Contempt Order as to Nonparties Grupo Lauman and Manuel Arroyo), ECF No. 47;**
- **Order Granting Preliminary Injunction, ECF No. 49; and**
- **A Copy of Local Civil Rule 83.6.**

Dated: Los Angeles, California
September 8, 2025

ELLIS GEORGE LLP

By: *s/Christopher T. Berg*
Christopher T. Berg

Eric M. George
Katherine A. Petti, *Admitted Pro Hac Vice*
Christopher T. Berg, *Admitted Pro Hac Vice*
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
egeorge@ellisgeorge.com
kpetti@ellisgeorge.com
cberg@ellisgeorge.com

Stephen P. Farrelly
ELLIS GEORGE LLP
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
sfarrelly@egcfirm.com

*Attorneys for Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español LLC*