**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703<br><br>**ORDER HOLDING MEXICO SPORTS DISTRIBUTION LLC, GRUPO LAUMAN HOLDING, AND MANUEL ARROYO IN CONTEMPT** |

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español have moved for emergency relief to hold non-parties Mexico Sports Distribution LLC ("MSD"), Grupo Lauman Holding, S. de R.L. de C.V. ("Grupo Lauman"), and Manuel Arroyo in civil contempt for violating the Temporary Restraining Order issued by this Court on August 14, 2025 ("Temporary Restraining Order").

Having reviewed the submissions and evidence and after holding a telephonic hearing concerning this application earlier today, the Court finds that MSD, Grupo Lauman, and Manuel Arroyo have clearly acted in civil contempt of the Temporary Restraining Order by being in active concert with Defendant's violations of the Temporary Restraining Order, including Defendant's refusal to cease using the trademarks identified in the Temporary Restraining Order and Defendant's pursuit of the injunction dated August 27, 2025 by the Civil Department 42 of the Superior Court of Justice of Mexico City (the "August 27, 2025 Mexico Injunction").

Accordingly, it is **ORDERED** that the Court hereby imposes civil contempt sanctions, jointly and severally, against MSD, Grupo Lauman, and Manuel Arroyo by imposing a fine of $200,000 per day to be paid daily to the Clerk of the Court of the Southern District of New York beginning September 6, 2025, and continuing each day thereafter (1) until Defendant and those

PLAINTIFFS
4:25-cv-4650
EXHIBIT 4



FOX 000017

acting in concert with it—including MSD, Grupo Lauman, and Manuel Arroyo—cease using the trademarks identified in the Temporary Restraining Order and (2) until Defendant withdraws the August 27, 2025 Mexico Injunction. As stated, MSD, Grupo Lauman, and Manuel Arroyo are jointly and severally liable for this fine.

MSD, Grupo Lauman, and Manuel Arroyo may present any opposition to this Order by having counsel appear in person at the hearing already scheduled for September 5, 2025, at 2 p.m. Eastern Time in Courtroom 14B, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York.

**IT IS SO ORDERED.**

New York, NY

By the Court:

8/29/25
Dated at 1:10 pm

Jed S. Rakoff
United States District Judge
Hon. Jed S. Rakoff



FOX 000018