# PID 300698 | 3 PHILBROOK WAY



## GENERAL INFO

### ACCOUNT

Property ID: 300698
Geographic ID: 9600-13-01000
Type: R
Zoning:
Agent:
Legal Description: WDLNDS VIL OF CARLTON WOODS 13, BLOCK 1, LOT 10
Property Use:

### LOCATION

Address: 3 PHILBROOK WAY, SPRING TX 77382
Market Area:
Market Area CD: 91035.0
Map ID:
Zoning:

### PROTEST

Protest Status:
Informal Date:
Formal Date:

### OWNER

Name: ARROYO, MANUEL
Secondary Name:
Mailing Address: 3 PHILBROOK WAY SPRING TX USA 77382-1377
Owner ID: 617338
% Ownership: 100.000000
Exemptions:

## VALUES

### CURRENT VALUES

| | |
|---|---|
| Land Homesite: | $400,000 |
| Land Non-Homesite: | $0 |
| Special Use Land Market: | $0 |
| Total Land: | $400,000 |
| Improvement Homesite: | $3,376,780 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $3,376,780 |
| Market: | $3,776,780 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $3,776,780 |
| Value Limitation Adjustment (-): | $0 |
| Net Appraised: | $3,776,780 |

### VALUE HISTORY




### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | $400,000 | $3,376,780 | $0 | $3,776,780 | $0 | $3,776,780 |
| 2024 | $400,000 | $3,415,051 | $0 | $3,815,051 | $0 | $3,815,051 |
| 2023 | $400,000 | $3,024,370 | $0 | $3,424,370 | $0 | $3,424,370 |
| 2022 | $400,000 | $3,047,880 | $0 | $3,447,880 | $0 | $3,447,880 |
| 2021 | $422,790 | $2,542,200 | $0 | $2,964,990 | $0 | $2,964,990 |



PLAINTIFFS
4:25-cv-4650
EXHIBIT 8

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|---|---|---|---|---|
| CWT | The Woodlands Township | 0.171400 | $3,776,780 | $3,776,780 |
| GMO | Montgomery Cnty | 0.379000 | $3,776,780 | $3,776,780 |
| HM1 | Mont Co Hospital | 0.049700 | $3,776,780 | $3,776,780 |
| JNH | Lone Star College | 0.107600 | $3,776,780 | $3,776,780 |
| M46 | Mont Co MUD 46 | 0.174633 | $3,776,780 | $3,776,780 |
| SCO | Conroe ISD | 0.949600 | $3,776,780 | $3,776,780 |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

Improvement #1: Residential    Improvement Value: $3,291,780    Main Area: 10,657
State Code: A1    Description: HOUSE    Gross Building Area: 15,043

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| MA | Main Area | 9+ | | 1 | 2007 | 2007 | 6,166 |
| MA2.0 | Main Area 2nd Flr | 9+ | | 1 | 2007 | 2007 | 4,000 |
| MAM | Main Area Masonary | 9+ | | 1 | 2007 | 2007 | 491 |
| BG | Attached Brick Garage | 9+ | | 1 | 2007 | 2007 | 1,746 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 651 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 580 |
| OMPU | OMPU | 9+ | | 1 | 2007 | 2007 | 580 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 168 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 145 |
| OMP | Open Masonry Porch | 9+ | | 1 | 2007 | 2007 | 140 |
| OMPU | OMPU | 9+ | | 1 | 2007 | 2007 | 126 |
| OMPU | OMPU | 9+ | | 1 | 2007 | 2007 | 112 |
| CPY | Canopy | 9+ | | 1 | 2007 | 2007 | 82 |
| CPY | Canopy | 9+ | | 1 | 2007 | 2007 | 30 |
| CPY | Canopy | 9+ | | 1 | 2007 | 2007 | 26 |

**Improvement Features**

MA Foundation: 1, Flooring: 4, Fireplace: 4P1, Plumbing: 30, HVAC: RH1-RC1, Interior Finish: 1, Flooring: 1, Plumbing: 6FB, Roof: 4, Exterior Finish: R4, Plumbing: 2HB, Plumbing: 6AF, Flooring: 2

Improvement #2: Residential    Improvement Value: $60,000    Main Area: 0
State Code: A1    Description: SWIMMING POOL EV    Gross Building Area: 1

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2008 | 0 | 1 |

**Improvement Features**

| Improvement #3: | Residential | Improvement Value: | $10,000 | Main Area: | 0 |
|---|---|---|---|---|---|
| State Code: | A1 | Description: | 2 STOP ELEVATOR EV | Gross Building Area: | 1 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2008 | 0 | 1 |

**Improvement Features**

| Improvement #4: | Residential | Improvement Value: | $10,000 | Main Area: | 0 |
|---|---|---|---|---|---|
| State Code: | A1 | Description: | PADDLE COURT EV | Gross Building Area: | 1 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2016 | 0 | 1 |

**Improvement Features**

| Improvement #5: | Residential | Improvement Value: | $5,000 | Main Area: | 0 |
|---|---|---|---|---|---|
| State Code: | A1 | Description: | OUTDOOR KITCHEN EV | Gross Building Area: | 1 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|---|---|---|---|---|---|---|---|
| EV | ESTIMATED VALUE | | | 1 | 2008 | 0 | 1 |

**Improvement Features**

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|---|---|---|---|---|---|---|
| G2 | Site Value | 1.0784 | 46,977 | $8.51 | $400,000 | $0 |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|---|---|---|---|---|---|---|---|---|
| 9/2/25 | SWD | Spcl W/deed | ARROYO, MANUEL | RODRIGUEZ, LAURA P A | | | | 2025089833 |
| 11/23/20 | GWD | Gen W/deed | RINCON, ROBERTO E & RICARDO J | ARROYO, MANUEL | | | | 2020138110 |
| 8/19/15 | WDV | W/d & V/ln | ROMERO, ALFONSO CELIS & | RINCON, ROBERTO E & RICARDO J | | | | 2015081748 |
| 9/1/11 | GWD | Gen W/deed | CATER, BARENT W & PAMELA M | ROMERO, ALFONSO CELIS & | | | | 2011077900 |
| 7/10/08 | GWD | Gen W/deed | DASPIT, LAURENCE C | CATER, BARENT W & PAMELA M | | | | 2008069485 |
| 9/7/04 | WDV | W/d & V/ln | WOODLANDS LAND DEV CO LP | DASPIT, LAURENCE C | 666.10 | | 0712 | |

CERTIFIED COPY

The foregoing document is a true and correct copy of the record maintained by the Montgomery Central Appraisal District.

Stephen N. Gracey 29OCT2025

Stephen N. Gracey
Director of Legal Services

MONTGOMERY CENTRAL APPRAISAL DISTRICT



Effective Date of Appraisal: January 1