UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,

Plaintiffs,

v.

MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,

Defendant.

Case No.: 1:25-cv-06703-JSR

**[PROPOSED] FINAL JUDGMENT AGAINST MANUEL ARROYO**

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC ("Plaintiffs") having moved for entry of judgment on accumulated civil contempt sanctions against contemnor Manuel Arroyo ("Arroyo"), it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered against Arroyo in favor of Plaintiffs in the amount of $5,800,000, representing accumulated civil contempt sanctions from September 9, 2025 to October 8, 2025 (consisting of $200,000 per day).

This is a final judgment with respect to the civil sanctions set forth above. Nothing in this judgment relieves Arroyo of his obligations under this Court's contempt orders of August 29, 2025 and September 9, 2025, ECF Nos. 45, 79, or prevents the further accrual of contempt sanctions pursuant to those orders after the period set forth above. Post-judgment interest shall accrue on this judgment at the rate provided by 28 U.S.C. § 1961(a).

The Clerk is directed to enter judgment against Arroyo in favor of Plaintiffs for $5,800,000.

**IT IS SO ORDERED.**

PLAINTIFFS
4:25-cv-4650
EXHIBIT 11

Case 1:25-cv-06703-JSR Document 105 Filed 10/03/25 Page 2 of 2

By the Court:

Dated: 10/8/25

United States District Judge