CT20131277

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## General Warranty Deed

**Date:** November 23, 2020

**Grantor(s):** Ricardo Jose Rincon, a married man

**Grantor's Mailing Address:** 40 West Grand Regency, The Woodlands, TX 77382

**Grantor(s):** Lucia DeGenna, a single woman

**Grantor's Mailing Address:** 85 West Grand Regency, The Woodlands, TX 77382

**Grantor(s):** Roberto Enrique Rincon and spouse, Maria Lila Rincon

**Grantor's Mailing Address:** 1536 Breakwater Ter, Hollywood FL 33019

**Grantee(s):** Manuel Arroyo

**Grantee's Mailing Address:** 3 Philbrook Way, The Woodlands TX 77382

**Consideration:** of the sum of TEN AND NO/100 DOLARS ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):** Lot Ten (10), in Block One (1), of THE WOODLANDS, VILLAGE OF CARLTON WOODS, SECTION 13, a Subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet Q, Sheets 191 thru 194, of the Map Records of Montgomery County, Texas.

**Reservations from Conveyance:** None

**Exceptions to Conveyance and Warranty:** Validly existing restrictive covenants common to the platted subdivision in which the Property is located; standby fees, taxes, and assessments by any taxing authority for the year 2020 and subsequent years, and subsequent taxes and assessments by any taxing authority for prior years due to change in land usage or ownership; validly existing utility easements created by the dedication deed or plat of the subdivision in which the Property is located and any and all items recorded and/or filed in public record; any discrepancies, conflicts, or shortages in area or boundary lines, or any encroachments or protrusions, or any overlapping of improvements; homestead or community property or survivorship rights, if any, of any spouse of Grantee; and any validly existing titles or rights asserted by anyone, including but not limited to



Page 1 of 5
THE STATE OF TEXAS
COUNTY OF MONTGOMERY
CERTIFIED COPY

PLAINTIFFS
4:25-cv-4650
EXHIBIT 12

persons, the public, corporations, governments, or other entities, to (a) tidelands or lands comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays, gulfs, or oceans, (b) lands beyond the line of the harbor or bulkhead lines as established or changed by any government, (c) filled-in lands or artificial islands, (d) water rights, including riparian rights, or (e) the area extending from the line of mean low tide to the line of vegetation or the right of access to that area or easement along and across that area.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

Ricardo Jose Rincon

Lucia DeGenna by Katie Custer as attorney in fact

Roberto Enrique Rincon

Maria Lila Rincon by [signature] as attorney in fact
Maria Lila Rincon by Ricardo Jose Rincon as attorney in fact

STATE OF TEXAS )
COUNTY OF [illegible] )

This instrument was acknowledged before me on ______________ 2020, by Lucia DeGenna by Katie Custer as attorney in fact.

(Seal)

Notary Public, State Texas
My commission expires: ______________



Page 2 of 5
THE STATE OF TEXAS
COUNTY OF MONTGOMERY
CERTIFIED COPY

FOX 000047

persons, the public, corporations, governments, or other entities, to (a) tidelands or lands comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays, gulfs, or oceans, (b) lands beyond the line of the harbor or bulkhead lines as established or changed by any government, (c) filled-in lands or artificial islands, (d) water rights, including riparian rights, or (e) the area extending from the line of mean low tide to the line of vegetation or the right of access to that area or easement along and across that area.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

Ricardo Jose Rincon

Lucia DeGenna by Katie Custer as attorney in fact

Lucia DeGenna by Katie Custer as attorney in fact

Roberto Enrique Rincon

Maria Lila Rincon by Ricardo Jose Rincon as attorney in fact

STATE OF TEXAS )
COUNTY OF Harris )

This instrument was acknowledged before me on November 23 2020, by Lucia DeGenna by Katie Custer as attorney in fact.

(Seal)

MYESHIA T ALLEN
Notary Public, State of Texas
Comm. Expires 09-18-2021
Notary ID 131283412

Notary Public, State Texas
My commission expires: 09-18-21



Page 3 of 5
THE STATE OF TEXAS
COUNTY OF MONTGOMERY
CERTIFIED COPY

STATE OF TEXAS )
COUNTY OF MONTGOMERY )

This instrument was acknowledged before me on November 23 2020, by Maria Lila Rincon by Ricardo Jose Rincon as attorney in fact

(Seal)

LACEE WALL DIEHL
My Notary ID # 124435815
Expires January 15, 2023

Notary Public, State Texas
My commission expires: ____________

STATE OF TEXAS )
COUNTY OF MONTGOMERY )

This instrument was acknowledged before me on November 23 2020, by Ricardo Jose Rincon and Roberto Enrique Rincon

(Seal)

LACEE WALL DIEHL
My Notary ID # 124435815
Expires January 15, 2023

Notary Public, State Texas
My commission expires: ____________

AFTER RECORDING RETURN TO:
Chicago Title
1450 Lake Robbins Drive, Suite 120
The Woodlands, TX 77380



Page 4 of 5
THE STATE OF TEXAS
COUNTY OF MONTGOMERY
CERTIFIED COPY

Doc #: 2020138110
Pages 5

**E-FILED FOR RECORD**
11/30/2020 01:26PM

COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

STATE OF TEXAS,
COUNTY OF MONTGOMERY
I hereby certify that this instrument was e-filed in the file number sequence on the date and time stamped herein by me and was duly e-RECORDED in the Official Public Records of Montgomery County, Texas.

**11/30/2020**

County Clerk
Montgomery County, Texas

I hereby certify that this is a true and correct copy of the original record on file in my office.

L. Brandon Steinmann, County Clerk
Montgomery County, Texas

by ______ Deputy
Issued 10/31/2025

**FOX 000050**