WD
ETC
G

20150294177
07/06/2015 ER $20.00

ER 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

After Recording Return To:
DANIEL JAIME GERVITZ LOZOWSKY
BUGAMBILIAS NUMERO 149
MEXICO, 05120

Loan No. 6730929828

# TEXAS GENERAL WARRANTY DEED

With Vendor's Lien

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

Effective Date: July 3, 2015

Grantor (whether one or more): WADE L. WATSON AND STEPHANIE M. WATSON

Grantee (whether one or more): DANIEL JAIME GERVITZ LOZOWSKY AND LAURA PAOLA ARROYO RODRIGUEZ, HUSBAND AND WIFE 2EE

Grantee's Mailing Address: BUGAMBILIAS NUMERO 149
MEXICO, 05120

Consideration:

Ten and no/100 Dollars ($10.00) and other good and valuable consideration, including a note of the same date in the principal amount of **FOUR HUNDRED EIGHTY-THREE THOUSAND SEVEN HUNDRED FIFTY AND NO/100 Dollars ($483,750.00)** (the "Note"), executed by the Grantee and payable to the order of **COMPASS BANK** (the "Lender"). The Note is secured by a first and superior vendor's lien and superior title retained in this deed in favor of the Lender, and by a deed of trust of the same date from the Grantee to **EDUARDO CASTANEDA**, Trustee for the benefit of the Lender.

ASG
1EE
2OR

**Property (including improvements):**

That certain property located in **HARRIS** County, Texas to-wit: **LOT THIRTEEN (13), IN BLOCK TWO (2), OF THE WOODLANDS VILLAGE OF CREEKSIDE PARK SECTION TWO (2), A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED UNDER FILM CODE NO. 604200 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.**

D

**Reservations from Conveyance:** The first and superior vendor's lien and superior title to secure payment of the Note.

**Exceptions to Conveyance and Warranty:**

Liens described as part of the Consideration and any other liens described in this deed as being either assumed or to which title is taken subject to; validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, or matters apparent from those instruments, including reservations outstanding in parties other than Grantor, other than conveyances of the surface fee estate, that affect the Property; any discrepancies or conflicts in boundary lines; any encroachments or overlapping of improvements;and taxes for the current year and subsequent years, which Grantee assumes and agrees to pay and subsequent assessments for the current year and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any wise belonging; To Have and To Hold unto Grantee, and Grantee's successors and assigns, forever. Grantor, and Grantor's successors and assigns, shall warrant and forever defend all and singular the Property to Grantee and Grantee's successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.



MortgageLink Powered by IDS, Inc.

GF# 1515861-08
Stewart Title of Montgomery County, Inc.

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**

A Certified Copy - Page 1 of 3
Attest: 10/31/2025
**Teneshia Hudspeth, County Clerk**
Harris County, Texas

Hugo Salazar-Vasquez Deputy

CON:2291419|ER071291774

COUNTY COURT OF HARRIS COUNTY, TEXAS

PLAINTIFFS
4:25-cv-4650
EXHIBIT 13

**FOX 000051**

The Lender, at Grantee's request, has paid in cash to Grantor the portion of the purchase price of the Property that is evidenced by the Note. The first and superior vendor's lien against and superior title to the Property are retained for the benefit of the Lender, and are transferred to the Lender without recourse against Grantor.

When the context requires, singular nouns and pronouns include the plural.

Executed to be effective as of the Effective Date.

[signature] 7/3/15 — WADE L. WATSON — Date

Stephanie M. Watson 7/3/15 — STEPHANIE M. WATSON — Date

2OR

## Acknowledgements

*Individual*

STATE OF TEXAS
COUNTY OF MONTGOMERY

This instrument was acknowledged before me on JULY 3rd, 2015, by WADE L. WATSON and STEPHANIE M. WATSON.

TRICIA BOWERS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 09-15-2018

[signature]
Notary Public
Printed Name:

*Individual*

STATE OF TEXAS
COUNTY OF ______

This instrument was acknowledged before me on ______, by ______.

(Seal)

Notary Public
Printed Name:

*Corporate/Partnership*

STATE OF TEXAS
COUNTY OF ______

This instrument was acknowledged before me on ______, by ______ of ______, on its behalf.

(Seal)

Notary Public
Printed Name:

*Attorney-in-Fact*

STATE OF TEXAS
COUNTY OF ______

This instrument was acknowledged before me on ______, by ______, attorney-in-fact on behalf of ______.

(Seal)

Notary Public
Printed Name:



ER 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

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 2 of 3
Attest: 10/31/2025
Teneshia Hudspeth, County Clerk
Harris County, Texas

[signature] Deputy
Hugo Salazar-Vasquez

CON:2291419|ER071291774

COUNTY COURT OF HARRIS COUNTY, TEXAS

FOX 000052

ER 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

20150294177
# Pages 3
07/06/2015 02:06 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
STAN STANART
COUNTY CLERK
Fees $20.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.

Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 3 of 3
Attest: 10/31/2025
Teneshia Hudspeth, County Clerk
Harris County, Texas

Hugo Salazar-Vasquez Deputy

CON 2291419|ER371291774

COUNTY COURT OF HARRIS COUNTY, TEXAS