ANNETTE RAMIREZ
TAX ASSESSOR-COLLECTOR
P.O. BOX 3547
HOUSTON, TEXAS 77253-3547

* 1 2 8 6 7 4 0 0 2 0 0 1 3 *

LOZOWSKY DANIEL J
RODRIGUEZ LAURA P
BUGAMBILIAS #149
MEXICO 05120
MEXICO, 0-

# 2024 Property Tax Statement

| | |
|---|---|
| Statement Date: | October 31, 2025 |
| Printed By: | RWARREN |

**Account Number**

**128-674-002-0013**

| Taxing Jurisdiction | Exemptions | Taxable Value | Rate per $100 | Taxes |
|---|---|---|---|---|
| Harris County | | 969,774 | 0.385290 | $3,736.44 |
| Harris County Flood Control Dist | | 969,774 | 0.048970 | $474.90 |
| Port of Houston Authority | | 969,774 | 0.006150 | $59.64 |
| Harris County Hospital District | | 969,774 | 0.163480 | $1,585.39 |
| Harris County Dept. of Education | | 969,774 | 0.004799 | $46.54 |
| Lone Star College System | | 969,774 | 0.107600 | $1,043.48 |
| Emergency Service Dist #11 (E.M.S.) | | 969,774 | 0.038294 | $371.37 |

*Page: 1 of 1*

| | |
|---|---|
| Total 2024 Taxes Due By January 31, 2025 | $7,317.76 |
| Payments Applied To 2024 Taxes | $7,317.76 |
| Total Current Taxes Due (Including Penalties) | $0.00 |
| Prior Year(s) Delinquent Taxes Due (If Any) | $0.00 |
| **Total Amount Due For October 2025** | **$0.00** |

| Penalties for Paying Late | Rate | Current Taxes | Delinquent Taxes | Total |
|---|---|---|---|---|
| By October 31, 2025 | 21% | $0.00 | $0.00 | $0.00 |
| By November 30, 2025 | 22% | $0.00 | $0.00 | $0.00 |
| By December 31, 2025 | 23% | $0.00 | $0.00 | $0.00 |
| By January 31, 2026 | 24% | $0.00 | $0.00 | $0.00 |
| By February 28, 2026 | 25% | $0.00 | $0.00 | $0.00 |

**Property Description**

63 E HULLWOOD CIR 77389
LT 13 BLK 2
THE WOODLANDS VLG OF CREEKSIDE PARK :

**Appraised Values**

| | |
|---|---|
| Land - Market Value | 119,618 |
| Impr - Market Value | 851,214 |
| Total Market Value | 970,832 |
| Less CappedMkt Value | 1,058 |
| Appraised Value | 969,774 |

**Exemptions/Deferrals**

NHS CAP LOSS

NOTES: Keep for your records

Tax Bill Increase (Decrease) from 2019 to 2024 : Appraised Value 57%, Taxable Value 57%, Tax Rate -1%, Tax Bill 56%.

Detach at the perforation and return this coupon with your payment. Keep top part for your records.
*See reverse side for additional information.*

## PAYMENT COUPON

* 1 2 8 6 7 4 0 0 2 0 0 1 3 *

| Account Number |
|---|
| 128-674-002-0013 |
| **Amount Enclosed** |
| No Taxes Due. Keep For Your Records. |

LOZOWSKY DANIEL J
RODRIGUEZ LAURA P
BUGAMBILIAS #149
MEXICO 05120
MEXICO, 0-

Make check payable to:

STATE OF TEXAS
COUNTY OF HARRIS
I, ANNETTE RAMIREZ, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a true and correct copy of the records of the Harris County Tax Office.
Statement Date: October 31, 2025
Printed By: RWARREN

Witness my hand this 31 day of Oct, 25

ANNETTE RAMIREZ
TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

Annette Ramirez
Tax Assessor-Collector
Harris County Texas
By: ____ Deputy

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

PLAINTIFFS
4:25-cv-4650
EXHIBIT 14

12867400200133 2024 000000000 000000000 000000000 000000000

CSI REV 080923

FOX 000054

5708-TAX STMT