**From:** Christopher T. Berg <cberg@ellisgeorge.com>
**Sent:** Friday, August 29, 2025 1:58 PM
**To:** cvillasante@villasante-freyman.com; rislas@villasante-freyman.com; mmartinez@villasante-freyman.com; alopez@villasante-freyman.com; pdiez@dgt.com.mx
**Cc:** Katherine A. Petti; Eric M. George; Stephen P. Farrelly
**Subject:** RE: Fox Corporation, et al. v. Media Deportes Mexico, Case No. 1:25-cv-06703 (S.D.N.Y.)
**Attachments:** ECF No. 41 Modified TRO.pdf; ECF No. 45 Contempt Order - Non-parties.pdf; ECF No. 44 Contempt Order - MDM.pdf

Counsel,

Attached are orders issued by Judge Rakoff earlier today. We are providing notice of these orders to you as counsel for Media Deportes Mexico and Mexico Sports Distribution before the Mexico City court that issued the injunction that is addressed in the attached orders.

Regards,

**Christopher T. Berg** | Partner
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697
cberg@ellisgeorge.com
www.ellisgeorge.com

**From:** Christopher T. Berg
**Sent:** Friday, August 29, 2025 5:54 AM
**To:** 'cvillasante@villasante-freyman.com' <cvillasante@villasante-freyman.com>; 'rislas@villasante-freyman.com' <rislas@villasante-freyman.com>; 'mmartinez@villasante-freyman.com' <mmartinez@villasante-freyman.com>; 'alopez@villasante-freyman.com' <alopez@villasante-freyman.com>; 'pdiez@dgt.com.mx' <pdiez@dgt.com.mx>
**Cc:** Katherine A. Petti <kpetti@ellisgeorge.com>; Eric M. George <egeorge@ellisgeorge.com>; Stephen P. Farrelly <sfarrelly@ellisgeorge.com>
**Subject:** RE: Fox Corporation, et al. v. Media Deportes Mexico, Case No. 1:25-cv-06703 (S.D.N.Y.)

Counsel,

We will be discussing the attached at this morning's hearing.

Regards,

**Christopher T. Berg** | Partner
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697
cberg@ellisgeorge.com
www.ellisgeorge.com

PLAINTIFFS
4:25-cv-4650
EXHIBIT 15

**From:** Christopher T. Berg
**Sent:** Thursday, August 28, 2025 1:33 PM
**To:** cvillasante@villasante-freyman.com; rislas@villasante-freyman.com; mmartinez@villasante-freyman.com; alopez@villasante-freyman.com; pdiez@dgt.com.mx
**Cc:** Katherine A. Petti <kpetti@ellisgeorge.com>; Eric M. George <egeorge@ellisgeorge.com>; Stephen P. Farrelly <sfarrelly@ellisgeorge.com>
**Subject:** RE: Fox Corporation, et al. v. Media Deportes Mexico, Case No. 1:25-cv-06703 (S.D.N.Y.)

Counsel,

Tomorrow the Court will hold a telephonic hearing at 10:00 am ET to discuss Plaintiffs' request to hold MDM, and those acting in concert with it, in contempt in light of the August 27, 2025 injunction issued by a court in Mexico and to modify the TRO to account for the August 27, 2025 Mexico injunction.

The hearing will take place via the Court's conference call system. Please dial (855) 244-8681, then enter meeting code 2317 432 3257.

Regards,


**Christopher T. Berg** | Partner
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697
cberg@ellisgeorge.com
www.ellisgeorge.com


**From:** Christopher T. Berg <cberg@ellisgeorge.com>
**Sent:** Tuesday, August 26, 2025 7:58 AM
**To:** cvillasante@villasante-freyman.com; rislas@villasante-freyman.com; mmartinez@villasante-freyman.com; alopez@villasante-freyman.com; pdiez@dgt.com.mx
**Cc:** Katherine A. Petti <kpetti@ellisgeorge.com>; Eric M. George <egeorge@ellisgeorge.com>; Stephen P. Farrelly <sfarrelly@ellisgeorge.com>
**Subject:** Re: Fox Corporation, et al. v. Media Deportes Mexico, Case No. 1:25-cv-06703 (S.D.N.Y.)

Counsel,

Yesterday, August 25, was the deadline for Media Deportes Mexico (MDM) to file a response to the Court's Order to Show Cause For Preliminary Injunction in *Fox Corporation, et al. v. Media Deportes Mexico*, Case No. 25-cv-6703 (S.D.N.Y.). *See* Dkt. No. 39. It was also the deadline for MDM to file a response to the Court's Order to Show Cause Why Defendant Should Not Be Held in Contempt. *See* Dkt. No. 38. We see that MDM did not file a response to either order.

