Artículos · Personas · Learning · Empleos · Juegos · Descargar la aplicaci




# Manuel Arroyo

CEO Grupo Lauman | Presidente El Financiero y Fox Sports México

Ciudad de México, México · Información de contacto

3 seguidores

Ver tus contactos en común

Unirse para ver el perfil

Enviar mensaje

FOX Sports México

## Experiencia

### Presidente

FOX Sports México

2021 - actualidad · 4 años

Ciudad de México, México

Adquirido por Grupo Lauman tras la aprobación del IFT, consolidando así su presencia como canal deportivo multiplataforma con contenido propio y alianzas estratégicas.

PLAINTIFFS
4:25-cv-4650
EXHIBIT 16

### Director General y Presidente del Consejo Editorial

El Financiero

2012 - actualidad · 13 años

Ciudad de México, México

Medio mexicano líder en economía, negocios y política. Como parte de Grupo Lauman, se ha fortalecido su presencia e impacto gracias a alianzas estratégicas con actores de alta relevancia en el sector a nivel global como Bloomberg, Financial Times y The New York Times.

### Propietario

Grupo Multimedia Lauman

1994 - actualidad · 31 años

Grupo Multimedia Lauman es un grupo global de telecomunicaciones, radiodifusión y medios de comunicación, reconocido por su liderazgo y capacidad para integrar soluciones innovadoras y llave en mano, así como para la producción y distribución de contenido en América Latina.

### Fundador y CEO

Comtelsat

1993 - actualidad · 32 años

Ciudad de México, México

Empresa 100% mexicana especializada en infraestructura y soluciones tecnológicas para telecomunicaciones, radiodifusión, producción, conectividad y broadcast, posicionándose como una de las integradoras tecnológicas más importantes en América Latina con clientes como el Canal del Congreso, el INE, MVS, Fox Sports, Milenio TV, ESPN, TV Azteca, entre otros.

---

## Reconocimientos y premios

### Premio a Trayectoria Emprendedora

-

2018

Entregado por el entonces presidente Enrique Peña Nieto durante la inauguración de la Semana del Emprendedor.

### Presea Concamin

Confederación de Cámaras Industriales

2014

Otorgado en el marco de la Reunión Anual de Industriales de la Confederación de Cámaras Industriales.

**Empresario del año**

CONCANACO

2013

Reconocimiento otorgado por el entonces presidente Enrique Peña Nieto en el marco del 96 Aniversario de la Confederación de Cámaras Nacionales de Comercio, Servicios y Turismo (CONCANACO).


## Ver el perfil completo de Manuel

- Descubrir a quién conocéis en común
- Conseguir una presentación
- Contactar con Manuel directamente

Unirse para ver el perfil completo


## Otras personas con el nombre de **Manuel Arroyo** en **México**

**Manuel Arroyo**
Área metropolitana de Ciudad de México

**Manuel Arroyo**
Operations Manager for Mexico at Predictable Revenue™ Inc.
México

**Manuel Arroyo**
Propietario de empresa pequeña en AI Hive Studio
México

**Manuel Arroyo**
Vibration Analyst II
Saltillo, COA

**Manuel Arroyo**
Director en Policía Federal de México

México

Hay 409 personas más con el nombre de Manuel Arroyo en México en LinkedIn

Ver a otras personas con el nombre de **Manuel Arroyo**

LinkedIn © 2025

Acerca de

Accesibilidad

Condiciones de uso

Política de privacidad

Política de cookies

Política de copyright

Política de marca

Controles de invitados

Pautas comunitarias

Idioma