

PLAINTIFFS
4:25-cv-4650
EXHIBIT 17