Docusign Envelope ID: 01A81483-A899-4955-ABE2-2A66DC38C9A3

**Notice of confidentiality rights: If you are a natural person, you may remove or strike any of the following information from this instrument before it is filed for record in the public records: your Social Security number or your driver's license number.**

# SPECIAL WARRANTY DEED

THE STATE OF TEXAS

KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF MONTGOMERY

Grantor: MANUEL ARROYO

Grantee: MARIAJOSE ARROYO MONGE

Grantee's Address: 87 Lakeside Green, The Woodlands, Texas 77382

Consideration: Love and affection and other good and valuable consideration

Property (including any improvements): Lot Seven (7), in Block One (1), of The Woodlands, VILLAGE OF STERLING RIDGE, SECTION THIRTY-THREE (33), a subdivision of 26.35 acres of land, more or less in the Dickinson Garrett Survey, A-226, Montgomery County, Texas, of Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet V, Sheets 41 through 44 of the Map Records of Montgomery County, Texas, being more commonly known as 87 Lakeside Green, The Woodlands, Texas 77382.

Reservations from Conveyance: None.

Exceptions to Conveyance: This conveyance is given and accepted subject to any and all restrictions, reservations, covenants, conditions, rights of way, easements, municipal or other governmental zoning laws, regulations and ordinances, if any, affecting the herein described property.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee any and all interest in the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor bind Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

The parties hereto agree that this instrument may be executed in counterparts, each of which shall be deemed an original, and said counterparts shall together constitute one and the same agreement, binding all of the parties hereto, notwithstanding all of the parties are not signatory to

PLAINTIFFS
4:25-cv-4650
EXHIBIT 18

the original or the same counterparts. For all purposes, including without limitation, recordation, filing and delivery of this instrument, duplicate unexecuted and unacknowledged pages of the counterparts may be discarded and the remaining pages assembled as one document.

Grantee assumes all ad valorem taxes due on property for the year 2025.

SEPTEMBER 2025

**EXECUTED** this 2 day of ~~June,~~ 2025.

GRANTOR:

[signature]

MANUEL ARROYO

THIS INSTRUMENT WAS PREPARED SOLELY FROM THE INFORMATION PROVIDED BY THE PARTIES TO THE STATED TRANSACTION AS A TITLE SEARCH WAS NOT PERFORMED.

ACKNOWLEDGMENT

STATE OF NEW JERSEY

COUNTY OF CAMDEN

SEPTEMBER

This instrument was acknowledged before me on the 2 day of ~~June~~, 2025, by MANUEL ARROYO.

Nicolette Hall
Notary Public, State of New Jersey
My Commission Expires 01/17/2027

Nicolette Hall [signature]

Notary Public In and for the State of NEW JERSEY

Nicolette Hall [signature] 9/2/2025 50182507

COMPLETED VIA REMOTE ONLINE NOTARIZATION USING 2 WAY AUDIO/VIDEO TECHNOLOGY

**Doc #: 2025089834**
**Pages 3**

**E-FILED FOR RECORD**
09/03/2025 11:29AM

L. Brandon Steinmann
County Clerk,
Montgomery County, Texas

STATE OF TEXAS,
COUNTY OF MONTGOMERY
I hereby certify that this instrument was e-filed in the file number sequence on the date and time stamped herein by me and was duly e-RECORDED in the Official Public Records of Montgomery County, Texas.

**09/03/2025**

L. Brandon Steinmann
County Clerk,
Montgomery County, Texas