UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX CORPORATION; FOX MEDIA LLC; FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA DEPORTES MEXICO, S. DE R.L. DE C.V.,<br><br>Defendant. | Case No. 1:25-cv-06703-JSR<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that true and correct copies of the following documents were served via electronic mail on counsel for Defendant, Paulo Diez Gargari, pdiez@dgt.com.mx, at 3:07 p.m. Pacific Standard Time on August 14, 2025:

- **Temporary Restraining Order And Order To Show Cause For Preliminary Injunction Under Federal Rule Of Civil Procedure 65(B), ECF No. 29.**

I further certify that true and correct copies of the following documents were served via electronic mail on counsel for Defendant, Paulo Diez Gargari, pdiez@dgt.com.mx, at 3:23 p.m. Pacific Standard Time on August 14, 2025:

- **Complaint, ECF No. 1;**
- **Civil Cover Sheet, ECF No. 2;**
- **Fox Corporation, Fox Media LLC, And Fox Sports En Español LLC's Rule 7.1 Disclosure Statement, ECF No. 3;**
- **Request For Summons In A Civil Action to Media Deportes Mexico, S. de R.L. de C.V., ECF No. 4;**
- **Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark, ECF No. 5;**
- **Motion To File Under Seal, ECF No. 6;**
- **[Proposed] Order Granting Motion To File Under Seal, ECF No. 6-1;**

PLAINTIFFS
4:25-cv-4650
EXHIBIT 21

- **Declaration Of Stephen P. Farrelly In Support Of Plaintiffs' Motion To File Under Seal, ECF No. 7;**
- **Memorandum Of Law In Support Of Plaintiffs' Ex Parte Motion For A Temporary Restraining Order And Order To Show Cause For A Preliminary Injunction [Unredacted Version Filed Under Seal], ECF No. 7-1;**
- **Ex. 14 to the Declaration of Christopher T. Berg In Support Of Order To Show Cause For Preliminary Injunction And Temporary Restraining Order [Unredacted Version Filed Under Seal], ECF No. 7-2;**
- **Proposed Temporary Restraining Order And Order To Show Cause For Preliminary Injunction Under Federal Rule Of Civil Procedure 65(B), ECF No. 8;**
- **Memorandum Of Law In Support Of Plaintiffs' Ex Parte Motion For A Temporary Restraining Order And Order To Show Cause For A Preliminary Injunction [Redacted Version Publicly Filed], ECF No. 9;**
- **Memorandum Of Law In Support Of Plaintiffs' Ex Parte Motion For A Temporary Restraining Order And Order To Show Cause For A Preliminary Injunction [Unredacted Version Filed Under Seal], ECF No. 10;**
- **Declaration Of Carlos Martinez In Support Of Plaintiffs' Motion For A Temporary Restraining Order And A Preliminary Injunction, and Exhibits 1-28, 31-32, 35 thereto [Redacted Version Publicly Filed], ECF Nos. 11, 11-1 through 11-55;**
- **Declaration Of Carlos Martinez In Support Of Plaintiffs' Motion For A Temporary Restraining Order And A Preliminary Injunction, and Exhibits 1-28, 31-32, 35 thereto [Unredacted Version Filed Under Seal], ECF Nos. 12, 12-1 through 12-55;**
- **Declaration of Christopher T. Berg In Support Of Order To Show Cause For Preliminary Injunction And Temporary Restraining Order, and Exhibits 29-30, 33-34, 36-54 thereto, ECF Nos. 13, 13-1 through 13-28;**
- **Declaration of Brisa-Ha Miranda Gonzalez In Support Of Order To Show Cause For Preliminary Injunction And Temporary Restraining Order, ECF No. 14;**
- **Declaration of Guadalupe Jocelyn Cuevas Sanchez In Support Of Order To Show Cause For Preliminary Injunction And Temporary Restraining Order, ECF No. 15;**

- **Declaration of Juan Carlos Ortiz Rico In Support Of Order To Show Cause For Preliminary Injunction And Temporary Restraining Order, ECF No. 16; and**

- **Temporary Restraining Order And Order To Show Cause For Preliminary Injunction Under Federal Rule Of Civil Procedure 65(B), ECF No. 29.**

Dated: Los Angeles, California
September 8, 2025

ELLIS GEORGE LLP

By: *s/Christopher T. Berg*
Christopher T. Berg

Eric M. George
Katherine A. Petti, *Admitted Pro Hac Vice*
Christopher T. Berg, *Admitted Pro Hac Vice*
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
egeorge@ellisgeorge.com
kpetti@ellisgeorge.com
cberg@ellisgeorge.com

Stephen P. Farrelly
ELLIS GEORGE LLP
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
sfarrelly@egcfirm.com

*Attorneys for Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Español LLC*