Gmail

Rebeca Valdez de Chow <rrchow1000@gmail.com>

## Notaria virtual

**Rebeca Valdez** <rrchow1000@gmail.com> Fri, Aug 29, 2025 at 1:49 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Doris Mendez <doris@gutierrezlaw.group>, Nayeli Valles <nayeli@gutierrezlaw.group>

Nicolle:
Buenas tardes el Sr Arroyo esta disponible hoy por la tarde, le urge que lo hagamos hoy mismo. Si es necesario pagar extra no hay problema.
Tiene muy poca disponibilidad, podrian apoyarnos con esto?
De no ser hoy mismo cuando es la proxima cita ? Porfavor tratar de hacerlo hoy o mañana .
Muchas gracias!

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

EXHIBIT
PENGAD 800-631-6989
Ex X 8
R. Chow 3/12/26

PLAINTIFFS
4:25-cv-4650
EXHIBIT 24

FOX 000143