Gmail

Rebeca Valdez de Chow <rrchow1000@gmail.com>

---

## Llamada

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Fri, Aug 29, 2025 at 3:23 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Sra. Rebeca,

Sí se logró hacer cita hoy mismo con el notario.

Le recuerdo que el Sr. Arroyo deberá conectarse al menos 25 minutos antes para completar el proceso de verificación de identidad.

**Esta verificación es obligatoria y debe realizarse antes de iniciar la reunión para que el notario pueda proceder con el proyecto.**

Asimismo le confirmo que la reunión quedó para hoy 29 de agosto a las 4:00 p.m., hora Dallas.

Podrán unirse por el siguiente enlace:

International Notarization (Manuel Arroyo)

Quedo atenta a cualquier duda o comentario.

Saludos,

image.png

EXHIBIT
9
R. Chow 3/12/26
PENGAD 800-631-6989




**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers


[Quoted text hidden]

PLAINTIFFS
4:25-cv-4650
EXHIBIT 25

FOX 000144

Gmail

Rebeca Valdez de Chow <rrchow1000@gmail.com>

# Cita

**Rebeca Valdez** <rrchow1000@gmail.com> Fri, Aug 29, 2025 at 3:24 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Algun update Nicolle?

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

GUTIERREZ LAW

SEP 2025

Gmail

**Rebeca Valdez de Chow <rrchow1000@gmail.com>**

---

## Virtual appointment

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 9:54 AM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>, Nicolle Sabbagh <nicolle@gutierrezlaw.group>

Buenos días, creen que podríamos agendar la llamada para el día de hoy con el Sr Arroyo porfavor.
Muchas gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

## Virtual notary call

17 messages

---

**Rebeca Valdez** <rrchow1000@gmail.com> Mon, Sep 1, 2025 at 11:44 AM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Nayelli:
Buenos días espero te encuentres muy bien.
Solo dando seguimiento a la llamada,
Quedo al pendiente
Muchas gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 10:19 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group>

Buen día Sra. Rebeca,

Espero que se encuentre muy bien.

Debido a la urgencia, lo más conveniente es realizar primero el cambio a nombre de las hijas del Sr. Arroyo; posteriormente podremos proceder con el cambio a la LLC de cada una, en cuanto recibamos la cotización y se elaboren los documentos correspondientes.

La abogada considera que será más sencillo coordinar directamente con las hijas.

Quedo pendiente de usted.

Saludos cordiales,



Nicolle Sabbagh
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 10:35 AM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Nicolle:
Justo Nayelli me comento el viernes que no, que lo mas rápido y fácil seria pasarlo directo a las LLC, porque el cambio ahora? Ella ya tiene toda la información de las compañías.
Los warranty deed no estaban ya a nombre de la hija y su hermana? Me
Comento que estaban ya haciendo el cambio.
Necesitamos que quede a la brevedad posible el pero porfavor aclárenme que se haría hoy? Cotización de que? Ya todo estaba pagado,
Me aclaran porfavor
Muchas gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 9:19 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 10:39 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

La Srita Mariajose es su hija , la Sra Laura Paola es su hermana.
Pero el deed esta a nombre del Sr solamente en ambas propiedades, solo el puede firmar el cambio segun tengo entendido., correcto?
Para eso el notario virtual,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 9:35 AM, Rebeca Valdez <rrchow1000@gmail.com> wrote:

Nicolle:

[Quoted text hidden]

---

**Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group> Tue, Sep 2, 2025 at 10:48 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Hola Rebeca,

Hoy se realizará la transferencia únicamente a nombre de la hija y la hermana. El cambio de las propiedades a nombre de las hijas para luego pasarlas a las LLC no estaba contemplado hasta que platicamos la semana pasada.

Dado que será necesario redactar nuevos documentos a nombre de la hija y la hermana para posteriormente transferirlos a las LLC, la abogada nos confirmará el costo de este trámite. Ella considera que, si el contador sugirió hacerlo de esta manera, probablemente sea por las implicaciones fiscales que él conoce y que le hacen pensar que esta opción es la más conveniente.

En caso de que deseen confirmar con el contador si existe la posibilidad de transferirlas directamente a las LLC,

podemos proceder de esa forma. La abogada se ajustará a lo que el contador determine como viable.

Como te comenté el viernes, ya le compartí la información a la abogada y esto es lo que nos confirmó.



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 11:46 AM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Pero cual es su recomendación?
Y que seria lo mas rápido?

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 9:48 AM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 12:23 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Sra. Rebeca,

La recomendación es seguir lo que indicó el contador, es decir: primero transferir las propiedades a nombre de la hija y la hermana, y después pasarlas a las LLC.

Esta es también la opción más rápida, porque hoy mismo se hará la transferencia a las hijas; los documentos para las LLC se preparan después.

