GUTIERREZ LAW GROUP

Patricio J. Gutierrez <patricio@gutierrezlaw.group>

## Re: Assistance with Online Notarization of General Warranty Deed

8 messages

**Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group> Mon, Sep 8, 2025 a
To: Kristy Allen <kristy@jackiewardlaw.com>
Cc: Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>, Jackie Ward <jackie@jackiewardlaw.com>, "Patricio J. Gutierrez" <patricio@gutierrezlaw.group>

Hi Kristy,

Thank you for the update. Attorney Patricio has requested that we place the drafting of the deeds on hold for this project. He will be meeting with the client on Wednesday, and once we receiv confirmation on how the project will proceed, I'll get back to you.

Please, let me know if you have any questions.

Thank you!



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP Corporate Lawyers

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this messa strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.**

On Mon, Sep 8, 2025 at 2:41 PM Kristy Allen <kristy@jackiewardlaw.com> wrote:
Payment received and thank you for sending. We will get that to you by tomorrow afternoon!

On Mon, Sep 8, 2025 at 11:25AM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hi Kristy,

I hope you had a good weekend. I've processed the payment for this project, and here are the emails:

1. MariaJose Arroyo Monge — cheam2006@gmail.com
2. Laura Paola Arroyo Rodriguez — paola@3.1416r.com

Please let me know if you need anything else from me.

Thank you!



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP Corporate Lawyers

EXHIBIT 10

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this me is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.**

On Fri, Sep 5, 2025 at 11:53AM Kristy Allen <kristy@jackiewardlaw.com> wrote:
Wonderful! Thank you, Nayeli!

I think we need Laura's and Maria Jose's email addresses for the notaries. I don't see that I have those. We don't need to mail anything as we'll send both recorded deeds electronically you.

I have attached our invoice below and here's the payment link:
https://connect.intuit.com/portal/app/CommerceNetwork/view/scs-v1-3fdce3f24eb54cc89168fb2a5af7b22ce466c5303579420199c8cf460a0d64f3c671fd85a43c4558aa7196ee42f4615b locale=en_US&utm_source=sharelink

Thank you! We'll get these drafted and have them ready early next week!

On Fri, Sep 5, 2025 at 10:10AM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hi Kristy,

The clients have agreed to proceed with the transfer of the deeds to the LLCs. Could you please send me the invoice? The daughter, Laura Paola, will be signing in Mexico, and the s Maria Jose, will be signing in Texas.

They would also like to know if any documents will be physically mailed. If so, they prefer that any paperwork be sent to the registered agent's address instead.

PLAINTIFFS
4:25-cv-4650
EXHIBIT 26



PG0031

Please let me know if you need anything else from me.

Thank you!



**Nayeli Valles**
DIRECTOR OF OPERATIONS
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of thi message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.**

On Wed, Sep 3, 2025 at 3:22 PM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:
Thank you Kristy!



**Nayeli Valles**
DIRECTOR OF OPERATIONS
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of t message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.**

On Wed, Sep 3, 2025 at 2:34 PM Kristy Allen <kristy@jackiewardlaw.com> wrote:
Perfect! We'll be ready when and if!

Please see the attached recorded Special Warranty Deeds for 3 Philbrook Way and 87 Lakeside Green.

Have a wonderful rest of your Wednesday!

On Wed, Sep 3, 2025 at 10:35 AM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Thank you, Kristy.
I'll inform the client of the cost and get back to you as soon as I receive confirmation.

Best regards,



**Nayeli Valles**
DIRECTOR OF OPERATIONS
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distributior this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.**

On Wed, Sep 3, 2025 at 9:45 AM Kristy Allen <kristy@jackiewardlaw.com> wrote:
I see that one daughter is located in Mexico. If she signs in Mexico, the international notary fee will be about $80 ($75 plus whatever their processing fee is). If she is locatec the US, the fee is just $25.

On Wed, Sep 3, 2025 at 9:04 AM Kristy Allen <kristy@jackiewardlaw.com> wrote:
Ok, perfect. I will send those for recording and will forward the recorded versions once we receive them back from the county.

The fees for drafting two new Special Warranty Deeds from each daughter into their LLCs will be $350/deed plus recording fees of $45/deed plus notary fees of $25/signa each daughter is signing inside the US. So, $420 per deed for a total of $840 for both.

Let me know if this is acceptable and we can get them drafted.

Thank you!

On Wed, Sep 3, 2025 at 8:41 AM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hi Kristy,

Yes, the client met with the notary yesterday, and we are proceeding with transferring the property to his daughter and sister as initially discussed.

In addition, I will need a quote to transfer the properties from their personal names into each of their LLCs. I've attached the LLC documents for your review.

Please let me know if you need anything else.

Thank you,



PG0032



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachm**

On Wed, Sep 3, 2025 at 8:01 AM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Good Morning!

I just received a notification that Mr. Arroyo signed the Deeds with the notary. Should I record them as is or make the updates to remove the daughters and add their L

Thank you!

On Tue, Sep 2, 2025 at 1:46 PM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Good Afternoon and hope you all are well!

Just needed a little clarification on your question. Are you asking about our fees or the cost of placing the properties into the LLCs as far as taxes are concerned?

As far as I'm aware, we haven't recorded these deeds as I don't believe Mr. Arroyo has signed them as of yet. If that's the case, I believe all we'd need to do on our update each deed to switch names from the daughters to their respective LLCs. We will need to make sure these two entities are still in good standing, which just r a SOS search, and then upload the updated deeds to the international notary for Mr. Arroyo to sign. He missed his rescheduled notary appointment, so there will be another notary fee. Unfortunately, they don't refund for missed appointments.

Our fees to search, update the Deeds, send for approval, upload and schedule with the notary, plus the notary fee will be $275.

I will send a payment link upon your client's approval.

Thank you!

On Fri, Aug 29, 2025 at 3:41 PM Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hi Kristy,

I hope this email finds you well. The client has informed us that they plan to transfer the properties into LLCs under each of the daughters' names after first transf them into their individual names. Each daughter is the sole member of her respective LLC.

In this scenario, would they need to transfer the property into their individual names first and then to the LLC, or is it preferable to transfer the properties directly i LLCs?

I have also attached the corporate books for each LLC for your review. Could you please let me know what additional information is needed in order to proceed v warranty deeds, and whether there will be any additional costs involved?

Thank you for your guidance.

Best regards,



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, c distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.**

On Mon, Jun 9, 2025 at 11:49 AM Kristy Allen <kristy@jackiewardlaw.com> wrote:

Wonderful! Then I will just leave the documents as is with the notary. Mr. Arroyo is all set to go, he just needs to click the link he was sent on Friday a few minu before his appointment and verify his identity.

I copied everyone on that email, but here's the link JIC anyone else needs it.
https://usvirtualnotary.com/meeting?id=yf7dMFv4hRUmi8tn1jD3f

Thank you and Mr. Gutierrez for another opportunity to assist your clients. We are humbled and honored.

Have a wonderful remainder of your Monday and if there's anything else you need, please do not hesitate to reach out!

On Mon, Jun 9, 2025 at 11:42 AM Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Dear Kristy,

I hope this message finds you well.