GUTIERREZ LAW GROUP

Patricio J. Gutierrez <patricio@gutierrezlaw.group>

# Fwd: Warranty deeds

1 message

**Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group>    Wed, Oct 8, 2025 at 1:31 PM
To: "Patricio J. Gutierrez" <patricio@gutierrezlaw.group>

See below.



**Nayeli Valles**
DIRECTOR OF OPERATIONS
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.**

---------- Forwarded message ---------
From: **Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group>
Date: Thu, Sep 4, 2025 at 5:27 PM
Subject: Re: Warranty deeds
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Sabbagh <nicolle@gutierrezlaw.group>

Hola Rebeca,

El notario se encuentra en New Jersey, por eso hace mención a ese estado, pero el registro se realizó en Texas. El proceso ya está concluido y no hay nada más que realizar por parte del Sr. Arroyo. Ahora corresponde a la hija y a la hermana agendar su cita con el notario para transferir las propiedades de su nombre a las LLCs respectivas de cada una.

Te estaré enviando la liga en un momento.

Saludos!



**Nayeli Valles**
DIRECTOR OF OPERATIONS
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

EXHIBIT
Px 11

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.**



PLAINTIFFS
4:25-cv-4650
EXHIBIT 27

PG0029

On Thu, Sep 4, 2025 at 5:20 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

El Sr Arroyo esta disponible el proximo lunes oara terminar el proceso,
Pago en cuanto me envíen el link,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 4, 2025, at 4:18 PM, Rebeca Valdez <rrchow1000@gmail.com> wrote:

Please send me the link to pay ,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 4, 2025, at 10:15AM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hola Rebeca,
Un gusto saludarte.

Te comparto los documentos de *Special Warranty Deeds* ya registrados para 3 Philbrook Way y 87 Lakeside Green.

Para realizar el registro de las propiedades de nombre personal a las LLCs, el proceso sería el mismo. El costo total sería de $2,340, si agendamos la reunión para el día lunes, el martes ya tendríamos las escrituras bajo el nombre de las LLCs.

Quedo atenta a tus comentarios.

Saludos!



**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

**This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.**



PG0030