GUTIERREZ
LAW GROUP

**Patricio J. Gutierrez <patricio@gutierrezlaw.group>**

---

## Update - 2nd Engagement of deed transfer to LLC ("matter")

1 message

---

**Patricio J. Gutierrez** <patricio@gutierrezlaw.group> Fri, Sep 12, 2025 at 8:42 AM
To: Rrchow1000@gmail.com
Bcc: Nayeli Valles <nayeli@gutierrezlaw.group>, Nicolle Sabbagh <nicolle@gutierrezlaw.group>

Rebeca,

I just wanted to let you know that our firm is no longer handling the second engagement for Mr. Arroyo. We have already notified him directly regarding the termination of our representation.

The refund of fees related to this engagement has also been processed.

Thank you again for the introduction, and I hope we can collaborate on other projects in the future.

Best regards,

Patricio



**Patricio J. Gutierrez**
MANAGING PARTNER
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

**General Disclaimer**: Patricio J. Gutierrez is a member of the State Bar of Texas. This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient.

EXHIBIT
BX 12

PLAINTIFFS
4:25-cv-4650
EXHIBIT 28



PG0118