GUTIERREZ
LAW GROUP
Corporate & International Lawyers

## Payment Receipt

**$2,340.00**

**Gutierrez Law Group PLLC**
1201 Elm St. Ste. 4020
Dallas, Texas 75270
(214) 444-9431

**Account Holder**
Manuel Arroyo
77382

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Trust | **Amount Paid:** | $2,340.00 |
| **Reference:** | Payment for Invoice #R-00201 | **Payment Method:** | AMEX |
| | | **Card Number:** | ***********7009 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 206438 |
| | | **Payment Date:** | September 04, 2025 05:48 pm |
| | | **Transaction Id:** | 144122798 |
| | | **Payment Id:** | pb6AmTM4TZi7YOpeKjHW2g |

8amLawPay

gutierrezlaw.group
patricio@gutierrezlaw.group

EXHIBIT
Def 15

PLAINTIFFS
4:25-cv-4650
EXHIBIT 29



PG0191

Transaction Information
Merchant Name
JACKIE LYNN WARD, ATTORNEY AT LAW, PLLC
Merchant Address
2719 N Loop 1604 W Ste 101 San Antonio, TX 78258-5027, US
Merchant E-mail
jackie@jackiewardlaw.com
Status
Approved
Name
Gutierrez Law Group
Amount Paid
$895.00
Date
9/22/2025
Payment method
Credit card
Card Information
Card Type
MasterCard
Card Number
xxxxxxxxxxxx2751
Payment IDs
Auth Code
012232
Transaction ID
MX0021439514

GUTIERREZ LAW GROUP

Patricio J. Gutierrez <patricio@gutierrezlaw.group>

# Issued Refund to Manuel Arroyo for $2,340.00

2 messages

**Gutierrez Law Group PLLC** <No-reply-notification@lawpay.com> Fri, Sep 12, 2025 at 8:31 AM
To: patricio@gutierrezlaw.group

**Gutierrez Law Group PLLC**
1201 Elm St. Ste. 4020
Dallas, Texas 75270
(214) 444-9431
patricio@gutierrezlaw.group

8am LawPay

## Refund Receipt

**$2,340.00**

**Account Holder**
Manuel Arroyo
77382

## Refund Summary

| | | | |
|---|---|---|---|
| **Account:** | Trust | **Amount Refunded:** | $2,340.00 |
| **Reference:** | refund 2nd engagement | **Payment Method:** | AMEX |
| | | **Card Number:** | ***********7009 |
| | | **Date Refunded:** | September 12, 2025 09:31 am |
| | | **Transaction Id:** | 144685280 |
| | | **Payment Id:** | ZI7NDM-3SeaUyD81WTr_qg |

8am LawPay

www.lawpay.com
support@lawpay.com

**Patricio J. Gutierrez** <patricio@gutierrezlaw.group> Tue, Oct 28, 2025 at 8:52 AM
To: Manuel Arroyo <marroyo@comtelsat.com.mx>



PG0111