| | |
|---|---|
| **From:** | Rebeca Valdez <rrchow1000@gmail.com> |
| **Sent:** | Friday, August 29, 2025 1:49 PM |
| **To:** | Nicolle Gutierrez Law Group; Doris Mendez; Nayeli Valles |
| **Subject:** | Notaria virtual |

Nicolle:
Buenas tardes el Sr Arroyo esta disponible hoy por la tarde, le urge que lo hagamos hoy mismo. Si es necesario pagar extra no hay problema.
Tiene muy poca disponibilidad, podrian apoyarnos con esto?
De no ser hoy mismo cuando es la proxima cita ? Porfavor tratar de hacerlo hoy o mañana .
Muchas gracias!

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

EXHIBIT
tabbies
19

PLAINTIFFS
4:25-cv-4650
EXHIBIT 30



PG0329