UNIVERSE
TECHNICAL TRANSLATION

9225 Katy Freeway, Suite 400
Houston, Texas 77024 U.S.A.

Tel: 713.827.8800
Fax: 713.464.5511

Email: universe@universe.us
www.universetranslation.com

## CERTIFICATION AND NOTARIZATION

City of Houston, State of Texas, County of Harris

I, Soad Sefriou, hereby certify that the document "**FOX 143**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Soad Sefriou

Sworn to before me on this 9th day of February 2026

State of Texas
County of Harris

THE UNDERSIGNED NOTARY PUBLIC in and for the State of Texas, hereby attests that the above Soad Sefriou did personally appear before her on the 9th day of February 2026 and, having been duly sworn, did execute this document, in witness thereof I hereby affix my signature.

Nicole Krasnov

NICOLE KRASNOV
Notary Public, State of Texas
Comm. Expires 08-10-2026
Notary ID 133901562

EXHIBIT
19A

PLAINTIFFS
4:25-cv-4650
EXHIBIT 31

Gmail

**Rebeca Valdez de Chow <rrchow1000@gmail.com>**

---

## Virtual Notary

---

**Rebeca Valdez** <rrchow1000@gmail.com> Fri, Aug 29, 2025 at 1:49 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Doris Mendez <doris@gutierrezlaw.group>, Nayeli Valles <nayeli@gutierrezlaw.group>

Nicolle:

Good afternoon. Mr. Arroyo is available this afternoon, and it is urgent that we get this done today. We are prepared to cover any additional costs for same-day service. Given his limited availability, your support is greatly appreciated. If today is unavailable, please provide the next earliest date. We are aiming for today or tomorrow. Thank you.

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150