**From:** Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>
**Sent:** Friday, August 29, 2025 3:24 PM
**To:** Rebeca Valdez
**Cc:** Nayeli Valles
**Subject:** Re: Llamada

Sra. Rebeca,

Sí se logró hacer cita hoy mismo con el notario.

Le recuerdo que el Sr. Arroyo deberá conectarse al menos 25 minutos antes para completar el proceso de verificación de identidad.

Esta verificación es obligatoria y debe realizarse antes de iniciar la reunión para que el notario pueda proceder con el proyecto.

Asimismo le confirmo que la reunión quedó para hoy 29 de agosto a las 4:00 p.m., hora Dallas.

Podrán unirse por el siguiente enlace:

International Notarization (Manuel Arroyo)

Quedo atenta a cualquier duda o comentario.

Saludos,

# 316261 : Manuel Arroyo

## August 29, 2025 - 4:00pm Central Time (US & Canada)

**Duration:** 15 minutes

**Status:**

International Notarization (2 Stamps)
*Electronic Signatures*
Desired Language: English

EXHIBIT
tabbies
20

PLAINTIFFS
4:25-cv-4650
EXHIBIT 32



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Fri, Aug 29, 2025 at 2:40 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Estoy aterrizando fuera de EU si no te contesto rápido el correo porfavor márcame. Una vez que quede la llamada, vamos a necesitar como te comente cada una de las propiedades se pase a una LLC.
Que vas a necesitar? Ya están constituidas, ya tenemos los libros corporativos, EIN etc
Cuanto te toma este procedo y si podemos hacer expedite seria mejor.

Muchas gracias!
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150