**From:** Rebeca Valdez <rrchow1000@gmail.com>
**Sent:** Friday, August 29, 2025 5:38 PM
**To:** Nayeli Gutierrez Law Group
**Subject:** ?

Recibió esto el Sr, me dijiste que ya no entrara hasta que quedara el cambio del warranty deed.
Me confirmas cuando seria?
Muchas gracias!

EXHIBIT
tabbies
21

PLAINTIFFS
4:25-cv-4650
EXHIBIT 33

Todos

**US Virtual Notary** 3:05 p.m.
Para: kristy@jackiewardlaw.... y 1 más >

# Missed your appointment?

Hi,
We were expecting you but you never joined the session:
**316261 : International Notarization (2)**
**August 29, 2025 - 4:00pm Central Time (US & Canada)**

Did you have a technical difficulty?

Use the link below to reschedule:
https://usvirtualnotary.com/reschedule?e=kristy@jackiewardlaw.com&k=OHZF9QkNUnzibvZsCI4GM

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150