EXHIBIT
22

PLAINTIFFS
4:25-cv-4650
EXHIBIT 34

**From:** Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>
**Sent:** Tuesday, September 2, 2025 3:45 PM
**To:** Rebeca Valdez
**Cc:** Nayeli Gutierrez Law Group
**Subject:** Re: Virtual notary call

Adjunto el link:
https://usvirtualnotary.com/meeting/?id=yf7dMFv4hRUmi8tn1jD3f

El Sr. Arroyo deberá ingresar a la reunión a las 3:10 p.m., hora México (4:10 p.m., hora Dallas) para llevar a cabo el proceso de identificación.

Posteriormente, a las 3:30 p.m., hora México (4:30 p.m., hora Dallas) será la reunión con el notario, la cual tendrá una duración máxima de 15 minutos, por lo que concluirá a las 3:45 p.m., hora México (4:45 p.m., hora Dallas).

Quedo atenta.

Saludos cordiales,

# 316261 : Manuel Arroyo

## September 2, 2025 - 4:30pm Central Time (US & Canada)

**Duration:** **15 minutes**

**Status:**

International Notarization (2 Stamps)
*Electronic Signatures*
Desired Language: English



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Tue, Sep 2, 2025 at 3:29 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:
Muy bien
Envia el link y dejame claro a que hora debe entrar porfavor
Hora Mexico porfavor
Gracias!!
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 2:23 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Sra. Rebeca,

Que el Sr. Arroyo entre a la llamada con la documentación que tenga disponible; en caso de que el notario requiera otra identificación física, con gusto reagendamos.

Quedo atenta.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

On Tue, Sep 2, 2025 at 3:17 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Va a estar un poco ocupado pero dice que se sale s tomarla lo unico que trae su licencia y foro de su pasaporte, no el pasaporte fisico, si no les funciona asi entonces el esta disponible mañana 1 PM hora Mexico.
Dime que sugieres?
Gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 1:24 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

La llamada con el notario suele tomar alrededor de 10 a 15 minutos, más el tiempo que él necesite para verificar su identidad.

Sí, debe ser en video y el Sr. Arroyo necesitará tener a la mano dos identificaciones oficiales: el pasaporte y otra con fotografía

Quedo atenta a cualquier otra duda.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

On Tue, Sep 2, 2025 at 2:11 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

En total cuanto tiempo le llevaria la llamada? Y el tiene que estar visible en video correcto? Para comentarle donde la tome, y solo una identificación con foto correcto?

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 12:14 PM, Rebeca Valdez <rrchow1000@gmail.com> wrote:

Gracias dame un momento en lo que responde porfavor muchas gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 11:53 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Hay disponibilidad a las 3:30 p.m. o 4:00 p.m., hora Dallas.

Quedo atenta a su confirmación para agendar con el notario.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Tue, Sep 2, 2025 at 12:38 PM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Entiendo, a que hora tendrías disponibilidad para el notario virtual para coordinar con el Sr en este momento.



PG0349

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 11:23 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Sra. Rebeca,

La recomendación es seguir lo que indicó el contador, es decir: primero transferir las propiedades a nombre de la hija y la hermana, y después pasarlas a las LLC.

Esta es también la opción más rápida, porque hoy mismo se hará la transferencia a las hijas; los documentos para las LLC se preparan después.

En caso de que deseen confirmar con el contador si es posible transferirlas directamente a las LLC, podemos proceder de esa forma.

Quedo atenta a cualquier otra duda.

Saludos cordiales,




**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers


On Tue, Sep 2, 2025 at 11:46 AM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Pero cual es su recomendación?
Y que seria lo mas rápido?

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 9:48 AM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

Hola Rebeca,

Hoy se realizará la transferencia únicamente a nombre de la hija y la hermana. El cambio de las propiedades a nombre de las hijas para luego pasarlas a las LLC no estaba contemplado hasta que platicamos la semana pasada.

Dado que será necesario redactar nuevos documentos a nombre de la hija y la hermana para posteriormente transferirlos a las LLC, la abogada nos confirmará el costo de este trámite. Ella considera que, si el contador sugirió hacerlo de esta manera, probablemente sea por las implicaciones fiscales que él conoce y que le hacen pensar que esta opción es la más conveniente.

En caso de que deseen confirmar con el contador si existe la posibilidad de transferirlas directamente a las LLC, podemos proceder de esa forma. La abogada se ajustará a lo que el contador determine como viable.

Como te comenté el viernes, ya le compartí la información a la abogada y esto es lo que nos confirmó.




**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers




PG0352

This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.

On Tue, Sep 2, 2025 at 10:35 AM Rebeca Valdez <rrchow1000@gmail.com> wrote:

Nicolle:

Justo Nayelli me comento el viernes que no, que lo mas rápido y fácil seria pasarlo directo a las LLC, porque el cambio ahora? Ella ya tiene toda la información de las compañías.

Los warranty deed no estaban ya a nombre de la hija y su hermana? Me

Comento que estaban ya haciendo el cambio.

Necesitamos que quede a la brevedad posible el pero porfavor aclárenme que se haría hoy?

Cotización de que? Ya todo estaba pagado,

Me aclaran porfavor

Muchas gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 9:19 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

Buen día Sra. Rebeca,

Espero que se encuentre muy bien.

Debido a la urgencia, lo más conveniente es realizar primero el cambio a nombre de las hijas del Sr. Arroyo; posteriormente podremos proceder con el cambio a la LLC de cada una, en cuanto recibamos la cotización y se elaboren los documentos correspondientes.

La abogada considera que será más sencillo coordinar directamente con las hijas.

Quedo pendiente de usted.

Saludos cordiales,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

On Mon, Sep 1, 2025 at 11:44 AM
Rebeca Valdez
<rrchow1000@gmail.com> wrote:

Nayelli:
Buenos días espero te encuentres muy bien.
Solo dando seguimiento a la llamada,
Quedo al pendiente
Muchas gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150



PG0355