**From:** Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group>
**Sent:** Monday, September 1, 2025 11:45 AM
**To:** rrchow1000@gmail.com
**Subject:** Automatic Reply - Out of Office Re: Virtual notary call

Hello,

Thank you for your message. Our office is closed today in observance of Labor Day. We will resume our regular schedule on **Tuesday, September 2**, 2025.

I will respond to your email as soon as possible upon my return.

Wishing you an excellent day.

Best regards,

----

Buen día,

Gracias por su mensaje. Nuestra oficina permanecerá cerrada el día de hoy con motivo de Labor Day. Retomaremos nuestro horario habitual el **martes 2 de septiembre** de 2025.

Responderé su correo lo antes posible a mi regreso.

Le deseo un excelente día.

Saludos,

--




**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey


GUTIERREZ
LAW GROUP
Corporate Lawyers

EXHIBIT
23


This email may contain confidential information. If you are not the person to whom this message is addressed, be aware that any use, reproduction, or distribution of this message is strictly prohibited. If you received this in error, please contact the sender and immediately delete this email and any attachments.


PLAINTIFFS
4:25-cv-4650
EXHIBIT 35