**From:** Rebeca Valdez <rrchow1000@gmail.com>
**Sent:** Tuesday, September 2, 2025 9:54 AM
**To:** Nayeli Gutierrez Law Group; Nicolle Sabbagh
**Subject:** Virtual appointment

Buenos días, creen que podríamos agendar la llamada para el día de hoy con el Sr Arroyo porfavor.
Muchas gracias,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

PLAINTIFFS
4:25-cv-4650
EXHIBIT 36

EXHIBIT
tabbies
24



PG0356