Daniel Murphy, Manager
StoneTurn
17 State St. FL 2
New York, NY 10004

Marcus R. Tucker
Phelps Dunbar LLP
1001 Fannin St. Suite 2200
Houston, TX 77002

Re: Texas Assets Held by Manuel de Jesus Arroyo Rodríguez

Dear Mr. Tucker:

I am a Manager with StoneTurn Group LLC ("StoneTurn"). I submit this letter at the request of Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC's (collectively, "Fox"). I am over 18 years of age. I have personal knowledge of the facts in this letter, and I am competent to testify to the facts set forth below.

StoneTurn is a global professional services firm that works with law firms, corporations, and government agencies. I have extensive experience in investigations and due diligence, including identifying assets owned by individuals or companies throughout the United States and internationally. The search methods described below are standard and widely accepted approaches in the asset search field to determine whether an individual subject holds real property assets.

In June 2025, Fox engaged StoneTurn to assist in identifying assets owned by Manuel de Jesus Arroyo Rodríguez ("Arroyo") within the United States. I conducted targeted searches of the following jurisdictions where research identified Arroyo as having maintained a personal or business presence or that were otherwise identified as relevant by Fox:

1. Eagle County, CO (District of Colorado)
2. Broward and Miami-Dade Counties, FL (Southern District of Florida)
3. Sarasota County (Middle District of Florida)
4. Dallas County, TX (Northern District of Texas)
5. Harris and Montgomery Counties, TX (Southern District of Texas)

StoneTurn's research in June and July 2025 identified two residential real properties in Texas as owned by Arroyo:

1. **3 Philbrook Way, Spring, TX 77382** (**Property ID: 300698**) – Records of Montgomery County indicate Arroyo purchased this property on November 23, 2020, for approximately $3.8 million. Records did not include any exemptions listed for this property. Research conducted in February 2026 determined that Arroyo transferred ownership of this property to his sister, Laura Paola Arroyo Rodriguez, on September 2, 2025, for "Love and affection and other good and valuable consideration," according to a Special Warranty Deed. (Montgomery County, TX, Document #2025089833)

PLAINTIFFS
4:25-cv-4650
EXHIBIT 37

2. **87 Lakeside Green, Spring, TX 77382 (Property ID: 323473)** – Records of Montgomery County indicate Arroyo and Verenice M. Arroyo purchased this property on December 28, 2005, for approximately $1.5 million. Records listed this property as having a Homestead exemption. Research conducted in February 2026 determined that Arroyo transferred ownership of this property to Mariajose Arroyo Monge on September 2, 2025, for "Love and affection and other good and valuable consideration," according to a Special Warranty Deed. (Montgomery County, TX, Document #2025089834)

Our research in June and July 2025 and in February 2026 did not identify any other real property owned by Arroyo at that time. Additionally, StoneTurn searched databases that provide limited coverage of real property records nationwide, including the 254 counties of Texas.[1] Note, however, that property records in these databases are not updated with adequate regularity to be considered both comprehensive and timely.

Based on our search, it is our opinion that Arroyo had no other real estate assets in Texas after the transfers of the 3 Philbrook Way and 87 Lakeside Green properties.

Further, In October 2025, Fox asked StoneTurn to conduct targeted research to identify assets owned by Arroyo within Bronx, Dutchess, New York (Manhattan), Orange, Putnam, Rockland, Sullivan and Westchester Counties, NY (Southern District of New York). Searches of the respective government databases for these jurisdictions did not identify any real property owned by Arroyo. These searches were conducted again in February 2026, and no real property owned by Arroyo was identified.

Dated: New York, New York
February 16, 2026

Daniel Murphy

[1] Note that deed and mortgage records for Motley County, Texas, are not covered by these searches; Motely County assessor records, however, are covered.