Exhibit B



# Dan Murphy

Manager

T: +1 212 430 3416
E: dmurphy@stoneturn.com

**New York**
17 State Street
2nd Floor
New York, NY 10004

**Dan Murphy, a Manager with StoneTurn, has more than ten years of experience in professional investigations. Specifically, he focuses on open-source intelligence, public records and social media.**

Prior to joining StoneTurn, Dan was with a boutique social media investigations and crisis communications firm, where he served as Director of Intelligence. He led fact-finding missions and open-source intelligence matters to support and advise corporate clients facing security threats and reputational vulnerabilities. Using cutting edge social listening tools, Dan gathered the most relevant, timely data to provide targeted analysis. Previously, he was with global consulting firm, specializing in due diligence, investigations, integrity monitoring and compliance.

Dan began his career in the public sector, where he was an investigator with the Manhattan District Attorney's Office investigating cybercrime, money laundering and enterprise corruption cases. Prior to beginning his career in investigations, Dan proudly served in the Marine Corps for six years, rising to the rank of Sergeant.

## Practice Areas

Construction and Real Estate

- Construction Integrity Monitoring and Oversight

Investigations and Intelligence

- AML, Financial Crimes and Fraud Investigations
- Asset Tracing and Recovery
- Business Intelligence
- Cryptocurrency and Blockchain Investigations
- Investigative Due Diligence
- Litigation Support



PLAINTIFFS
4:25-cv-4650
EXHIBIT 38

StoneTurn

FOX 000700

## EDUCATION

- MFA, New York University, Graduate School of Arts and Sciences
- B.A., State University of New York College at Plattsburgh

## PREVIOUS EXPERIENCE

- Department of Insurance, Securities and Banking, District of Columbia, Fraud Investigator (2022)
- Galore Consulting, Director of Intelligence (2018 – 2022)
- FTI Consulting, Senior Consultant (2015 – 2018)
- Manhattan District Attorney's Office, Detective-Investigator (2012 – 2015)

# DANIEL MURPHY

706 Greenwood Ave, #2, Brooklyn, NY 11218
914 417 7476 • dan.murphy84@gmail.com


## EXPERIENCE

**StoneTurn Group**

**Manager** (New York, NY) July 2022—Present

Manage and provide investigations and business intelligence services to white shoe firms, corporate clients and high-net-worth individuals, including internal investigations, criminal trial and litigation support, due diligence, asset searches and source inquiries. Interface with clients, oversee junior employees and prepare final polished deliverables on tight deadlines.

**Universal Security Services, LLC**

**Senior Investigator** (Freelance) May 2019—Present

Conduct public records and asset investigations, research, surveillance, interviews and subpoena service in support of internal HR investigations as well as litigation and insurance matters.

**Department of Insurance, Securities and Banking**

**Fraud Investigator** (Washington, D.C.) February 2022—July 2022

Investigated regulatory complaints alleging violations of the District of Columbia's insurance, securities and banking laws. Gave presentations to District residents on how to protect their assets, avoid identity theft, and navigate complex insurance, securities and banking processes.

**Galore Consulting LLC**

**Director of Intelligence** (New York, NY) January 2018—February 2022

Assisted corporate clients with executing internal investigation as well managing acute and long-term crises ranging from consumer safety concerns to active shooter threats. Performed risk assessments to determine online threats and exposure as well as open-source intelligence and social media investigations, leveraging state-of-the-art internet listening tools to identify security, privacy and reputational risks.

**FTI Consulting, Inc.**

**Senior Consultant, Global Risk & Investigations Practice** (New York, NY) April 2015—January 2018

Conducted M/WBE program integrity monitoring investigations for construction companies, leveraging interviews, site visits, OSINT research and document review. Performed pre-IPO and transactional due diligence investigations. Supported long-term monitorship of an international financial institution with an emphasis on anti-money laundering and detecting terrorist financing.

**New York County District Attorney's Office**

**Detective-Investigator, Investigation Bureau** October 2013—April 2015

Led and assisted investigations with the Cybercrime and Identity Theft Bureau and performed all duties of a police investigator.

**Investigative Analyst, Investigation Bureau** March 2013—October 2013

Supported long-term investigation into a Social Security Disability Insurance fraud ring.

**Special Liaison/Analyst, INTERPOL Washington** (Washington, D.C.) July 2012—November 2012

Selected as a temporary liaison to INTERPOL Washington

**Paralegal, Rackets Bureau** June 2010—March 2013

Assisted Grand Jury investigations into the New York City construction industry and subsequent criminal trial.

**United States Marine Corps Reserve** January 2003—September 2009

**0311-Rifleman, Infantry**

Deployed twice to Iraq. Attained the rank of Sergeant (E-5) and honorably discharged.

## EDUCATION

**New York University Graduate School of Arts and Sciences** May 2019

MFA Creative Writing, Fiction

**Suffolk County Police Academy** (Graduated Top Overall Recruit) June 2014

**State University of New York College at Plattsburgh** May 2008

BA in English Writing