**BRUBAKER & ASSOCIATES, INC.**

Real Estate Appraisers and Consultants

## *QUALIFICATIONS OF MIKE BRUBAKER, SRA, ASA, RAC Member*

*Texas State Certification:* ***TX-1321776-G***
*Texas Real Estate Broker License:* ***0329335***

The purpose of this letter is to introduce some of the services offered by our firm as well as provide you with a brief summary of my qualifications. Brubaker and Associates, Inc. is a full service Real Estate Appraisal firm. Opened in 1988, I have specialized in the valuation of Houston real property for over 40 years. Please find below highlights of my qualifications.

* **SRA designation** from the Appraisal Institute, 1988

* ASA designation from the American Society of Appraisers, 2025

* RAC Member, 2022

* Degree: Bachelor of Architecture, University of Houston, 1981

* Past Director: Houston Association of Realtors

* Past Director: Greater Houston Association of Mortgage Brokers

* Past Director: Houston Association of Professional Mortgage Women

* Instructor for the Appraisal Institute

* Past instructor for the Texas Real Estate Commission

* Past Committee Chair Appraisal Institute Houston Chapter, Residential Admissions, 2005-2008

* Past Co-chair of the Education Committee of the Houston Chapter of the Appraisal Institute

* Current director and member of RAC (Relocation Appraisers and Consultants)

* Current director and member of the Houston Mortgage Bankers Association (HMBA

Among numerous other associations, I am actively involved in the American Society of Appraisers, the Appraisal Institute, the Houston Mortgage Bankers Association (current Director), the Greater Houston Association of Mortgage Professionals, and am a Texas licensed Real Estate Broker. I have a broad range of knowledge of many aspects of the Real Estate Industry but specialize in valuation. I have testified on numerous occasions.



PLAINTIFFS
4:25-cv-4650
EXHIBIT 39

Please find attached a copy of my Texas Appraiser Certification, a brief list of past clients and further details on my qualifications. Should you have a need for our services or a question, please do not hesitate to call or see our web site at "www.brubakerandassociates.com". We realize you have a choice when selecting your appraisal provider. Thank you in advance for your consideration.

Sincerely, M. Brubaker, SRA, ASA, RAC Member

**7626 HAMMERLY BLVD. * HOUSTON, TEXAS 77055 * (713) 464-4666**
www.brubakerandassociates.com

## *QUALIFICATIONS OF MIKE BRUBAKER, SRA, ASA, RAC Member*

*Texas State Certification:* ***TX-1321776-G***
*Texas Real Estate Broker License:* ***0329335***

## *PROFESSIONAL AFFILIATIONS*

Member: The Appraisal Institute, SRA designation, Currently Certified
RAC Member, Relocation Appraisers and Consultants (RAC)
American Society of Appraisers, ASA designation, Currently Certified
Houston Association of Realtors (HAR)
Greater Houston Association of Mortgage Professionals (GHAMP)
Greater Houston Builders Association (GHBA)
Houston Mortgage Bankers Association (HMBA)
Employee Relocation Council (ERC)
Texas Association of Realtors (TAR)
National Association of Realtors (NAR)
National Association of Professional Mortgage Women (NAPMW)
Numerous other associations

## *SAMPLING OF EDUCATION*

| | |
|---|---|
| 1981 | Bachelor of Architecture, University of Houston |
| 1985 | Course 101, Appraising Real Property, Society of Real Estate Appraisers (45 Hrs) |
| 1985 | Course 102, Applied Residential Property Valuation, SREA (39 Hrs) |
| 1990 | Capitalization Theory & Techniques Part A, AIREA (30 Hrs) |
| 1990 | Capitalization Theory & Techniques Part B, AIREA (30 Hrs) |
| 1991 | Case Studies, Appraisal Institute (39 Hrs) |
| 1997 | Appraisal Institute Standards of Professional Practice, Part B (11 Hrs) |
| 1997 | Appraisal Institute Standards of Professional Practice, Part A (16 Hrs) |
| 1998 | Appraisal Principles, Course 110, Appraisal Institute, (39 Hrs) |
| 1998 | Appraisal Procedures, Course 120, Appraisal Institute, (39 Hrs) |
| 2004 | Course 210, Residential Case Studies, Appraisal Institute (39 Hrs) |
| 2005 | Basic Appraisal Principles, Appraisal Institute, (28 Hrs) |

