# APPRAISAL OF REAL PROPERTY



## LOCATED AT

3 Philbrook Way
Spring, TX 77382
WDLNDS VIL OF CARLTON WOODS 13, BLOCK 1, LOT 10 KEY MAP: 215Z

## FOR

Phelps Dunbar LLP
1001 Fannin St Suite 2200
Houston, TX 77002

## OPINION OF VALUE

5,100,000

## AS OF

09/02/2025

## BY

Michael C. Brubaker, SRA, ASA, RAC Member
Brubaker & Associates, Inc.
7626 Hammerly Blvd
Houston, TX 77055-1747
(713) 464-4666
general@houstonappraiser.com
www.BrubakerAMC.com

PLAINTIFFS
4:25-cv-4650
EXHIBIT 40

| Client File #: | | Appraisal File #: | 260125 |
|---|---|---|---|

# Appraisal Report · Residential

AI Reports™
Form 100.05*

| | |
|---|---|
| Appraisal Company: | Brubaker & Associates, Inc. |
| Address: | 7626 Hammerly Blvd, Houston, TX 77055-1747 |
| Phone: (713) 464-4666 | Fax: 713-464-4669 | Website: www.BrubakerAMC.com |

| | |
|---|---|
| Appraiser: Michael C. Brubaker, SRA, ASA, RAC Member | Co-Appraiser: |
| AI Membership (if any): [X] SRA [ ] MAI [ ] SRPA [ ] AI-GRS [ ] AI-RRS | AI Membership (if any): [ ] SRA [ ] MAI [ ] SRPA [ ] AI-GRS [ ] AI-RRS |
| AI Status (if any): [ ] Candidate for Designation [ ] Practicing Affiliate | AI Status (if any): [ ] Candidate for Designation [ ] Practicing Affiliate |
| Other Professional Affiliation: NAR, TAR, HAR, GHBA | Other Professional Affiliation: |
| E-mail: general@houstonappraiser.com | E-mail: |
| Client: Phelps Dunbar LLP | Contact: Marcus R. Tucker |
| Address: 1001 Fannin St Suite 2200, Houston, TX 77002 | |
| Phone: (713) 626-1386 Fax: | E-mail: marcus.tucker@phelps.com |

## SUBJECT PROPERTY IDENTIFICATION

Address: 3 Philbrook Way

City: Spring  County: Montgomery  State: TX  ZIP: 77382

Legal Description: WDLNDS VIL OF CARLTON WOODS 13, BLOCK 1, LOT 10
KEY MAP: 215Z

Tax Parcel #: 9600-13-01000  RE Taxes: 68,961  Tax Year: 2025

Use of the Real Estate As of the Date of Value: Residential

Use of the Real Estate Reflected in the Appraisal: Residential

Opinion of highest and best use (if required): Residential

## SUBJECT PROPERTY HISTORY

Owner of Record: Rodriguez Laura P A

Description and analysis of sales within 3 years (minimum) prior to effective date of value: A recorded deed dated September 2, 2025, reflects a transfer of the subject property from Manuel Arroyo to Laura P. A. Rodriguez. This prior transfer was not reported through HAR/MLS. As Texas is a non-disclosure state, no public information regarding the transaction details was available.

Description and analysis of agreements of sale (contracts), listings, and options: Per MLS, the subject property is not currently offered for sale nor has it been offered for sale in the twelve months prior to the effective date of this appraisal.

## RECONCILIATIONS AND CONCLUSIONS

| | |
|---|---|
| Indication of Value by Sales Comparison Approach | $ 5,100,000 |
| Indication of Value by Cost Approach | $ Not applicable, Not necessary, Not developed |
| Indication of Value by Income Approach | $ Not applicable, Not necessary, Not developed |

Final Reconciliation of the Methods and Approaches to Value: The reader should be aware, this is a retrospective appraisal report. The effective date of valuation is September 2, 2025. I did not visit the subject property on this date. My visit took place on February 13, 2026. The appraised value reflected in this report may, or may not, be reflective of market value as of the current date. The reader of this report should be aware of the purpose of this appraisal report before relying on the conclusions presented herein.
The Sales Comparison Approach is reflective of buyer and seller attitudes toward properties in the subject neighborhood under market conditions existing as of the effective date of this appraisal. This approach is considered the most applicable, most reliable, and is given the greatest weight in this analysis. Since homes in this area are not typically purchased nor constructed for their income producing capability, the Income Approach is not considered a reliable or relevant indicator of the subject's value. Since the subject property is not new construction, the Cost Approach is not considered a reliable or relevant indicator of the subject's value and has not been considered.

| | |
|---|---|
| Opinion of Value as of: 09/02/2025 | $ 5,100,000 |

Exposure Time: Less than 6 months. **The value identified herein is - as of a date in the past. Current value is not indicated.**

The above opinion is subject to: [ ] Hypothetical Conditions and/or [X] Extraordinary Assumptions cited on the following page.

*NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute makes no representations, warranties or guarantees as to, and assumes no responsibility for, the data, analysis or work product, or third party certifications, verifications, data specifications, scores, indexes, or valuation tools, used or provided by the individual appraiser(s) or others in the specific contents of the AI Reports®. AI Reports® AI-100.05 Appraisal Report - Residential© Appraisal Institute 2017, All Rights Reserved June 2017

| Client: | Phelps Dunbar LLP | Client File #: | |
|---|---|---|---|
| Subject Property: | 3 Philbrook Way, Spring, TX 77382 | Appraisal File #: | 260125 |

## ASSIGNMENT PARAMETERS

Intended User(s): The client named above. Others are warned the purpose of this appraisal is specific to the client.

