FOX CABLE NETWORK SERVICES, LLC

November 9, 2024

**Delivery via Email**

Grupo Lauman Holding, S. de R.L. de C.V.
Attn: Manuel Arroyo and Shani Mizrahi
Email: marroyo@comtelsat.com.mx and smizrahi@lauman.com.mx

Re: Conditional Termination

Ladies and Gentlemen:

Reference is made to that certain Acquisition Offer, dated May 20, 2024 (the "Offer Letter"), sent by Fox Cable Network Services, LLC ("Fox Cable") to, and accepted and countersigned by, Grupo Lauman Holding, S.de R.L. de C.V. (together, with its affiliates, "Grupo Lauman"). Capitalized terms used but not defined in this letter shall have the meanings assigned to them in the Offer Letter.

As you are aware, since the execution of the Offer Letter, Fox Cable and its affiliates (collectively, "Fox") have engaged in extensive discussions, negotiations and due diligence procedures, all in good faith, with Grupo Lauman regarding the Acquisition and the Definitive Agreements. Such due diligence and negotiations resulted in the proposal on November 6, 2024 provided to Grupo Lauman by Fox with respect to the Acquisition (the "Current Proposal"), which Current Proposal is and was, and is and was intended to be, an amendment to the Offer Letter and subject to the then-effective terms and conditions of the Offer Letter.

Fox has expended a significant amount of time and resources pursuing the Acquisition, notwithstanding the fact that the Offer Letter was non-binding and did not include all of the terms and conditions applicable to the Acquisition and that the Exclusivity Period expired without extension on or about July 19, 2024. Fox is no longer willing to devote such continued time and resources to the Acquisition. Therefore, if Grupo Lauman does not accept the Current Proposal (failure of Grupo Lauman to respond in writing will be considered a rejection) by 12:00 p.m. (noon) Pacific time on Monday, November 11, 2024 (the "Determination Time"), then Fox hereby gives notice to Grupo Lauman that:

1. at the Determination Time, the Offer Letter, the Current Proposal and all other offers, proposals, bids and similar arrangements and understandings with respect to the Acquisition and the Definitive Agreements that are (i) from Fox shall, without any further action or notice, be automatically and irrevocably withdrawn, rescinded, terminated, null and void and be of no further force or effect, and (ii) from Grupo Lauman shall, without any further action or notice, be automatically and irrevocably declined, refused, rejected, null and void and be of no further force or effect; provided that, notwithstanding the foregoing, Sections 10, 11, 12 and 15 of the Offer Letter and the last sentence of Section 14 of the Offer Letter shall survive; and

2. Fox will cease all, and no longer pursue any, discussions and negotiations with respect to the Acquisition or the Definitive Agreements.

PENGAD 800-631-6989
EXHIBIT
2

PLAINTIFFS
4:25-cv-4650
EXHIBIT 44

This letter also notifies Grupo Lauman that:

1. as you should be aware, each of (i) the Trademark License Agreement, dated March 15, 2023 (the "Trademark License"), by and between Fox Media LLC and Media Deportes Mexico S. de R.L. de C.V., and (ii) the RDUE License Agreement, dated April 26, 2023 (the "RDUE License" and, together with the Trademark License, the "License Agreements"), by and between Fox Media LLC and Media Deportes Mexico S. de R.L. de C.V. shall expire on their respective terms on November 10, 2024. Fox does not and, if the Current Proposal is not accepted prior to the Determination Time, will not (except as set forth in paragraph 2 below), agree, in accordance with Article III of the Trademark License, Article III of the RDUE License or otherwise, to extend the term of either of the License Agreements. Based on Grupo Lauman's mismanagement of Media Deportes Mexico and Mexico Sports Distribution, including significant past due rights fees to multiple rights holders that Fox has active and longstanding relationships with, Fox believes that Grupo Lauman has caused reputational and commercial damage to Fox's Trademarks that cannot be allowed to continue;

2. no later than 30 days following the Determination Time, Grupo Lauman shall cease and desist any use, exploitation or other utilization of the Trademarks (as defined in the Trademark License), including any associated website domains, and transfer such website domains to Fox. Any further use, exploitation or other utilization by Grupo Lauman of the Fox Media LLC trademarks (including the Trademarks) after expiration of the Trademark License, including through or in connection with any domains, is unauthorized and therefore infringing, entitling Fox to damages, injunctive relief, attorney's fees and costs;

3. payment is currently and shall be due to Fox, and, unless terms are extended by Fox (in its sole discretion) in connection with a response from Group Lauman to this letter that is satisfactory to Fox, demand for payment to Fox at the Determination Time is hereby made, pursuant to that certain (i) Rights License and Production Agreement, dated July 1, 2024, by and between Mexico Sports Distribution LLC and Fox Cable, the subject of which is, among other things, any and all matches occurring during the 2024/2025 Liga MX Femenil Regular Season in which the Pachuca Women's football club is deemed the "home" team/side, (ii) Rights License and Production Agreement, dated July 1, 2024, by and between Mexico Sports Distribution LLC and Fox Cable, the subject of which is, among other things, any and all matches occurring during the 2024/2025 Liga MX Femenil Regular Season in which the Leon Women's football club is deemed the "home" team/side, (iii) Rights License and Production Agreement, dated July 1, 2024, by and between Mexico Sports Distribution LLC and Fox Cable, the subject of which is, among other things, any and all matches occurring during the 2024/2025 Liga MX Regular Season in which the Pachuca FC Men's football club is deemed the "home" team/side; and (iv) Rights License and Production Agreement, dated July 1, 2024, by and between Mexico Sports Distribution LLC and Fox Cable, the subject of which is, among other things, any and all matches occurring during the 2024/2025 Liga MX Regular Season in which the Leon FC Men's football club is deemed the "home" team/side (collectively, the Rights License and Production Agreements referenced in subclauses (i) through (iv), the "Rights Agreements"); provided that such demand is made subject to Fox providing Grupo Lauman with any documentation or information that may be required by law in order for Grupo Lauman to legally make such payments. An invoice with respect to such payments is attached hereto as Attachment A; and

4. if the Current Proposal is not accepted prior to the Determination Time, pursuant to an in accordance with each of the Rights Agreements, Fox Cable hereby elects to terminate each of the Rights Agreements as of November 12, 2024; provide that this letter will not operate as a waiver of any applicable provision of any of the Rights Agreements.

Notwithstanding the foregoing, Fox reserves all rights and remedies available to it, whether at law or in equity.

**FOX CABLE NETWORK SERVICES, LLC**

By: ______________________________

Name: Justin Lancer

Title: EVP, Corporate Development

Attachment

**<u>Attachment A</u>**

**Invoice**

**See attached.**