**Registro Público de Comercio**

CIUDAD DE MÉXICO
CAPITAL DE LA TRANSFORMACIÓN

Ciudad de México

Asamblea (FME: N-2019083094) 20220006204100K9

Número Único de Documento

# M2 - Asamblea

**Folio mercantil electrónico:** N-2019083094

**Por instrumento No.** 36698 **Libro:** 1322

**De fecha:** 23/11/2022

**Formalizado ante:** Notario Público

**Nombre:** Antonio López Aguirre **No.** 250

**Estado:** Ciudad de México **Municipio:** Miguel Hidalgo

**Consta que a solicitud de:** GABRIELA MONTAÑO ZUÑIGA

**Como representantes(s) y/o delegado(s) de la asamblea de socios de la sociedad denominada:** MEDIA DEPORTES MEXICO, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE

**Se formalizó el acta de asamblea:**

[X] **General** [ ] **Especial**

**En caso de asamblea general**

[X] **Ordinaria** [ ] **Extraordinaria**

**De fecha:** 10/11/2021

**Y se tomaron los siguientes acuerdos**

| Revocación y/o renuncia de funcionarios y/o apoderados | | | | |
|---|---|---|---|---|
| **Nombre** | **Primer apellido** | **Segundo apellido** | **RFC/CURP** | **Cargo** |
| ROSALILIA | OSORNIO | ROJAS | | MIEMBRO |
| Facultades que conserva | | | | |
| NINGUNA | | | | |
| JUAN | BAUTISTA | VERGES | | MIEMBRO |
| Facultades que conserva | | | | |
| NINGUNA | | | | |

PLAINTIFFS
4:25-cv-4650
EXHIBIT 45

# Registro Público de Comercio

CIUDAD DE MÉXICO
CAPITAL DE LA TRANSFORMACIÓN

Ciudad de México

Asamblea (FME: N-2019083094) 20220006204100K9

Número Único de Documento

**Nombramiento de funcionarios y/o apoderados y sus respectivas facultades**

| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo |
|---|---|---|---|---|
| MANUEL | ARROYO | RODRIGUEZ | | PRESIDENTE |

**Facultades**

tendrá todos los poderes y facultades comprendidas en los poderes generales para pleitos y cobranzas, para administrar bienes y para ejercer actos de dominio, con todas las facultades generales y las especiales que requieren cláusula especial conforme a la ley, en los términos del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y de las disposiciones correlativas de los Códigos Civiles de las distintas entidades federativas de México y del Distrito Federal; por tanto, representará a la Sociedad ante toda clase de autoridades administrativas y judiciales, federales, estatales o municipales, ante las Juntas de Conciliación y Arbitraje y demás autoridades de trabajo. Los poderes antes mencionados incluyen enunciativa y no limitativamente facultades para: a).- Interponer toda clase de juicios y recursos, aún amparo, para transigir, comprometer en árbitros, articular y absolver posiciones, hacer cesión de bienes, recusar y recibir pagos, para discutir, para negociar, celebrar y revisar contratos colectivos o individuales de trabajo; b).- Realizar todas las operaciones y celebrar, modificar y rescindir contratos celebrados por la Sociedad; c).- Abrir, manejar y cancelar cuentas bancarias, así como para designar a los signatarios que girarán dichas cuentas; d).- Constituir y retirar toda clase de depósitos; e).- Nombrar y remover a gerentes, subgerentes, agentes y empleados de la Sociedad y determinar, limitar o revocar sus facultades, obligaciones y remuneraciones; f).- Otorgar, delegar y revocar poderes generales y especiales; g).- Establecer y clausurar sucursales, agencias y dependencias; h).- Ejecutar los acuerdos tomados por la Asamblea de Socios; i).- Representar a la Sociedad en caso de que tenga un interés o participación en otras sociedades o entidades, así como para comprar o suscribir acciones o partes sociales de las mismas, en el momento de su constitución o en cualquier tiempo ulterior; y j).- Presentar y desistirse de todo tipo de quejas y denuncias de carácter penal, para otorgar perdón y constituirse como colaborador del Ministerio Público.- El Gerente Unico o el Consejo de Gerentes, en su caso, tendrá además en los términos del Artículo 9 (nueve) de la Ley General de Títulos y Operaciones de Crédito, poder general para girar, aceptar y endosar títulos de crédito, así como para protestarlos.

| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo |
|---|---|---|---|---|
| ROMAN ISRAEL | GOMEZ | CASTRUITA | | SECRETARIO |

**Facultades**

tendrá todos los poderes y facultades comprendidas en los poderes generales para pleitos y cobranzas, para administrar bienes y para ejercer actos de dominio, con todas las facultades generales y las especiales que requieren cláusula especial conforme a la ley, en los términos del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y de las disposiciones correlativas de los Códigos Civiles de las distintas entidades federativas de México y del Distrito Federal; por tanto, representará a la Sociedad ante toda clase de autoridades administrativas y judiciales, federales, estatales o municipales, ante las Juntas de Conciliación y Arbitraje y demás autoridades de trabajo. Los poderes antes mencionados incluyen enunciativa y no limitativamente facultades para: a).- Interponer toda clase de juicios y recursos, aún amparo, para transigir, comprometer en árbitros, articular y absolver posiciones, hacer cesión de bienes, recusar y recibir pagos, para discutir, para negociar, celebrar y revisar contratos colectivos o individuales de trabajo; b).- Realizar todas las operaciones y celebrar, modificar y rescindir contratos celebrados por la Sociedad; c).- Abrir, manejar y cancelar cuentas bancarias, así como para designar a los signatarios que girarán dichas cuentas; d).- Constituir y retirar toda clase de depósitos; e).- Nombrar y remover a gerentes, subgerentes, agentes y empleados de la Sociedad y determinar, limitar o revocar sus facultades, obligaciones y remuneraciones; f).- Otorgar, delegar y revocar poderes generales y especiales; g).- Establecer y clausurar sucursales, agencias y dependencias; h).- Ejecutar los acuerdos tomados por la Asamblea de Socios; i).- Representar a la Sociedad en caso de que tenga un interés o participación en otras sociedades o entidades, así como para comprar o suscribir acciones o partes sociales de las mismas, en el momento de su constitución o en cualquier tiempo ulterior; y j).- Presentar y desistirse de todo tipo de quejas y denuncias de carácter penal, para otorgar perdón y constituirse como colaborador del Ministerio Público.- El Gerente Unico o el Consejo de Gerentes, en su caso, tendrá además en los términos del Artículo 9 (nueve) de la Ley General de Títulos y Operaciones de Crédito, poder general para girar, aceptar y endosar títulos de crédito, así como para protestarlos.

| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo |
|---|---|---|---|---|
| CARLOS | MARTINEZ | SANCHEZ | | MIEMBRO |

**Facultades**

tendrá todos los poderes y facultades comprendidas en los poderes generales para pleitos y cobranzas, para administrar bienes y para ejercer actos de dominio, con todas las facultades generales y las especiales que requieren cláusula especial conforme a la ley, en los términos del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y de las disposiciones correlativas de los Códigos Civiles de las distintas entidades federativas de México y del Distrito Federal; por tanto, representará a la Sociedad ante toda clase de autoridades administrativas y judiciales, federales, estatales o municipales, ante las Juntas de Conciliación y Arbitraje y demás autoridades de trabajo. Los poderes antes mencionados incluyen enunciativa y no limitativamente facultades para: a).- Interponer toda clase de juicios y recursos, aún amparo, para transigir, comprometer en árbitros, articular y absolver posiciones, hacer cesión de bienes, recusar y recibir pagos, para discutir, para negociar, celebrar y revisar contratos colectivos o individuales de trabajo; b).- Realizar todas las operaciones y celebrar, modificar y rescindir contratos celebrados por la Sociedad; c).- Abrir, manejar y cancelar cuentas bancarias, así como para designar a los signatarios que girarán dichas cuentas; d).- Constituir y retirar toda clase de depósitos; e).- Nombrar y remover a gerentes, subgerentes, agentes y empleados de la Sociedad y determinar, limitar o revocar sus facultades, obligaciones y remuneraciones; f).- Otorgar, delegar y revocar poderes generales y especiales; g).- Establecer y clausurar sucursales, agencias y dependencias; h).- Ejecutar los acuerdos tomados por la Asamblea de Socios; i).- Representar a la Sociedad en caso de que tenga un interés o participación en otras sociedades o entidades, así como para comprar o suscribir acciones o partes sociales de las mismas, en el momento de su constitución o en cualquier tiempo ulterior; y j).- Presentar y desistirse de todo tipo de quejas y denuncias de carácter penal, para otorgar perdón y constituirse como colaborador del Ministerio Público.- El Gerente Unico o el Consejo de Gerentes, en su caso, tendrá además en los términos del Artículo 9 (nueve) de la Ley General de Títulos y Operaciones de Crédito, poder general para girar, aceptar y endosar títulos de crédito, así como para protestarlos.