The Court has ordered a series of other deadlines over the next several days. *See* Dkt. No. 39. The next is on August 28, when the parties have been ordered to exchange exhibits and a list of witnesses they intend to present at the evidentiary hearing on September 5. Please let us know by 12 pm ET tomorrow, August 27, whether MDM intends to appear at the hearing on September 5. If MDM does not intend to appear, we will inform the Court.

Regards,


**Christopher T. Berg** | Partner

**ELLIS GEORGE LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697
cberg@ellisgeorge.com
www.ellisgeorge.com

---

**From:** Christopher T. Berg
**Sent:** Thursday, August 21, 2025 9:03:22 AM
**To:** cvillasante@villasante-freyman.com <cvillasante@villasante-freyman.com>; rislas@villasante-freyman.com <rislas@villasante-freyman.com>; mmartinez@villasante-freyman.com <mmartinez@villasante-freyman.com>; alopez@villasante-freyman.com <alopez@villasante-freyman.com>; pdiez@dgt.com.mx <pdiez@dgt.com.mx>
**Cc:** Katherine A. Petti <kpetti@ellisgeorge.com>; Eric M. George <egeorge@ellisgeorge.com>; Stephen P. Farrelly <sfarrelly@ellisgeorge.com>
**Subject:** RE: Fox Corporation, et al. v. Media Deportes Mexico, Case No. 1:25-cv-06703 (S.D.N.Y.)

Counsel,

Please see the attached orders issued by Judge Rakoff.

**Christopher T. Berg** | Partner
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697
cberg@ellisgeorge.com
www.ellisgeorge.com

**From:** Christopher T. Berg
**Sent:** Tuesday, August 19, 2025 10:22 PM
**To:** cvillasante@villasante-freyman.com; rislas@villasante-freyman.com; mmartinez@villasante-freyman.com; alopez@villasante-freyman.com; pdiez@dgt.com.mx
**Cc:** Katherine A. Petti <kpetti@ellisgeorge.com>; Eric M. George <egeorge@ellisgeorge.com>; Stephen P. Farrelly <sfarrelly@ellisgeorge.com>
**Subject:** RE: Fox Corporation, et al. v. Media Deportes Mexico, Case No. 1:25-cv-06703 (S.D.N.Y.)

Counsel,

Please see the attached documents filed earlier this evening with the Court. The hearing on the motion will be held tomorrow at 2:30 pm ET. For further details about the location of the hearing see the attached Notice of Motion.

**Christopher T. Berg** | Partner

ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697
cberg@ellisgeorge.com
www.ellisgeorge.com

**From:** Christopher T. Berg
**Sent:** Monday, August 18, 2025 2:25 PM

**To:** cvillasante@villasante-freyman.com; rislas@villasante-freyman.com; mmartinez@villasante-freyman.com; alopez@villasante-freyman.com; pdiez@dgt.com.mx
**Cc:** Katherine A. Petti <kpetti@ellisgeorge.com>; Eric M. George <egeorge@ellisgeorge.com>; Stephen P. Farrelly <sfarrelly@ellisgeorge.com>
**Subject:** RE: Fox Corporation, et al. v. Media Deportes Mexico, Case No. 1:25-cv-06703 (S.D.N.Y.)

Counsel,

Please see the attached e-mail from the chambers of Judge Rakoff. Judge Rakoff will wait twenty-four hours for MDM to appear in this matter before making a decision with regard to Fox's application for an emergency motion for an order to show cause why MDM should not be held in contempt.

Judge Rakoff looks forward to hearing either from the parties jointly before 5:00 p.m. ET tomorrow, August 19, or from Fox alone beginning at 5:00 p.m. ET tomorrow if counsel for MDM has by then still not appeared.


**Christopher T. Berg** | Partner

ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697
cberg@ellisgeorge.com
www.ellisgeorge.com


**From:** Christopher T. Berg
**Sent:** Monday, August 18, 2025 9:14 AM
**To:** cvillasante@villasante-freyman.com; rislas@villasante-freyman.com; mmartinez@villasante-freyman.com; alopez@villasante-freyman.com; pdiez@dgt.com.mx
**Cc:** Katherine A. Petti <kpetti@ellisgeorge.com>; Eric M. George <egeorge@ellisgeorge.com>
**Subject:** Fox Corporation, et al. v. Media Deportes Mexico, Case No. 1:25-cv-06703 (S.D.N.Y.)

Counsel,

The case *Fox Corp. et al. v. Media Deportes Mexico, S. de R.L. de C.V.*, Case No. 1:25-cv-06703 (S.D.N.Y.), was reassigned this morning from Judge Rearden to Judge Rakoff per the attached notice. Pursuant to the terms of Judge Rakoff's Temporary Restraining Order, we are providing you notice of this reassignment electronically via email. We have attached a copy of Judge Rakoff's rules. Please note that for any motion papers MDM seeks to file, it must submit hard-copy courtesy copies to Judge Rakoff's chambers.