En caso de que deseen confirmar con el contador si es posible transferirlas directamente a las LLC, podemos proceder de esa forma.

Quedo atenta a cualquier otra duda.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 12:38 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Entiendo, a que hora tendrías disponibilidad para el notario virtual para coordinar con el Sr en este momento.
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 11:23 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 12:53 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Hay disponibilidad a las 3:30 p.m. o 4:00 p.m., hora Dallas.

Quedo atenta a su confirmación para agendar con el notario.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 1:14 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Gracias dame un momento en lo que responde porfavor muchas gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 11:53 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 2:11 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

En total cuanto tiempo le llevaria la llamada? Y el tiene que estar visible en video correcto? Para comentarle donde la tome, y solo una identificación con foto correcto?
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 12:14 PM, Rebeca Valdez <rrchow1000@gmail.com> wrote:

Gracias dame un momento en lo que responde porfavor muchas gracias,

[Quoted text hidden]

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 2:24 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

La llamada con el notario suele tomar alrededor de 10 a 15 minutos, más el tiempo que él necesite para verificar su identidad.

**Sí, debe ser en video y el Sr.** Arroyo **necesitará tener a la mano dos identificaciones oficiales: el pasaporte y otra con fotografía**

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 3:17 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Va a estar un poco ocupado pero dice que se sale s tomarla lo unico que trae su licencia y foro de su pasaporte, no el pasaporte fisico, si no les funciona asi entonces el esta disponible mañana 1 PM hora Mexico.
Dime que sugieres?
Gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 1:24 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 3:23 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Sra. Rebeca,

Que el Sr. Arroyo entre a la llamada con la documentación que tenga disponible; en caso de que el notario requiera otra identificación física, con gusto reagendamos.

Quedo atenta.

Saludos cordiales,



Nicolle Sabbagh
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

[Quoted text hidden]

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 3:29 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Muy bien
Envia el link y dejame claro a que hora debe entrar porfavor
Hora Mexico porfavor
Gracias!!
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 2:23 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 3:45 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Adjunto el link:
https://usvirtualnotary.com/meeting/?id=yf7dMFv4hRUmi8tn1jD3f

El Sr. Arroyo deberá ingresar a la reunión a las 3:10 p.m., hora México (4:10 p.m., hora Dallas) para llevar a cabo el proceso de identificación.

Posteriormente, a las 3:30 p.m., hora México (4:30 p.m., hora Dallas) será la reunión con el notario, la cual tendrá una duración máxima de 15 minutos, por lo que concluirá a las 3:45 p.m., hora México (4:45 p.m., hora Dallas).

Quedo atenta.

Saludos cordiales,
image.png



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 4:08 PM
To: Manuel Arroyo <marroyo@comtelsat.com.mx>

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

Begin forwarded message:

> **From:** Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>
> **Date:** September 2, 2025 at 2:45:42 PM CST
> **To:** Rebeca Valdez <rrchow1000@gmail.com>
> **Cc:** Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>
> **Subject: Re: Virtual notary call**

[Quoted text hidden]

Gmail

**Rebeca Valdez de Chow <rrchow1000@gmail.com>**

---

## Link

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 4:10 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Se lo envias a su correo porfavor
Lo abri y lo envie por WhatsApp pero por si las dudas

Marroyo@comtelsat.com.mx

Gracias

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

Gmail

Rebeca Valdez de Chow <rrchow1000@gmail.com>

## Reunión con notario virtual

13 messages

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 4:15 PM
To: Manuel Arroyo <Marroyo@comtelsat.com.mx>
Cc: Rebeca Valdez <rrchow1000@gmail.com>, Nayeli Valles <nayeli@gutierrezlaw.group>

Buen día Sr. Arroyo,

Espero que se encuentre bien.

Como solicitado, adjunto el link para la reunión de hoy con el notario:
https://usvirtualnotary.com/meeting/?id=yf7dMFv4hRUmi8tn1jD3f

Deberá ingresar a la reunión a las 3:10 p.m., hora México (4:10 p.m., hora Dallas) para llevar a cabo el proceso de identificación.

Posteriormente, a las 3:30 p.m., hora México (4:30 p.m., hora Dallas) será la reunión con el notario, la cual tendrá una duración máxima de 15 minutos, por lo que concluirá a las 3:45 p.m., hora México (4:45 p.m., hora Dallas).

Quedo atenta a cualquier duda.

Saludos cordiales,




**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey


GUTIERREZ LAW GROUP
Corporate Lawyers

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 4:21 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Manuel Arroyo <marroyo@comtelsat.com.mx>, Nayeli Valles <nayeli@gutierrezlaw.group>

Muchas gracias, ya entro

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 3:15 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 4:24 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Nayeli Valles <nayeli@gutierrezlaw.group>

Me dice que ya entro pero la pide una tarjeta de credito, la va a ingresar pero es correcto esto?
No vaya a ser error,
Gracias

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 3:21 PM, Rebeca Valdez <rrchow1000@gmail.com> wrote:

Muchas gracias, ya entro

[Quoted text hidden]

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 4:49 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Es un cargo normal en estos casos, no se preocupe; se trata de la tarifa por reprogramar la cita con el notario.