## *SAMPLING OF SEMINARS ATTENDED*

| | |
|---|---|
| 1990 | Hazardous Waste Liability, Society of Real Estate Appraisers (7 Hrs) |
| 1990 | Appraiser's Legal Liability, Society of Real Estate Appraisers (7 Hrs) |
| 1990 | Eminent Domain Seminar, Society of Real Estate Appraisers (7 Hrs) |
| 1992 | FNMA Appraisal Guidelines Seminar by Lynn McKracken, FNMA (7 Hrs) |

## *SAMPLING OF SEMINARS ATTENDED continued*

| | |
|---|---|
| 1993 | FNMA Underwriting Guidelines for Residential Appraisers, FNMA (7 Hrs) |
| 1994 | The Changing Role of the Real Estate Analyst, Appraisal Institute (14 Hrs) |
| 1994 | PHH Homequity - Leaders in Change, Relocation Appraising (8 Hrs) |
| 1994 | Understanding Limited Appraisals and Reporting Options, Appr. Institute (7 Hrs) |
| 1995 | Appraisal Institute Symposium - New Orleans (15 Hrs) |
| 1995 | Appraisal Practices for Litigation, Appraisal Institute (14 Hrs) |
| 1997 | Appraisal Principals Faculty Workshop, Chicago |
| 1997 | PHH Relocation Appraisal Techniques (7 Hrs) |
| 1999 | Outlook for Texas Rural Land Markets, Texas A & M University (8 Hrs) |
| 2001 | Online Search Strategies for Real Estate Appraisers (8 Hrs) |
| 2001 | Standards of Professional Appraisal Practice, Part A (15 Hrs) |
| 2002 | Case Studies in Residential Highest and Best Use (8 Hrs) |
| 2002 | Residential Sales Comparison Workshop (10 Hrs) |
| 2002 | Appraising the Tough Ones (10 Hrs) |
| 2003 | Underwriting the Appraisal, Department of Housing and Urban Development (7 hrs) |
| 2003 | Business practices and Ethics, Appraisal Institute, (8 Hrs) |
| 2004 | Outlook for Texas Rural Land Markets, Texas A & M University (14 Hrs) |
| 2004 | How to use the Marshall and Swift Cost Manual – Residential (3 Hrs) |
| 2005 | National Uniform Standards of Professional Practice Course 400 (8 Hrs) |
| 2005 | The Professional Guide to the Uniform Residential Appraisal Report (7 Hrs) |
| 2006 | Business Practices and Ethics, Appraisal Institute (8 Hrs) |
| 2006 | Instructor Leadership and Development Conference, Appraisal Institute |
| 2007 | ERC Relocation Appraisal Training Program, ERC (7 Hrs) |
| 2007 | Reviewing and Underwriting Residential Appraisal Reports, AI (7 Hrs) |
| 2007 | Analyzing Operating Expenses, AI (7 Hrs) |
| 2007 | FHA and the New Residential Appraisal Forms, AI (7 Hrs) |
| 2008 | Course 400 National USPAP Update, AI (7 Hrs) |
| 2008 | Quality Assurance in Residential Appraisals, AI (7 Hrs) |
| 2009 | Attacking & Defending an Appraisal Litigation (14 Hrs) |
| 2010 | National 7 Hr Uniform Standards of Professional Appraisal Practice (7 Hrs) |
| 2010 | Annual Outlook for Texas Land Markets (12 Hrs) |
| 2010 | Eminent Domain Conference (15 Hrs) |
| 2010 | FHA and the Appraisal Process (7 Hrs) |
| 2010 | Appraisal Curriculum Overview – 2-Day General (14 Hrs) |
| 2011 | The Uniform Appraisal Dataset from Fannie Mae and Freddie Mac (7 Hrs) |
| 2012 | National USPAP Update (7 Hrs) |
| 2013 | 23rd Annual Outlook for Texas Land Markets (10 Hrs) |
| 2014 | 24th Annual Outlook for Texas Land Markets (11 Hrs) |
| 2014 | National USPAP Update (7 Hrs) |
| 2015 | Supervisory Appraiser / Trainee appraiser Course (5 Hrs) |
| 2015 | 25th Annual Outlook for Texas Land Markets (11 Hrs) |
| 2016 | National USPAP Update (7 Hrs) |