Intended Use: The intended use of this report is collateral assessment for court proceedings

This report is not intended by the appraiser for any other use or by any other user.

Type of Value: Retrospective market value. Effective Date of Value: 09/02/2025

Interest Appraised: ☒ Fee Simple ☐ Leasehold ☐ Other

Hypothetical Conditions: (A hypothetical condition is that which is contrary to what exists, but is asserted by the appraiser for the purpose of analysis. Any hypothetical condition may affect the assignment results.)

Extraordinary Assumptions: (An extraordinary assumption is directly related to a specific assignment and presumes uncertain information to be factual. If found to be false this assumption could alter the appraiser's opinions or conclusions. Any extraordinary assumption may affect the assignment results.) **This is a RETROSPECTIVE APPRAISAL REPORT.** The effective date of valuation is different from the date I visited the subject. I have assumed the condition of the subject property as of the effective date of the appraisal was similar to what was viewed by me on the day of my visitation. The appraised value reflected in this report should not be considered an indication of the market value as of the current date.The reader of this report should be aware of the purpose of this appraisal report before relying on the conclusions

This is an Appraisal Report in accordance with Standard Rule 2-2(a) of the Uniform Standard of Professional Appraisal Practice (USPAP).

## SCOPE OF WORK

Definition: The scope of work is the type and extent of research and analysis in an assignment. Scope of work includes the extent to which the property is identified, the extent to which tangible property is inspected, the type and extent of data research, and the type and extent of analysis applied to arrive at credible opinions or conclusions. The specific scope of work for this assignment is identified below and throughout this report.

### Scope of Subject Property Inspection/Data Sources Utilized

**Appraiser**

Property Inspection: ☒ Yes ☐ No

Date of Inspection: 02/13/2026

Describe Scope of Property Inspection, Source of Area Calculations and Data Sources Consulted: I measured the improvements and calculated the building areas. My property visitation consists of a casual visual observation only. I did no destructive or technical testing. I did not move furniture, carpets or wall hangings.

**Co-Appraiser**

Property Inspection: ☐ Yes ☐ No

Date of Inspection:

Describe Scope of Property Inspection, Source of Area Calculations and Data Sources Consulted:

### Approaches to Value Developed

**Cost Approach:**

☐ Is necessary for credible results and is developed in this analysis
☒ Is not necessary for credible results; not developed in this analysis
☐ Is not necessary for credible results but is developed in this analysis

**Sales Comparison Approach:**

☒ Is necessary for credible results and is developed in this analysis
☐ Is not necessary for credible results; not developed in this analysis
☐ Is not necessary for credible results but is developed in this analysis

**Income Approach:**

☐ Is necessary for credible results and is developed in this analysis
☒ Is not necessary for credible results; not developed in this analysis
☐ Is not necessary for credible results but is developed in this analysis

Additional Scope of Work Comments: **This is a retrospective appraisal report.** The appraised value reflected in this report may not be reflective of market value as of the current date. The reader of this report should be aware of the purpose of this appraisal report before relying on the conclusions presented herein. My visitation of the subject property occurred after the effective date of this report. I relied entirely on the current owner for the description of the "then current" condition of the subject property. I did not see the subject property on the effective date of this report. References to property condition are based entirely on the owner's description and my superficial observations, and are for comparison purposes only. I made no effort that exceeds my expertise in discovering non-obvious defects. I tested no appliances, mechanical systems, water supply or waste elimination systems. I am not a licensed or qualified inspector and do not warrant the condition of any portion of the subject improvements. Please see the attached Contingencies & Limiting Conditions statement.

Significant Real Property Appraisal Assistance: ☒ None ☐ Disclose Name(s) and contribution: Jill Harvey assisted in measuring the subject property and taking pictures of the subject and comparable sales.

*NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute makes no representations, warranties or guarantees as to, and assumes no responsibility for, the data, analysis or work product, or third party certifications, verifications, data specifications, scores, indexes, or valuation tools, used or provided by the individual appraiser(s) or others in the specific contents of the AI Reports®. AI Reports® AI-100.05 Appraisal Report - Residential© Appraisal Institute 2017, All Rights Reserved June 2017

| | | | |
|---|---|---|---|
| **Client:** | Phelps Dunbar LLP | **Client File #:** | |
| **Subject Property:** | 3 Philbrook Way, Spring, TX 77382 | **Appraisal File #:** | 260125 |

## MARKET AREA ANALYSIS

| Location | Built Up | Growth | Supply & Demand | Value Trend | Typical Marketing Time |
|---|---|---|---|---|---|
| ☐ Urban | ☐ Under 25% | ☐ Rapid | ☐ Shortage | ☐ Increasing | ☐ Under 3 Months |
| ☒ Suburban | ☒ 25-75% | ☒ Stable | ☒ In Balance | ☒ Stable | ☒ 3-6 Months |
| ☐ Rural | ☐ Over 75% | ☐ Slow | ☐ Over Supply | ☐ Decreasing | ☐ Over 6 Months |