# Registro Público de Comercio

CIUDAD DE MÉXICO
CAPITAL DE LA TRANSFORMACIÓN

Ciudad de México

Asamblea (FME: N-2019083094) 20220006204100K9

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | |
|---|---|---|---|---|
| **Nombre** | **Primer apellido** | **Segundo apellido** | **RFC/CURP** | **Cargo** |
| JOSE ENRIQUE | URUÑUELA | LOPEZ | | APODERADO |

**Facultades**

1. Poder general con facultades para actos de administración. Facultades para administrar los negocios y bienes de la Sociedad, con poder general para administrar bienes en los términos del segundo párrafo del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus correlativos del Código Civil de cada uno de los Estados de los Estados Unidos Mexicanos, así como el 19 (diecinueve) de la Ley Federal del Procedimiento Administrativo. Las facultades de administración comprenden aquellas facultades especiales para agotar todos los trámites ante personas físicas o morales y autoridades federales, estatales, municipales, del gobierno de Ciudad de México u organismos descentralizados o desconcentrados del gobierno federal o de cualquier gobierno estatal o municipal, incluyendo de forma enunciativa y no limitativa: todos los trámites frente a la Secretaría de Hacienda y Crédito Público, el Servicio de Administración Tributaria y todas sus dependencias, para obtener el Registro Federal de Contribuyentes, para la obtención y realizar cualquier trámite en general sobre la Firma Electrónica Avanzada, presentar declaraciones, pagar contribuciones, y realizar cualquier trámite en materia de Comercio Exterior, Aduanas, señalando en forma enunciativa más no limitativa, la Administración General de Aduanas y cualquier Aduana autorizada por el Servicio de Administración Tributaria en el territorio nacional, confiriéndole amplias facultades administrativas a fin de que se encargue de realizar el despacho aduanero de mercancías y en general, lleve a cabo las distintas operaciones contempladas por la Ley Aduanera, su Reglamento y disposiciones oficiales de carácter aduanal y de comercio exterior, incluyendo el trámite de las importaciones y exportaciones, previa autorización de la autoridad competente si así lo requiere, quedando inclusive facultado para suscribir manifestaciones en declaración de valor en aduanas de las mercancías importadas y firmar los pedimentos, facturas y cuanta documentación se requiera para los trámites antes indicados, así como para llevar a cabo los procedimientos o trámites administrativos y firmar todo tipo de documentos de naturaleza aduanera. Asimismo, quedará facultado para representar a la Sociedad ante la Secretaría de Economía, sus delegaciones, subdelegaciones, subsecretarías, así como la Dirección General de Comercio Exterior de dicha Secretaría, facultándolo para comparecer, actuar, firmar y realizar toda clase de trámites, gestiones y procedimientos administrativos; o trámites respecto a regímenes especiales de importación y exportación de mercancías, trámites relacionados con la industria maquiladora, o programas "IMMEX", o cualquier otro programa presente o futuro aplicable; trámites ante Instituto Mexicano del Seguro Social y el Instituto de Fomento Nacional a la Vivienda de los Trabajadores (así); trámites ante la Secretaría de Economía y la Dirección General de Inversiones Extranjeras en su caso; trámites ante la Comisión Nacional Bancaria y de Valores; trámites