Please let us know in the next two hours when you are available today for a conference call with Judge Rakoff to discuss our anticipated motion for contempt arising out of Media Deporte Mexico violating and defying the TRO. Please also let us know immediately who your local counsel in the U.S. will be so that we may copy them on emails.


**Christopher T. Berg** | Partner

ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697




FOX 000058

cberg@ellisgeorge.com
www.ellisgeorge.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703<br><br>**ORDER HOLDING DEFENDANT MEDIA DEPORTES MEXICO IN CONTEMPT** |

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español have moved for emergency relief to hold Defendant Media Deportes Mexico, S. de R.L. de C.V. ("MDM") in civil contempt for violating the Temporary Restraining Order issued by this Court on August 14, 2025 ("Temporary Restraining Order").

Having reviewed the submissions and evidence and after holding a telephonic hearing concerning this application earlier today, the Court finds that MDM has clearly acted in civil contempt of the Temporary Restraining Order by refusing to cease using the trademarks identified in the Temporary Restraining Order and by pursuing the injunction dated August 27, 2025 by the Civil Department 42 of the Superior Court of Justice of Mexico City (the "August 27, 2025 Mexico Injunction").

Accordingly, it is **ORDERED** that the Court hereby imposes civil contempt sanctions against MDM by imposing a fine of $200,000 per day to be paid daily to the Clerk of the Court of the Southern District of New York beginning September 6, 2025, and continuing each day thereafter until MDM (1) ceases using the trademarks identified in the Temporary Restraining Order and (2) withdraws the August 27, 2025 Mexico Injunction. MDM will be jointly and

severally liable for this fine with any other contemnors the Court finds to have violated the Temporary Restraining Order.

MDM may present any opposition to this Order by having counsel appear in person at the hearing already scheduled for September 5, 2025, at 2 p.m. Eastern Time in Courtroom 14B, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York.

**IT IS SO ORDERED.**
New York, NY

By the Court:

8/29/25
Dated at 1:10 pm

Jed S. Rakoff
United States District Judge
Hon. Jed S. Rakoff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; and FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. de R.L. de C.V.,<br><br>Defendant. | Case No.: 1:25-cv-06703<br><br>**ORDER HOLDING MEXICO SPORTS DISTRIBUTION LLC, GRUPO LAUMAN HOLDING, AND MANUEL ARROYO IN CONTEMPT** |

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español have moved for emergency relief to hold non-parties Mexico Sports Distribution LLC ("MSD"), Grupo Lauman Holding, S. de R.L. de C.V. ("Grupo Lauman"), and Manuel Arroyo in civil contempt for violating the Temporary Restraining Order issued by this Court on August 14, 2025 ("Temporary Restraining Order").

Having reviewed the submissions and evidence and after holding a telephonic hearing concerning this application earlier today, the Court finds that MSD, Grupo Lauman, and Manuel Arroyo have clearly acted in civil contempt of the Temporary Restraining Order by being in active concert with Defendant's violations of the Temporary Restraining Order, including Defendant's refusal to cease using the trademarks identified in the Temporary Restraining Order and Defendant's pursuit of the injunction dated August 27, 2025 by the Civil Department 42 of the Superior Court of Justice of Mexico City (the "August 27, 2025 Mexico Injunction").

Accordingly, it is **ORDERED** that the Court hereby imposes civil contempt sanctions, jointly and severally, against MSD, Grupo Lauman, and Manuel Arroyo by imposing a fine of $200,000 per day to be paid daily to the Clerk of the Court of the Southern District of New York beginning September 6, 2025, and continuing each day thereafter (1) until Defendant and those

acting in concert with it—including MSD, Grupo Lauman, and Manuel Arroyo—cease using the trademarks identified in the Temporary Restraining Order and (2) until Defendant withdraws the August 27, 2025 Mexico Injunction. As stated, MSD, Grupo Lauman, and Manuel Arroyo are jointly and severally liable for this fine.

MSD, Grupo Lauman, and Manuel Arroyo may present any opposition to this Order by having counsel appear in person at the hearing already scheduled for September 5, 2025, at 2 p.m. Eastern Time in Courtroom 14B, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York.

**IT IS SO ORDERED.**

New York, NY

By the Court:

8/29/25
Dated at 1:10 pm

[signature]
United States District Judge
Hon. Jed S. Rakoff



FOX 000063

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

FOX CORPORATION; FOX MEDIA LLC; FOX SPORTS EN ESPAÑOL LLC,

Plaintiffs,

v.

MEDIA DEPORTES MEXICO, S. de R.L. DE C.V.,

Defendant.