Quedo atenta a cualquier otra duda.

Saludos cordiales,



Nicolle Sabbagh
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 6:37 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Me comento que si entro, si estuvo en video y le enviaron dos documentos que ya firmo.
Que sigue entonces?
Cuando oficialmente las propiedades ya estan a nombre de ellas?
Muchas gracias por todo su apoyo,

Rebeca Chow

## (no subject)

**Rebeca Valdez** <rrchow1000@gmail.com>		Tue, Sep 2, 2025 at 4:25 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Es de ustedes? Esto le aparece

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

24be40b1-aad6-4a58-b345-06a847795094.JPG

12:00 89

X 24be40b1-aad6-4a58-b3...

Home > Verify Identity

# Automated ID Verification

Manuel Arroyo - **marroyo@comtelsat.com**

## Acceptable forms of identification:

- *State-issued driver's license*
- *State-issued identification card*
- *U.S. military identification card*
- *Passport*
- *Government issued photo ID*
- *Resident alien identification card (green card)*

*This is not a comprehensive list. If you are unsure about your ID, send a message and we will let you know if it is acceptable. info@usvirtualnotary com

*** Notaries reserve the right to deny service for any signer that does not meet ID verification requirements. ***

## Before getting started, please make sure of the following:

1. Signer has their physical identification available.

*(Pictures, copies, or other unoriginal identification is not accepted.)*

2. Signer is physically present.

*(Photos, pre-recorded video, or secondary video conferences will not be accepted.)*

usvirtualnotary.com

Gmail **Rebeca Valdez de Chow <rrchow1000@gmail.com>**

---

## Conectado

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 4:37 PM
To: Nicolle Sabbagh <nicolle@gutierrezlaw.group>, Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Pero me envió esta foto que aun no entran ustedes,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

2e33a33d-a73b-4dd4-99c0-ebdf3b9cc328.JPG

12:00 89

2e33a33d-a73b-4dd4-99...

the following:

1. Signer has their physical identification available.

*(Pictures, copies, or other unoriginal identification is not accepted.)*

2. Signer is physically present.

*(Photos, pre-recorded video, or secondary video conferences will not be accepted.)*

## Your meeting has not yet started.

Feel free to wait here or check back later...

## How it Works




usvirtualnotary.com

Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 3:49 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group> Wed, Sep 3, 2025 at 9:08 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Hola Rebeca,

Nos podrían enviar los documentos firmados por favor? En cuanto los recibamos estaremos procesando el trámite con la ciudad. Esto normalmente tarda unos días por lo que para la siguiente semana ya tendríamos los documentos aprobados con las propiedades a nombre de la hija y la hermana.

Quedo atenta a tus comentarios,

Saludos!



Nayeli Valles
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Wed, Sep 3, 2025 at 9:18 AM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Buenos días, pero ustedes no recibieron copia de lo que firmo?
Voy a checar con el
Pero no se si cerro los documentos al enviarlos firmados. El sistema de ustedes normalmente envía copia al correo del signer?
Me confirmas a cual porfavor ? O de donde vendria el correo para que el lo busque.
Gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 3, 2025, at 8:08 AM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group> Wed, Sep 3, 2025 at 10:38 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Cheque y me llego a la bandeja de Spam. Ya se han enviado a procesar.
Te confirmo en cuanto tenga mas información.

Saludos!

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Wed, Sep 3, 2025 at 10:45 AM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Perfecto gracias Nayeli!
Entonces en este momento no hay mas que hacer de parte del Sr Arroyo correcto?
Si la próxima semana ya queda la transferencia de nombres, cuando inician el traspaso a las compañías y que tanto tiempo toma este proceso? Te molesto con el costo en cuanto puedas para cubrirlo. Te pido me vayas manteniendo informada de los avances, y si hay manera de hacer expedite en ambos procesos, lo hacemos tanto el cambio de nombres de la próxima semana y el paso a las LLCs. Solo avísame porfavor de ser posible hacerlo expedite y envio el pago de inmediato.
Muchas gracias,

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150

On Sep 3, 2025, at 9:38 AM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group> Wed, Sep 3, 2025 at 11:20 AM
To: Rebeca Valdez <rrchow1000@gmail.com>

Por el momento no hay más que hacer. En cuanto reciba los documentos de parte de la ciudad te los estaré compartiendo. No existe un servicio acelerado con el estado ya que el proceso no suele tardar demasiado.
La hija y la hermana se encuentran actualmente dentro del país o están en México?

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Wed, Sep 3, 2025 at 12:09 PM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Mexico,

Rebeca Chow