## *SAMPLING OF SEMINARS ATTENDED continued*

| | |
|---|---|
| 2016 | 26th Annual Outlook for Texas Land Markets (11 Hrs) |
| 2017 | 27th Annual Outlook for Texas Land Markets (12 Hrs) |
| 2017 | Real Estate Damage Economics (7 Hrs) |
| 2018 | National USPAP Update (7 Hrs) |
| 2018 | 28th Annual Outlook for Texas Land Markets (12 Hrs) |
| 2018 | 2018 Real Estate Symposium (7 Hrs) |
| 2019 | Staying Out of Trouble (7 Hrs) |
| 2019 | 29th Annual Outlook for Texas Land Markets (12 Hrs) |
| 2019 | Appraisal Institute Business Practice and Ethics (7 Hrs) |
| 2020 | Rural Valuation Basics (7 Hrs) |
| 2021 | 30th Annual Outlook for Texas Land Markets (12 Hrs) |
| 2022 | National USPAP Update (7 Hrs) |
| 2022 | 31st Annual Outlook for Texas Land Markets (12 Hrs) |
| 2023 | 32nd Annual Outlook for Texas Land Markets (12 Hrs) |
| 2023 | Supervisory Appraiser / Trainee appraiser Course (5 Hrs) |
| 2024 | National USPAP Update (7 Hrs) |
| 2024 | 33rd Annual Outlook for Texas Land Markets (12 Hrs) |
| 2025 | 34th Annual Outlook for Texas Land Markets (12 Hrs) |

Not a complete list - Various other seminars and continuing education

## *EMPLOYMENT EXPERIENCE*

| | |
|---|---|
| 1983 to 1985 | Staff Appraiser and Review Appraiser with M & A Appraisal Services |
| 1985 to 1988 | Senior Associate with Tusing & Assoc., Inc. |
| 1988 to Present | President, Brubaker and Associates, Inc. |

## *OTHER APPRAISAL RELATED EXPERIENCE*

Past Instructor for the Texas Real Estate Commission
Instructor for the Appraisal Institute
Qualified as an expert witness in many courts in the State of Texas
Committee Chair Appraisal Institute Houston Chapter, Residential Admissions, 2005 - 2008
Past Director for the Houston Association of Realtors (1994 - 1997)
Past Director for the Houston Association of Professional Mortgage Women. (1997 - 1998)
Past Director for the Greater Houston Association of Mortgage Brokers. (1996 - 1997)
Past Co-Chair of the Education Committee for the Houston Chapter of the Appraisal Institute
Past member of the Appraisal Institute Regional Ethics and Counseling Committee (1994)

## *SAMPLING OF COURSES TAUGHT*

| | |
|---|---|
| 2008 | Residential Sales Comparison and Income Analysis, Appraisal Institute |
| 2008 | Site Valuation and the Cost Approach, Appraisal Institute |
| 2008 | Appraisal Principles, Appraisal Institute |
| 2008 | Basic Appraisal Procedures, Appraisal Institute |
| 2007 | Appraisal Principles, Appraisal Institute |
| 2007 | Residential Sales Comparison and Income Analysis, Appraisal Institute |
| 2007 | Site Valuation and the Cost Approach, Appraisal Institute |
| 2006 | Residential Case Studies, Course 210, Appraisal Institute |
| 2006 | Basic Appraisal Principles, Appraisal Institute |
| 2005 | Residential Case Studies, Course 210, Appraisal Institute |
| 2004 | Residential Case Studies, Course 210, Appraisal Institute |
| 2001 | Appraisal Principles, Course 110, Appraisal Institute |
| 2000 | Appraisal Principles, Course 110, Appraisal Institute |
| 2000 | Appraisal Procedures, Course 120, Appraisal Institute |
| 1999 | Appraisal Principles, Course 110, Appraisal Institute |
| 1999 | Appraisal Procedures, Course 120, Appraisal Institute |