**Neighborhood Single Family Profile**

| Price | | Age |
|---|---|---|
| 1,250,000 | Low | 4 |
| 7,500,000 | High | 25 |
| 2,600,000 | Predominant | 17 |

**Neighborhood Land Use**

| | | | |
|---|---|---|---|
| 1 Family | 95% | Commercial | % |
| Condo | % | Vacant | % |
| Multifamily | % | Common area | 5% |

**Neighborhood Name:** Wdlnds Vil Of Carlton Woods

PUD ☒ Condo ☐ HOA: $ 4250/ Year

Amenities: Common Area, Courtesy Patrol, Limited Access Gates, Recreational Facilities

Market area description and characteristics: **This is a retrospective appraisal with an effective date of September 2, 2025.** The market conditions, trends, and analysis presented in this report reflect information available and market behavior as of that date. Subsequent market changes, if any, were not considered in the development of the opinion of value.

The subject neighborhood is Carlton Woods, which is The Woodlands' only 24-hour manned gated community and represents one of several subdivisions within the larger market area commonly known as The Woodlands. Established in the 1970s on land previously occupied by a lumber mill, The Woodlands is a 28,000-acre master-planned community that has experienced significant growth and expansion over the past several decades. The subject is located within a high-end segment of The Woodlands market (Carlton Woods), which historically demonstrates greater price stability and lower supply volatility than the broader market. As of September 2025, demand for luxury homes remained strong, particularly for gated golf course communities and move-in-ready properties; however, marketing times and negotiation activity had increased compared to the prior year. The luxury segment continued to show resilience, though buyer behavior reflected increased selectivity, expanded inventory choices, and reduced upward price pressure compared to the rapid appreciation observed during the 2020-2022 period.

## SITE ANALYSIS

| | | | |
|---|---|---|---|
| Dimensions: | No Survey Provided (Sq.Ft. per CAD) | Area: | 1.08 ac |
| View: | Residential | Shape: | Basically rectangular |
| Drainage: | Appears adequate | Utility: | Average |

**Site Similarity/Conformity To Neighborhood**

| Size: | View: |
|---|---|
| ☐ Smaller than Typical | ☐ Favorable |
| ☒ Typical | ☒ Typical |
| ☐ Larger than Typical | ☐ Less than Favorable |

**Zoning/Deed Restriction**

Zoning: Not zoned - Deed restricted to SFR

☐ Legal ☒ No zoning

☐ Legal, non-conforming

☐ Illegal

Covenants, Condition & Restrictions: ☐ Yes ☐ No ☒ Unknown

Documents Reviewed: ☐ Yes ☒ No

Ground Rent $ None /

**Utilities**

| | | | |
|---|---|---|---|
| Electric | ☒ Public | ☐ Other | |
| Gas | ☒ Public | ☐ Other | |
| Water | ☒ Public | ☐ Other | |
| Sewer | ☒ Public | ☐ Other | |

**Off Site Improvements**

| | | | |
|---|---|---|---|
| Street | ☐ Public | ☒ Private | Concrete,Curbs |
| Alley | ☐ Public | ☐ Private | |
| Sidewalk | ☐ Public | ☐ Private | |
| Street Lights | ☒ Public | ☐ Private | Pole Lights |

Site description and characteristics: **This is a retrospective appraisal report.** The characteristics described above are "then-current" characteristics. Current characteristics may be different. This site is similar other residential sites in this neighborhood. I am not a surveyor. The exact site area, dimensions, easements & flood elevation should be determined by a qualified surveyor. Any dimensions provided above are from publicly available information from the Central Appraisal District. The information may or may not be 100 percent accurate. It is believed to be reasonably reliable. A survey of the site was not provided to me.

## HIGHEST AND BEST USE ANALYSIS

☒ Present Use ☐ Proposed Use ☐ Other **This is a retrospective appraisal report,** reporting "then-current" highest & best use.

Summary of highest and best use analysis: The subject site is deed restricted to single family residential housing. This legal restriction is unlikely to change in the foreseeable future. The limited size of the site makes other uses unlikely even if they were legally allowed. The highest and best use of the subject site both, as is and as if vacant, is single family residential. The improvements represent the highest and best use of the overall subject property. The highest and best use of the subject property is therefore, its present use, single family residential.

*NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute makes no representations, warranties or guarantees as to, and assumes no responsibility for, the data, analysis or work product, or third party certifications, verifications, data specifications, scores, indexes, or valuation tools, used or provided by the individual appraiser(s) or others in the specific contents of the AI Reports®. AI Reports® AI-100.05 Appraisal Report - Residential© Appraisal Institute 2017, All Rights Reserved June 2017

| | | | |
|---|---|---|---|
| **Client:** | Phelps Dunbar LLP | **Client File #:** | |
| **Subject Property:** | 3 Philbrook Way, Spring, TX 77382 | **Appraisal File #:** | 260125 |

## IMPROVEMENTS ANALYSIS

**General** — Design: Mediterranean | No. of Units: 1 | No. of Stories: 2 | Actual Age: 18 | Effective Age: 8

[X] Existing [ ] Under Construction [ ] Proposed [ ] Attached [X] Detached [ ] Manufactured [ ] Modular