ante el Instituto Nacional de Migración respecto a trámites migratorios de sus representantes (así) con cargos de confianza o empleados extranjeros; trámites ante la Comisión Nacional del Agua y ante todas las Comisiones Estatales del Agua en los estados (así); trámites en la Secretaría del Medio Ambiente y Recursos Naturales en materia ecológica, o de dicha índole ante todas las dependencias estatales o municipales, para realizar todos los registros, dar todos los avisos y obtener todos los permisos y autorizaciones que se requieran legalmente por la legislación aplicable. 2. Poder general con facultades para pleitos y cobranzas. En los términos del primer párrafo del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus correlativos del Código Civil de cada uno de los estados de los Estados Unidos Mexicanos, con todas las facultades generales y aún las que requieran cláusula especial conforme a la Ley, en los términos del artículo 2587 (dos mil quinientos ochenta y siete) del Código Civil Federal y los correlativos del Código Civil de cada uno de los estados de los Estados Unidos Mexicanos, que de manera enunciativa y más no limitativa, incluye las siguientes: a).- Desistirse, aún del juicio de amparo; b).- Transigir; c).- Comprometerse en árbitros; d).- Absolver y articular posiciones; e).- Hacer cesión de bienes; f).- Recusar y recibir pagos; g).- Adquirir en venta de autoridad, formulando las posturas y pujas que procedan, respecto de los bienes que sean materia del juicio; h).- Presentar denuncias y querellas penales; i).- Constituirse en coadyuvante del Ministerio Público; j).- Otorgar perdón del ofendido en los casos que proceda; ¬k).- Los demás actos que expresamente determine la ley, incluyendo el trámite de providencias precautorias y medidas cautelares; l).- Incluyendo conforme al artículo 2574 (dos mil quinientos setenta y cuatro) del Código Civil Federal y sus correlativos de los Códigos Civiles de cada uno de los estados de los Estados Unidos Mexicanos, la sustitución del mandato en los términos que más adelante se mencionan; m).- Conforme al artículo 2582 (dos mil quinientos ochenta y dos) del Código Civil Federal y sus correlativos de los Códigos Civiles de cada uno de los estados de los Estados Unidos Mexicanos, el órgano de administración tendrá acción para exigir el cumplimiento de las obligaciones a favor de la Sociedad; y por último, n).- Las facultades suficientes para asistir a las audiencias de conciliación previstas en los código adjetivos federales y sus correlativos en cada uno de los estados de los Estados Unidos Mexicanos. 3. Poder general con facultades de dominio. Facultades para representar a la Sociedad con poder general para ejercer actos de dominio, en los términos del tercer párrafo del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus correlativos de los Códigos Civiles de los demás estados de los Estados Unidos Mexicanos. Estas facultades de dominio deberán ejercerse de forma mancomunada entre José Enrique Uruñuela López y Shaní Mizrahi Villarruel. 4. Poder con facultades para el otorgamiento y suscripción de títulos de crédito. Facultades para obligar cambiariamente a la Sociedad y para girar, aceptar, suscribir, librar, avalar y endosar cualquier clase de títulos de crédito, conforme a lo dispuesto por los artículos 9 (nueve) y 85 (ochenta y cinco) de la Ley General de Títulos y Operaciones de Crédito.