Case No.: 1:25-cv-6703-JSR

**[PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(B)**

JSR

On August 14, 2025, the Court granted Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español's motion for a temporary restraining order and order to show cause for a preliminary injunction ("Temporary Restraining Order"). ECF No. 29. The Court modified the Temporary Restraining Order on August 20 and 27, 2025. ECF Nos. 38 and 40. The Court hereby further modifies the Temporary Restraining Order as follows:

It is **ORDERED** that Defendant shall show cause before a motion term of this Court, at Room 12-B, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on September 5, 2025, at 2 p.m. thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure granting Plaintiffs a preliminary injunction and restraining Defendant, its agents, employees, attorneys, and any persons in active concert or participation with it, from doing the following:

(1) using any trademark containing the word "Fox" in Mexico;

(2) using any trademark containing the word "Fox" in the United States;

(3) pursuing any legal or regulatory action relating to any trademark containing the word "Fox" in Mexico, including seeking to enforce the injunction issued on March 26, 2025 by Civil

Department 42 of the Superior Court of Justice of Mexico City and seeking to enforce the injunction issued on August 27, 2025 (published on August 28, 2025) by Civil Department 42 of the Superior Court of Justice of Mexico City; and

(4) taking any action to disrupt, hinder, or undermine Fox's business relationships with Audiovisuales Media Pro Mexico, S.A. de C.V. (MEXICO) ("MediaPro"), Telefonía por Cable S.A. de C.V., Cablemas Telecommunications S.A. de C.V., Total Play Telecommunications S.A.P.I.D, Amazon.com Services LLC, Corporación Novavisión S. de RL de C.V., Claro Video LLC, Grupo W COM S.A. de C.V., Apple Store LLC, Google Store LLC, Stripe LLC, ROKU LLC, Radio Movil Dipsa S.A. de C.V., Libros Foráneos S.A. de C.V., Soccer Media Solutions S.A. de C.V., Next Natal S.A.P.I de C.V., or Wis Master Mexico S.A. de C.V.

It is further **ORDERED** that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, Defendant and anyone acting in concert with Defendant are restrained from:

(1) using any trademark containing the word "Fox" in Mexico;

(2) using any trademark containing the word "Fox" in the United States;

(3) pursuing any legal or regulatory action relating to any trademark containing the word "Fox" in Mexico, including seeking to enforce the injunction issued on March 26, 2025 by Civil Department 42 of the Superior Court of Justice of Mexico City and seeking to enforce the injunction dated August 27, 2025 (published on August 28, 2025) by Civil Department 42 of the Superior Court of Justice of Mexico City; and

(4) taking any action to disrupt, hinder, or undermine Fox's business relationships with Audiovisuales Media Pro Mexico, S.A. de C.V. (MEXICO) ("MediaPro"), Telefonía por Cable S.A. de C.V., Cablemas Telecommunications S.A. de C.V., Total Play Telecommunications

S.A.P.I.D, Amazon.com Services LLC, Corporación Novavisión S. de RL de C.V., Claro Video LLC, Grupo W COM S.A. de C.V., Apple Store LLC, Google Store LLC, Stripe LLC, ROKU LLC, Radio Movil Dipsa S.A. de C.V., Libros Foráneos S.A. de C.V., Soccer Media Solutions S.A. de C.V., Next Natal S.A.P.I de C.V., or Wis Master Mexico S.A. de C.V.

It is further **ORDERED** that Plaintiffs are authorized by this Court to provide notice of this temporary restraining order, and any other orders of this Court, to the following: Audiovisuales Media Pro Mexico, S.A. de C.V. (MEXICO) ("MediaPro"), Telefonía por Cable S.A. de C.V., Cablemas Telecommunications S.A. de C.V., Total Play Telecommunications S.A.P.I.D, Amazon.com Services LLC, Corporación Novavisión S. de RL de C.V., Claro Video LLC, Grupo W COM S.A. de C.V., Apple Store LLC, Google Store LLC, Stripe LLC, ROKU LLC, Radio Movil Dipsa S.A. de C.V., Libros Foráneos S.A. de C.V., Soccer Media Solutions S.A. de C.V., Next Natal S.A.P.I de C.V., Wis Master Mexico S.A. de C.V., and any other business or entity that currently does business or has done business in the past with Defendant or its affiliates, subsidiaries, or parents relating to sports content in Mexico.

It is further **ORDERED** that providing a copy via electronic mail of this Order to Defendant or Defendant's counsel on or before September 1, 2025 shall be deemed good and sufficient service thereof.

**IT IS SO ORDERED.**

New York, NY

8/29/25
Dated at 10:32 am

By the Court:

[signature]
United States District Judge
Hon. Jed S. Rakoff

3046819.1