## *SEMINARS DEVELOPED AND TAUGHT*

Accelerated Change
The Houston Housing Market
The New URAR Form
Brubaker's One Minute Appraisal Review
What is HVCC?
It's A Seller's Market
It Depends
An Appraiser's Perspective on Fraud
Learn to Love Your Appraiser
Everything You Wanted to Know About Appraisals (but were too afraid to ask)
The Graying of America

## *PARTIAL LIST OF PAST CLIENTS*

| | |
|---|---|
| Jackson Walker LLP<br>John Edwards, Tre' Fischer | 713.752.4200 |
| Fullenweider Wilhite, P.C.<br>Randal Wilhite, Ellie Natenberg | 713.624.4100 |
| Peckar & Abramson<br>Kim Altsular | 713.568.3362 |

Olson & Olson 713.533.3800
Todd Stewart, Denis Potvin, Tammy White-Chaffer, Donna Gray, Donna Barnish

Black, Mann & Graham 713.871.0005
Calvin Mann, Tom Black

Gregg & Valby, LLP 713.960.1377
Scott Valby

Charles H. Peckham – Attorney 713.574.9044
Charles Peckham

Nowak & Stauch, PLLC 214.823.2006
Tom Stauch

Bair * Hilty, P.C. 713.862.5599
Dale R. Mellencamp

Thompson Coe Cousins & Irons LLP 713.403.8210
Daniel Harsany, Janis H. Detloff, Mark Kressenberg

Massey Law Firm 713.223.1550
Dwaine Massey

Law Office of Steve Lawrence 214.762.1759
Steve Lawrence

Allen Killgore & White PC 832.491.0990
Linda White

Hoover Kernell LLP 713.655.7700
Megan C. Moore

The Hudgins Law Firm 713.623.2550
Michael Hudgins, Steven Hudgins

Connelly Baker Wotring LLP 713.980.1700
Paul A. Shanklin

The Goldberg Law Office, PLLC 713.924.0600
Danny Goldberg

(Updated 6/2025)

TALCB
TEXAS APPRAISER LICENSING & CERTIFICATION BOARD

## Certified General Real Estate Appraiser

**Appraiser: MICHAEL CHARLES BRUBAKER**

**License #: 1321776-CG** **License Expires: 12/31/2027**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title:
Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Executive Director**

February 16, 2026

# LIST OF RECENT DEPOSITIONS and/or TESTIMONY FOR THE PAST FOUR YEARS and PUBLICATIONS FOR THE LAST TEN YEARS.

## DEPOSITIONS

Cause #2018-36108, Harris County 215th Judicial District, Jason Alexander et al., Plaintiffs, v. The Woodlands Land Development Company L.P., The Howard Hughes Corporation, LJA Engineering, Inc. F/K/A LJA Engineering & Surveying, Inc., James R. Bowles, Defendant(s). Deposition taken 4/14/2022.

Cause #12-02-01950, Montgomery County 359th Judicial District, Mr. and Mrs. Richard F. Bunch III, Plaintiffs v. The Woodlands Land Development Company, LP; Leigh Custom Homes, Inc; IMI Resort Properties, INC., d/b/a Carlton Woods Properties. Deposition taken 12/21/2015.

Cause #2021-43517, Harris County 11th Judicial District, Larry Lawson and Nancy Lawson, Plaintiff v. Michael Maestri, Celia Maestri Douglas Elliman of Texas, LLC, Real Estate Associates of Houston, LLC d/b/a Douglas Elliman Texas, Mona G. Bohnisch, individually, and Regal General Contractor, LLC., defendant. Deposition taken 5/27/2025. Court testimony 11/12/2025.

## PUBLICATIONS

None

Respectfully,

Mike Brubaker, SRA

President
Brubaker and Associates, Inc.
Ltrbru.doc/worddocs