Other: Main Residence =10,945 SF, Casita = 811 SF, Maid's Quarters = 193 SF

**Exterior Elements** — Roofing: Tile | Siding: Stucco | Windows: Insulated/Low-E

[X] Patio Covered [ ] Deck [X] Porch Covered Entry [X] Pool /Spa [X] Fence Wrought Iron

Other: Outside Kitchen, Paddle Tennis/sports Court, whole house back-up power generator

**Interior Elements** — Flooring: Marble, Stone, HW | Walls: Plaster | [X] Fireplace # 2

Kitchen: [X] Refrigerator [X] Range [X] Oven [X] Fan/Hood [X] Microwave [X] Dishwasher | Countertops: Marble

Other:

**Foundation** — [ ] Crawl Space [X] Slab Yes [ ] Basement

Other:

**Attic** — [ ] None [ ] Scuttle [ ] Drop Stair [X] Stairway [ ] Finished

**Mechanicals** — HVAC: Central forced air | Fuel: Gas heat, Electric AC | Air Conditioning: Central electric

**Car Storage** — [X] Driveway 5 [X] Garage 5 [ ] Carport [ ] Finished

**Other Elements** The subject is an estate-style custom residence consisting of approximately 10,945 square feet of living area in the main dwelling, together with an approximately 811 square foot detached guest casita and approximately 193 square foot maid's quarters. Site improvements include an in-ground pool and spa, outdoor kitchen pavilion with fireplace, paddle tennis court, and whole-house backup power generator.

### Above Grade Gross Living Area (GLA)

| | Living | Dining | Kitchen | Den | Family | Rec. | Bedrms | # Baths | Utility | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level 1 | 1 | 1 | 1 | | 1 | | 2 | 2.1 | 1 | WineRm,Breakfst | 5,856 |
| Level 2 | | | | Study | | 1 | 3 | 3.1 | | | 5,089 |
| | | | | | | | | | | | |

Finished area above grade contains: Bedroom(s): 5 | Bath(s): 5.2 | GLA: 10,945

Summarize Above Grade Improvements: Overall, the reported condition of the subject improvements was average for a home of it's age. **This is a retrospective appraisal report** and assumes no other adverse defects. I am not a qualified mechanical, electrical, plumbing, roofing or structural inspector and I claim no expertise or license in these areas. The observed condition of physical items is based on a casual visual observation only. No warranty is implied. No one should rely on this report to disclose the presence or absence of any defects. The property reflects estate-level design and amenities consistent with high-end residences within the Carlton Woods market area.

### Below Grade Area or Other Area

| | Living | Dining | Kitchen | Den | Family | Rec. | Bedrms | # Baths | Utility | % Finished | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Below Grade | | | | | | | | | | 0 | |
| Other Area | | | | | | | | | | | |
| | | | | | | | | | | | |

Summarize below grade and/or other area improvements: The subject features no below grade living area.

Discuss physical depreciation and functional or external obsolescence: **This is a retrospective appraisal report** and assumes no adverse defects other than typical physical depreciation attributed to normal wear and tear associated with residential usage. No functional or external depreciation were noted. The residence appears generally well maintained overall; however, minor deferred maintenance was noted at the exterior stucco finish. Interior condition was consistent with the quality and market expectations for similar properties.

Discuss style, quality, condition, size, and appeal of improvements including conformity to market area: **This is a retrospective appraisal report**. The subject improvements reflect an estate-style custom residence with Mediterranean design, superior construction quality, luxury finishes, and features consistent with high-end properties in the Carlton Woods market. Overall condition is good, with interior areas well maintained and only minor deferred maintenance observed at the exterior. The subject property is similar in terms of style, functional utility, condition, construction type and use to other properties within the immediate market area. It is considered compatible with the neighborhood.

*NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute makes no representations, warranties or guarantees as to, and assumes no responsibility for, the data, analysis or work product, or third party certifications, verifications, data specifications, scores, indexes, or valuation tools, used or provided by the individual appraiser(s) or others in the specific contents of the AI Reports®. AI Reports® AI-100.05 Appraisal Report - Residential© Appraisal Institute 2017, All Rights Reserved June 2017

| | | | |
|---|---|---|---|
| **Client:** | Phelps Dunbar LLP | **Client File #:** | |
| **Subject Property:** | 3 Philbrook Way, Spring, TX 77382 | **Appraisal File #:** | 260125 |