# Registro Público de Comercio

Ciudad de México

Asamblea (FME: N-2019083094) 20220006204100K9

Número Único de Documento

**Nombramiento de funcionarios y/o apoderados y sus respectivas facultades**

| Nombre | Primer apellido | Segundo apellido | RFC/CURP | Cargo |
|---|---|---|---|---|
| SHANI | MIZRAHI | VILLARRUEL | | APODERADO |

**Facultades**

1. Poder general con facultades para actos de administración. Facultades para administrar los negocios y bienes de la Sociedad, con poder general para administrar bienes en los términos del segundo párrafo del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus correlativos del Código Civil de cada uno de los Estados de los Estados Unidos Mexicanos, así como el 19 (diecinueve) de la Ley Federal del Procedimiento Administrativo. Las facultades de administración comprenden aquellas facultades especiales para agotar todos los trámites ante personas físicas o morales y autoridades federales, estatales, municipales, del gobierno de Ciudad de México u organismos descentralizados o desconcentrados del gobierno federal o de cualquier gobierno estatal o municipal, incluyendo de forma enunciativa y no limitativa: todos los trámites frente a la Secretaría de Hacienda y Crédito Público, el Servicio de Administración Tributaria y todas sus dependencias, para obtener el Registro Federal de Contribuyentes, para la obtención y realizar cualquier trámite en general sobre la Firma Electrónica Avanzada, presentar declaraciones, pagar contribuciones, y realizar cualquier trámite en materia de Comercio Exterior, Aduanas, señalando en forma enunciativa más no limitativa, la Administración General de Aduanas y cualquier Aduana autorizada por el Servicio de Administración Tributaria en el territorio nacional, confiriéndole amplias facultades administrativas a fin de que se encargue de realizar el despacho aduanero de mercancías y en general, lleve a cabo las distintas operaciones contempladas por la Ley Aduanera, su Reglamento y disposiciones oficiales de carácter aduanal y de comercio exterior, incluyendo el trámite de las importaciones y exportaciones, previa autorización de la autoridad competente si así lo requiere, quedando inclusive facultado para suscribir manifestaciones en declaración de valor en aduanas de las mercancías importadas y firmar los pedimentos, facturas y cuanta documentación se requiera para los trámites antes indicados, así como para llevar a cabo los procedimientos o trámites administrativos y firmar todo tipo de documentos de naturaleza aduanera. Asimismo, quedará facultado para representar a la Sociedad ante la Secretaría de Economía, sus delegaciones, subdelegaciones, subsecretarías, así como la Dirección General de Comercio Exterior de dicha Secretaría, facultándolo para comparecer, actuar, firmar y realizar toda clase de trámites, gestiones y procedimientos administrativos; o trámites respecto a regímenes especiales de importación y exportación de mercancías, trámites relacionados con la industria maquiladora, o programas “IMMEX”, o cualquier otro programa presente o futuro aplicable; trámites ante Instituto Mexicano del Seguro Social y el Instituto de Fomento Nacional a la Vivienda de los Trabajadores (así); trámites ante la Secretaría de Economía y la Dirección General de Inversiones Extranjeras en su caso; trámites ante la Comisión Nacional Bancaria y de Valores; trámites ante el Instituto Nacional de Migración respecto a trámites migratorios de sus representantes (así) con cargos de confianza o empleados extranjeros; trámites ante la Comisión Nacional del Agua y ante todas las Comisiones Estatales del Agua en los estados (así); trámites en la Secretaría del Medio Ambiente y Recursos Naturales en materia ecológica, o de dicha índole ante todas las dependencias estatales o municipales, para realizar todos los registros, dar todos los avisos y obtener todos los permisos y autorizaciones que se requieran legalmente por la legislación aplicable. 2. Poder general con facultades para pleitos y cobranzas. En los términos del primer párrafo del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus correlativos del Código Civil de cada uno de los estados de los Estados Unidos Mexicanos, con todas las facultades generales y aún las que requieran cláusula especial conforme a la Ley, en los términos del artículo 2587 (dos mil quinientos ochenta y siete) del Código Civil Federal y los correlativos del Código Civil de cada uno de los estados de los Estados Unidos Mexicanos, que de manera enunciativa y más no limitativa, incluye las siguientes: a).- Desistirse, aún del juicio de amparo; b).- Transigir; c).- Comprometerse en árbitros; d).- Absolver y articular posiciones; e).- Hacer cesión de bienes; f).- Recusar y recibir pagos; g).- Adquirir en venta de autoridad, formulando las posturas y pujas que procedan, respecto de los bienes que sean materia del juicio; h).- Presentar denuncias y querellas penales; i).- Constituirse en coadyuvante del Ministerio Público; j).- Otorgar perdón del ofendido en los casos que proceda; ¬k).- Los demás actos que expresamente determine la ley, incluyendo el trámite de providencias precautorias y medidas cautelares; l).- Incluyendo conforme al artículo 2574 (dos mil quinientos setenta y cuatro) del Código Civil Federal y sus correlativos de los Códigos Civiles de cada uno de los estados de los Estados Unidos Mexicanos, la sustitución del mandato en los términos que más adelante se mencionan; m).- Conforme al artículo 2582 (dos mil quinientos ochenta y dos) del Código Civil Federal y sus correlativos de los Códigos Civiles de cada uno de los estados de los Estados Unidos Mexicanos, el órgano de administración tendrá acción para exigir el cumplimiento de las obligaciones a favor de la Sociedad; y por último, n).- Las facultades suficientes para asistir a las audiencias de conciliación previstas en los código adjetivos federales y sus correlativos en cada uno de los estados de los Estados Unidos Mexicanos. 3. Poder general con facultades de dominio. Facultades para representar a la Sociedad con poder general para ejercer actos de dominio, en los términos del tercer párrafo del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus correlativos de los Códigos Civiles de los demás estados de los Estados Unidos Mexicanos. Estas facultades de dominio deberán ejercerse de forma mancomunada entre José Enrique Uruñuela López y Shaní Mizrahi Villarruel. 4. Poder con facultades para el otorgamiento y suscripción de títulos de crédito. Facultades para obligar cambiariamente a la Sociedad y para girar, aceptar, suscribir, librar, avalar y endosar cualquier clase de títulos de crédito, conforme a lo dispuesto por los artículos 9 (nueve) y 85 (ochenta y cinco) de la Ley General de Títulos y Operaciones de Crédito.