## SALES COMPARISON APPROACH

| ITEM | SUBJECT | COMPARISON 1 | | COMPARISON 2 | | COMPARISON 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3 Philbrook Way<br>Spring, TX 77382 | 27 Eloquence Way<br>The Woodlands, TX 77382 | | 31 Netherfield Way<br>The Woodlands, TX 77382 | | 47 Silver Iris Way<br>The Woodlands, TX 77382 | |
| Proximity to Subject | | 0.29 miles NW | | 0.65 miles NE | | 0.37 miles N | |
| Data Source/<br>Verification | | HARMLS#62627414<br>MLS/CAD | | HARMLS#60178025<br>MLS/CAD | | HARMLS#46716069<br>MLS/CAD | |
| Original List Price | $ N/A | | $ 5,850,000 | | $ 5,490,000 | | $ 4,890,000 |
| Final List Price | $ N/A | | $ 5,850,000 | | $ 5,490,000 | | $ 4,890,000 |
| Sale Price | $ N/A | | $ 5,675,000 | | $ 4,950,000 | | $ 4,900,000 |
| Sale Price % of Original List | % | | 97.0 % | | 90.2 % | | 100.2 % |
| Sale Price % of Final List | % | | 97.0 % | | 90.2 % | | 100.2 % |
| Closing Date | N/A | 07/11/2025 | | 03/14/2025 | | 06/11/2025 | |
| Days On Market | N/A | 2 | | 26 | | 7 | |
| Price/Gross Living Area | $ | $ 481.79 | | $ 430.51 | | $ 578.72 | |
| | **DESCRIPTION** | **DESCRIPTION** | +(-) Adjustment | **DESCRIPTION** | +(-) Adjustment | **DESCRIPTION** | +(-) Adjustment |
| Financing Type | N/A | Conventional | | Cash | | Conventional | |
| Concessions | N/A | ArmLth | | ArmLth | | ArmLth | |
| Contract Date | N/A | 05/22/2025 | | 02/11/2025 | | 05/20/2025 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Site Size | 1.08 ac | 1.26 ac | 0 | 1.99 ac | -50,000 | 1.16 ac | 0 |
| Site Views/Appeal | N;Res; | N;Res; | | B;Glfvw; | -150,000 | B;Glfvw; | -150,000 |
| Design and Appeal | DT2;Medit | DT2;Medit | | DT2;Trad | | DT2;Trad | |
| Quality of Construction | Excellent | Excellent/Super | -200,000 | Excellent/Similar | | Excellent/Super | -200,000 |
| Age | 18 | 13 | | 20 | | 19 | |
| Condition | Updated | Updated/Similar | | Updated/Similar | | Updated/Similar | |
| Above Grade Bedrooms | Bedrooms 5 | Bedrooms 5 | | Bedrooms 5 | | Bedrooms 6 | |
| Above Grade Baths | Baths 5.2 | Baths 5.2 | | Baths 6.3 | | Baths 6.2 | |
| Gross Living Area | 10,945 Sq.Ft. | 11,779 Sq.Ft. | -165,000 | 11,498 Sq.Ft. | -110,000 | 8,467 Sq.Ft. | +500,000 |
| Below Grade Area | None | None | | None | | None | |
| Below Grade Finish | N/A | N/A | | N/A | | N/A | |
| Other Area | Casita/Maid Qrtrs | None | +75,000 | None | +75,000 | Guest Qrtrs | 0 |
| Functional Utility | Average | Adequate | | Adequate | | Adequate | |
| Heating/Cooling | Adequate | Central | | Central | | Central | |
| Car Storage | 5ga5dw | 5ga5dw | | 4ga4dw | +25,000 | 4ga4dw | +25,000 |
| Pool/Spa | Pool/Spa/OSK | Pool/Spa/OSK | | Pool/Spa/OSK | | Pool/Spa/OSK | |
| Exterior Amenities | Paddle/Sport Ct | Putting Grn/Sim | | None | +35,000 | None | +35,000 |
| | | | | | | | |
| Net Adjustment (total) | | ☐ + ☒ − | $ -290,000 | ☐ + ☒ − | $ -175,000 | ☒ + ☐ − | $ 210,000 |
| Adjusted Sale Price | | Net Adj. 5.1 %<br>Gross Adj. 7.8 % | $ 5,385,000 | Net Adj. 3.5 %<br>Gross Adj. 9 % | $ 4,775,000 | Net Adj. 4.3 %<br>Gross Adj. 18.6 % | $ 5,110,000 |
| Prior Transfer History | 09/02/2025<br>0 | No previous sale within the 12 mos prior to current sale. | | No previous sale within the 12 mos prior to current sale. | | No previous sale within the 12 mos prior to current sale. | |

Comments and reconciliation of the sales comparison approach: **This is a RETROSPECTIVE APPRAISAL REPORT. The value identified herein is - as of a date in the past. Current value is not indicated.** The comparable sales are all reflective of market conditions as of the effective date and are located in close proximity to the subject property within the same competitive market area. After adjustment for differences, the comparable sales indicate a consistent and relatively narrow range of values, providing strong support for the concluded opinion of value. The applied adjustments are considered reasonable and reflective of market behavior. The selected comparable sales represent the most relevant and reliable data available, and each sale was given appropriate consideration in the final analysis.
**PLEASE SEE ADDITIONAL COMMENTS ON SALES COMPARISON ANALYSIS NEXT PAGE.**

| | |
|---|---|
| **Indication of Value by Sales Comparison Approach** | **$ 5,100,000** |

*NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute makes no representations, warranties or guarantees as to, and assumes no responsibility for, the data, analysis or work product, or third party certifications, verifications, data specifications, scores, indexes, or valuation tools, used or provided by the individual appraiser(s) or others in the specific contents of the AI Reports®. AI Reports® AI-100.05 Appraisal Report - Residential© Appraisal Institute 2017, All Rights Reserved June 2017

# Supplemental Addendum

File No. 260125

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |

**Appraisal Purpose and Intended Users:** This report is intended for use only by the client listed on page one of this report. The purpose of this summary appraisal report is to estimate market value of the subject property as defined herein. The intended use of this appraisal is to assist the client in collateral valuation. Any alternative use, particularly by parties other than the client defined herein is considered outside the scope and intent of this report and is not valid. The scope of this report is specific to the client or its assigns.