# Registro Público de Comercio

Ciudad de México

Asamblea (FME: N-2019083094) 20220006204100K9

Número Único de Documento

| Nombramiento de funcionarios y/o apoderados y sus respectivas facultades | | | | |
|---|---|---|---|---|
| **Nombre** | **Primer apellido** | **Segundo apellido** | **RFC/CURP** | **Cargo** |
| ALEJANDRO | SANTOS | SANCHEZ | | APODERADO |

**Facultades**

1. Poder general con facultades para actos de administración. Facultades para administrar los negocios y bienes de la Sociedad, con poder general para administrar bienes en los términos del segundo párrafo del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus correlativos del Código Civil de cada uno de los Estados de los Estados Unidos Mexicanos, así como el 19 (diecinueve) de la Ley Federal del Procedimiento Administrativo. Las facultades de administración comprenden aquellas facultades especiales para agotar todos los trámites ante personas físicas o morales y autoridades federales, estatales, municipales, del gobierno de Ciudad de México u organismos descentralizados o desconcentrados del gobierno federal o de cualquier gobierno estatal o municipal, incluyendo de forma enunciativa y no limitativa: todos los trámites frente a la Secretaría de Hacienda y Crédito Público, el Servicio de Administración Tributaria y todas sus dependencias, para obtener el Registro Federal de Contribuyentes, para la obtención y realizar cualquier trámite en general sobre la Firma Electrónica Avanzada, presentar declaraciones, pagar contribuciones, y realizar cualquier trámite en materia de Comercio Exterior, Aduanas, señalando en forma enunciativa más no limitativa (así), la Administración General de Aduanas y cualquier Aduana autorizada por el Servicio de Administración Tributaria en el territorio nacional, confiriéndole amplias facultades administrativas a fin de que se encargue de realizar el despacho aduanero de mercancías y en general, lleve a cabo las distintas operaciones contempladas por la Ley Aduanera, su Reglamento y disposiciones oficiales de carácter aduanal y de comercio exterior, incluyendo el trámite de las importaciones y exportaciones, previa autorización de la autoridad competente si así lo requiere, quedando inclusive facultado para suscribir manifestaciones en declaración de valor en aduanas de las mercancías importadas y firmar los pedimentos, facturas y cuanta documentación se requiera para los trámites antes indicados, así como para llevar a cabo los procedimientos o trámites administrativos y firmar todo tipo de documentos de naturaleza aduanera. Asimismo, quedará facultado (así) para representar a la Sociedad ante la Secretaría de Economía, sus delegaciones, subdelegaciones, subsecretarías, así como la Dirección General de Comercio Exterior de dicha Secretaría, facultándolo para comparecer, actuar, firmar y realizar toda clase de trámites, gestiones y procedimientos administrativos; o trámites respecto a regímenes especiales de importación y exportación de mercancías, trámites relacionados con la industria maquiladora, o programas “IMMEX”, o cualquier otro programa presente o futuro aplicable; trámites ante Instituto Mexicano del Seguro Social y el Instituto de Fomento Nacional a la Vivienda de los Trabajadores (así); trámites ante la Secretaría de Economía y la Dirección General de Inversiones Extranjeras en su caso; trámites ante la Comisión Nacional Bancaria y de Valores; trámites ante el Instituto Nacional de Migración respecto a trámites migratorios de sus representantes (así) con cargos de confianza o empleados extranjeros; trámites ante la Comisión Nacional del Agua y ante todas las Comisiones Estatales del Agua en los estados; trámites en la Secretaría del Medio Ambiente y Recursos Naturales en materia ecológica, o de dicha índole ante todas las dependencias estatales o municipales, para realizar todos los registros, dar todos los avisos y obtener todos los permisos y autorizaciones que se requieran legalmente por la legislación aplicable. 2. Poder general con facultades para pleitos y cobranzas. En los términos del primer párrafo del artículo 2554 (dos mil quinientos cincuenta y cuatro) del Código Civil Federal y sus correlativos del Código Civil de cada uno de los estados de los Estados Unidos Mexicanos, con todas las facultades generales y aún las que requieran cláusula especial conforme a la Ley, en los términos del artículo 2587 (dos mil quinientos ochenta y siete) del Código Civil Federal y los correlativos del Código Civil de cada uno de los estados de los Estados Unidos Mexicanos, que de manera enunciativa y más no limitativa, incluye las siguientes: a).- Desistirse, aún del juicio de amparo; b).- Transigir; c).- Comprometerse en árbitros; d).- Absolver y articular posiciones; e).- Hacer cesión de bienes; f).- Recusar y recibir pagos; g).- Adquirir en venta de autoridad, formulando las posturas y pujas que procedan, respecto de los bienes que sean materia del juicio; h).- Presentar denuncias y querellas penales; i).- Constituirse en coadyuvante del Ministerio Público; j).- Otorgar perdón del ofendido en los casos que proceda; k).- Los demás actos que expresamente determine la ley, incluyendo el trámite de providencias precautorias y medidas cautelares; l).- Incluyendo conforme al artículo 2574 (dos mil quinientos setenta y cuatro) del Código Civil Federal y sus correlativos de los Códigos Civiles de cada uno de los estados de los Estados Unidos Mexicanos, la sustitución del mandato en los términos que más adelante se mencionan (así); m).- Conforme al artículo 2582 (dos mil quinientos ochenta y dos) del Código Civil Federal y sus correlativos de los Códigos Civiles de cada uno de los estados de los Estados Unidos Mexicanos, el órgano de administración tendrá acción para exigir el cumplimiento de las obligaciones a favor de la Sociedad; y por último, n).- Las facultades suficientes para asistir a las audiencias de conciliación previstas en los código (así) adjetivos federales y sus correlativos en cada uno de los estados de los Estados Unidos Mexicanos. 3. Poder con facultades para el otorgamiento y suscripción de títulos de crédito. Facultades para obligar cambiariamente a la Sociedad y para girar, aceptar, suscribir, librar, avalar y endosar cualquier clase de títulos de crédito, conforme a lo dispuesto por los artículos 9 (nueve) y 85 (ochenta y cinco) de la Ley General de Títulos y Operaciones de Crédito.