**Gross living area (GLA) calculations:** The measuring methodology and criteria used in this report meets the Square Footage-Method for Calculating: ANSI® Z765-2021. The living area of the improvements is calculated utilizing field measurements. These dimensions are inherently inaccurate due to rounding errors, errors in measuring devices, and adjustments that must be made to "square the drawing". The more complex the design of the improvements, the greater these errors may be. The estimated GLA provided in this report is an estimate only. This estimated GLA may differ from an estimate provided by builder plans, tax authorities or even a different appraiser. The GLA is an estimate only, an opinion utilized for this appraisal only, and should not be relied upon as if fact.

**COMMENTS AND RECONCILIATION OF THE SALES COMPARISON APPROACH:** In developing the Sales Comparison Approach, the comparable sales were analyzed and adjusted to reflect differences in site characteristics, location, gross living area, garage capacity, accessory improvements, and recreational amenities relative to the subject property. Each adjustment was derived from market-supported considerations and applied to account for measurable differences that influence buyer behavior and market value within the subject's competitive market segment.

An adjustment was applied to Comparable Sale #2 to account for its larger site size relative to the subject property. Market participants within the subject's market area recognize site size as a factor influencing value, particularly in the luxury segment where excess land area contributes to privacy, utility, and overall appeal.

Comparables #1 and #3 are superior in terms of quality of construction and quality of individual components and finishes requiring and adjustment.

Comparable Sales #2 and #3 are located on golf course sites, which are considered superior locations within the market area due to enhanced views, recreational access, and associated market preference. As the subject does not share this location characteristic, downward adjustments were applied to these comparable sales to account for their superior location attributes.

Gross Living Area (GLA) adjustments were applied to all comparable sales to reflect differences in overall living area relative to the subject. Given the substantial size of the subject improvements, living area represents a significant value component in the competitive market, and the applied adjustments reflect market-supported reactions to variations in size.

Adjustments were also applied for differences in garage capacity. The market recognizes garage capacity as a factor influencing utility and appeal, particularly for estate-level properties where multiple vehicle storage and functionality are typical expectations. Where comparable sales differed from the subject in garage capacity, appropriate adjustments were applied to reflect these differences.

No adjustment was applied for differences in bathroom count. All comparable sales were determined to have bathroom counts considered adequate and typical for properties within this luxury market segment. Market evidence indicates that once a property meets the threshold of adequacy for this market level, minor variations in bathroom count do not result in measurable differences in market value.

Adjustments were applied to Comparable Sales #1 and #2 to account for the absence of accessory living components present at the subject property, specifically the detached guest casita and maid's quarters. These improvements provide additional utility and functionality and are recognized by market participants as contributing to overall property appeal and value.

Recreational and site amenities were also considered in the analysis. The subject property includes a paddle tennis court, which represents a high-end recreational amenity consistent with estate-level properties. Comparable Sale #1 includes a putting green which is considered a similarly desirable amenity. Comparable Sales #2 and #3 do not include recreational amenities similar to the subject's paddle tennis court, and appropriate adjustments were applied where supported by market evidence.

Overall, the comparable sales required adjustments for differences in size, site characteristics, location, garage capacity, accessory improvements, and amenity packages. After adjustment, the comparable sales provide a reasonable basis for comparison and support the final opinion of value for the subject property.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | File No. | 260125 |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☒ Appraisal Report (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time

(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is: Less than 6 months as of the effective date of this retrospective appraisal report.

## Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any State mandated requirements:

**APPRAISER:**

Signature: [signature]
Name: Michael C. Brubaker, SRA, ASA, RAC Member

State Certification #: 1321776-CG
or State License #:
State: TX Expiration Date of Certification or License: 12/31/2027
Date of Signature and Report: 02/20/2026
Effective Date of Appraisal: 09/02/2025
Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only
Date of Inspection (if applicable): 02/13/2026

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:
Name:

State Certification #:
or State License #:
State: Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only
Date of Inspection (if applicable):

| Client: | Phelps Dunbar LLP | Client File #: | |
|---|---|---|---|
| Subject Property: | 3 Philbrook Way, Spring, TX 77382 | Appraisal File #: | 260125 |

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal is subject to the following assumptions and limiting conditions:

- This report is prepared using forms developed and copyrighted by the Appraisal Institute. However, the content, analyses, and opinions set forth in this report are the sole product of the appraiser. The Appraisal Institute is not liable for any of the content, analyses, or opinions set forth herein.
- No responsibility is assumed for matters legal in character or nature. No opinion is rendered as to title, which is assumed to be good and marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, having responsible ownership and competent management.
- I have examined the property described herein exclusively for the purposes of identification and description of the real property. The objective of our data collection is to develop an opinion of the highest and best use of the subject property and make meaningful comparisons in the valuation of the property. The appraiser's observations and reporting of the subject improvements are for the appraisal process and valuation purposes only and should not be considered as a warranty of any component of the property. This appraisal assumes (unless otherwise specifically stated) that the subject is structurally sound and all components are in working condition.
- I will not be required to give testimony or appear in court because of having made an appraisal of the property in question, unless specific arrangements to do so have been made in advance, or as otherwise required by law.
- I have noted in this appraisal report any significant adverse conditions (such as needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) discovered during the data collection process in performing the appraisal. Unless otherwise stated in this appraisal report, I have no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and have assumed that there are no such conditions and make no guarantees or warranties, express or implied. I will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because I am not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable public and/or private sources that I believe to be true and correct.
- I will not disclose the contents of this appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and/or applicable federal, state or local laws.
- The Client is the party or parties who engage an appraiser (by employment contract) in a specific assignment. A party receiving a copy of this report from the client does not, as a consequence, become a party to the appraiser-client relationship. Any person who receives a copy of this appraisal report as a consequence of disclosure requirements that apply to an appraiser's client, does not become an intended user of this report unless the client specifically identified them at the time of the assignment. The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.
- If this valuation conclusion is subject to satisfactory completion, repairs, or alterations, it is assumed that the improvements will be completed competently and without significant deviation.