**Anotar el resumen de acuerdo(s)objeto de la inscripción y que fueron señalados anteriormente**

SEGUNDA.- EN CONSECUENCIA, la licenciada Gabriela Montaño Zúñiga, FORMALIZA: A) La ADMISION como NUEVOS SOCIOS de las sociedades “ALTENER”, SOCIEDAD ANONIMA DE CAPITAL VARIABLE y “GRUPO LAUMAN HOLDING”, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE. B) La RENUNCIA de los señores Rosalilia Osornio Rojas y Juan Bautista Verges, como MIEMBROS del CONSEJO DE GERENTES. C) El NOMBRAMIENTO del CONSEJO DE GERENTES para quedar conformado por las siguientes personas y con los cargos señalados: Manuel Arroyo Rodríguez Presidente Román Israel Gómez Castruita Secretario Carlos Martínez Sánchez Miembro D) La REVOCACION de todos los PODERES otorgados por la sociedad y en especial de los conferidos mediante los instrumentos relacionados en el documento que se protocoliza. E) La RATIFICACION del poder especial otorgado a los señores Ruth Yolanda González Escobedo y Carlos Hernández Silva, conferido mediante el instrumento relacionado en el documento que se protocoliza. F) El OTORGAMIENTO de PODERES en favor de los señores José Enrique Uruñuela López, Shaní Mizrahi Villarruel, Gabriela Montaño Zúñiga, Alejandro Santos Sánchez, Román Israel Gómez Castruita, Miguel Angel Mata Castro, Lina Anahí Serrano Morales, Luis Javier Aguilar González y a la sociedad denominada “México Sports Distribution LLC”, para que los ejerciten en los términos y con el cúmulo de facultades que han quedado establecidos en el documento protocolizado; y G).- Todos los demás acuerdos adoptados en el acta que por este instrumento se protocoliza.