## VALUE DEFINITION

☒ Market Value Definition (below) ☐ Alternate Value Definition (attached)

MARKET VALUE is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source: The Dictionary of Real Estate Appraisal, 5th ed., Appraisal Institute


© Appraisal Institute 2013, All Rights Reserved

Internal Order No. 260125

| | | | |
|---|---|---|---|
| Client: | Phelps Dunbar LLP | Client File #: | |
| Subject Property: | 3 Philbrook Way, Spring, TX 77382 | Appraisal File #: | 260125 |

## APPRAISER CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analysis, opinions, and conclusions are limited only by the report assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions, and conclusions.
- I have no present (unless specified below) or prospective interest in the property that is the subject of this report, and I have no (unless specified below) personal interest with respect to the parties involved.
- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon the developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- Individuals who have provided significant real property appraisal assistance are named below. The specific tasks performed by those named are outlined in the Scope of Work section of this report.

  ☒ None ☐ Name(s) Jill Harvey

  As previously identified in the Scope of Work section of this report, the signer(s) of this report certify to the inspection of the property that is the subject of this report as follows:

  Property inspected by Appraiser ☒ Yes ☐ No

  Property inspected by Co-Appraiser ☐ Yes ☐ No

- Services provided, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment: ☐ None ☒ Specify services provided:

  Jill Harvey assisted in measuring the subject property and taking pictures of the subject and comparable sales.

## ADDITIONAL CERTIFICATION FOR APPRAISAL INSTITUTE MEMBERS, CANDIDATES AND PRACTICING AFFILIATES

Appraisal Institute Designated Member, Candidate for Designation, or Practicing Affiliate Certify:

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.
- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- I am a Designated Member of the Appraisal Institute. As of the date of this report, I have completed the continuing education program of the Appraisal Institute.
-

## APPRAISERS SIGNATURES

| APPRAISER: | CO-APPRAISER: |
|---|---|
| Signature [signed] | Signature |
| Name Michael C. Brubaker, SRA, ASA, RAC Member | Name |
| Report Date 02/20/2026 | Report Date |
| Trainee ☐ Licensed ☐ Certified Residential ☒ Certified General ☐ | Trainee ☐ Licensed ☐ Certified Residential ☐ Certified General ☐ |
| License # 1321776-CG State TX | License # State |
| Expiration Date 12/31/2027 | Expiration Date |

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).


© Appraisal Institute 2013, All Rights Reserved

Internal Order No. 260125

# Comparable Sales Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



# Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



**Subject Front**

3 Philbrook Way



**Subject Front**



**Subject Front**

# Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



**Subject Front**

3 Philbrook Way



**Subject Front**



**Subject Side**

# Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



## Subject Rear

3 Philbrook Way



## Subject Rear



## Subject Side

# Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



## Subject Side

3 Philbrook Way



## Subject Side



## Subject Street

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |


Living Room


Dining Room


Wine Grotto


Wet Bar


Kitchen


Kitchen

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



Kitchen



Kitchen



Breakfast/Kitchen/Family Room



Family Room



Half Bath



Bedroom

Internal Order No. 260125

# Photograph Addendum

| | |
|---|---|
| Client | Phelps Dunbar LLP |
| Property Address | 3 Philbrook Way |
| City | Spring County Montgomery State TX Zip Code 77382 |
| Owner | Rodriguez Laura P A |



Bathroom



Main Bedroom



Main Bedroom Sitting ARea



Main Bedroom



Main Bathroom



Main Bathroom

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



Main Bathroom



Main Bathroom



Main Bathroom



Outside Shower off of Main Bathroom



Exercise Room



Game Room

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



Elevator/Game Room



Half Bath



Wet bar in Game Room



Card Room



Media Room



Bedroom

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |


Bathroom


Bedroom


Bathroom


Bedroom


Bathroom


Landing

# Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |


Study


Casita Bedroom #1


Casita Bathroom


Casita Bedroom #2


Maid Quarters


Maid Quarters Bathroom

# Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



## Comparable 1

27 Eloquence Way

| | |
|---|---|
| Prox. to Subject | 0.29 miles NW |
| Sale Price | 5,675,000 |
| Gross Living Area | 11,779 |
| Total Rooms | |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.2 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1.26 ac |
| Quality | Excellent/Super |
| Age | 13 |



## Comparable 2

31 Netherfield Way

| | |
|---|---|
| Prox. to Subject | 0.65 miles NE |
| Sale Price | 4,950,000 |
| Gross Living Area | 11,498 |
| Total Rooms | |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.3 |
| Location | N;Res; |
| View | B;Glfvw; |
| Site | 1.99 ac |
| Quality | Excellent/Similar |
| Age | 20 |



## Comparable 3

47 Silver Iris Way

| | |
|---|---|
| Prox. to Subject | 0.37 miles N |
| Sale Price | 4,900,000 |
| Gross Living Area | 8,467 |
| Total Rooms | |
| Total Bedrooms | 6 |
| Total Bathrooms | 6.2 |
| Location | N;Res; |
| View | B;Glfvw; |
| Site | 1.16 ac |
| Quality | Excellent/Super |
| Age | 19 |

Internal Order No. 260125

# Building Sketch (Page - 1)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |

The measuring methodology and criteria used in this report meets the Square Footage-Method for Calculating: ANSI® Z765-2021.

Room Labels are for Illustration Purposes Only
GLA Calculations: The living area of the improvements is calculated utilizing field measurements (or architects plans if proposed construction). These dimensions are inherently inaccurate due to rounding errors, errors in measuring devices and adjustments that must be made to "square drawing". The more complex the design of the improvements, the greater these errors may be. These estimated GLA provided is an estimate only. It may differ from an estimate provided by builders, tax authorities or even a different appraiser. The GLA is an estimate only and should not be relied on as if fact.




TOTAL Sketch by a la mode

# Building Sketch (Page - 2)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |




The measuring methodology and criteria used in this report meets the Square Footage-Method for Calculating: ANSI® Z765-2021.

Room Labels are for Illustration Purposes Only
GLA Calculations: The living area of the improvements is calculated utilizing field measurements
(or architects plans if proposed construction). These dimensions are inherently inaccurate due to rounding errors,
errors in measuring devices and adjustments that must be made to "square drawing".
The more complex the design of the improvements, the greater these errors may be.
These estimated GLA provided is an estimate only. It may differ from an estimate provided by builders,
tax authorities or even a different appraiser. The GLA is an estimate only and should not be relied on as if fact.

TOTAL Sketch by a la mode

# Building Sketch (Page - 3)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |

TOTAL Sketch by a la mode

**Area Calculations Summary**

| | |
|---|---|
| **Living Area** | |
| First Floor | 5855.79 Sq ft |
| Second Floor | 5113.48 Sq ft |
| Open to Below | -24.14 Sq ft |
| **Total Living Area (Rounded):** | **10945 Sq ft** |
| **Non-living Area** | |
| Maid's Quarters | 192.5 Sq ft |
| 1 Car Garage | 262 Sq ft |
| Casita | 483.51 Sq ft |
| 4 Car Garage | 1400.19 Sq ft |
| Casita Second Floor | 327.63 Sq ft |

Internal Order No. 260125

# Building Sketch (Page - 4)

| | |
|---|---|
| Client | Phelps Dunbar LLP |
| Property Address | 3 Philbrook Way |
| City | Spring County Montgomery State TX Zip Code 77382 |
| Owner | Rodriguez Laura P A |

TOTAL Sketch by a la mode

**Area Calculations Summary**

| **Non-living Area** | | | |
|---|---|---|---|
| Casita | 483.51 Sq ft | 18.1 × 3.1 | = 56.11 |
| | | 29.8 × 8.4 | = 250.32 |
| | | 0.5 × 6.6 × 6.6 | = 21.78 |
| | | 23.2 × 6.6 | = 153.12 |
| | | 0.5 × 23.2 × 0.19 | = 2.18 |
| Maid's Quarters | 192.5 Sq ft | 0.5 × 10 × 10 | = 50 |
| | | 3 × 10 | = 30 |
| | | 9 × 8 | = 72 |
| | | 0.5 × 9 × 9 | = 40.5 |
| 1 Car Garage | 262 Sq ft | 14 × 10 | = 140 |
| | | 10 × 9 | = 90 |
| | | 8 × 4 | = 32 |
| Casita | 483.51 Sq ft | 18.1 × 3.1 | = 56.11 |
| | | 29.8 × 8.4 | = 250.32 |
| | | 0.5 × 6.6 × 6.6 | = 21.78 |
| | | 23.2 × 6.6 | = 153.12 |
| | | 0.5 × 23.2 × 0.19 | = 2.18 |

# Aerial Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



Internal Order No. 260125

# Flood Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |

InterFlood by a la mode

Prepared for: Brubaker and Associates, Inc.
**3 Philbrook Way**
**Spring, TX 77382**




Powered by CoreLogic®

**MAP DATA**

FEMA Special Flood Hazard Area: **No**
Map Number: **48339C0510G**
Zone: **X**
Map Date: **August 18, 2014**
FIPS: **48339**

**MAP LEGEND**

- Areas inundated by 500-year flooding
- Areas inundated by 100-year flooding
- Velocity Hazard
- Protected Areas
- Floodway
- Subject Area

Internal Order No. 260125

# Location Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Phelps Dunbar LLP | | | | | | |
| Property Address | 3 Philbrook Way | | | | | | |
| City | Spring | County | Montgomery | State | TX | Zip Code | 77382 |
| Owner | Rodriguez Laura P A | | | | | | |



# Appraiser Certification Extension

TALCB

TEXAS APPRAISER LICENSING & CERTIFICATION BOARD

## Certified General Real Estate Appraiser

**Appraiser: MICHAEL CHARLES BRUBAKER**

**License #: 1321776-CG** **License Expires: 12/31/2027**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title:
Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Executive Director**