UNIVERSE
TECHNICAL TRANSLATION

9225 Katy Freeway, Suite 400
Houston, Texas 77024 U.S.A.

Tel: 713.827.8800
Fax: 713.464.5511

Email: universe@universe.us
www.universetranslation.com

# CERTIFICATION AND NOTARIZATION

City of Houston, State of Texas, County of Harris

I, Soad Sefriou, hereby certify that the following documents are, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

- FOX 00076-000176
- FOX 000230-000244 - 162-176
- FOX 000377-000398 - 309-330
- FOX 000406-000454 - 338-386
- FOX 000509-000519 - 441-551

Soad Sefriou

Sworn to before me on this 11th day of February 2026

State of Texas
County of Harris

THE UNDERSIGNED NOTARY PUBLIC in and for the State of Texas, hereby attests that the above Soad Sefriou did personally appear before her on the 11th day of February 2026 and, having been duly sworn, did execute this document, in witness thereof I hereby affix my signature.

Nicole Krasnov

NICOLE KRASNOV
Notary Public, State of Texas
Comm. Expires 08-10-2026
Notary ID 133901562
NOTARY PUBLIC · STATE OF TEXAS

PLAINTIFFS
4:25-cv-4650
EXHIBIT 49

Gmail Rebeca Valdez de Chow <rrchow1000@gmail.com>

## Virtual Notary

**Rebeca Valdez** <rrchow1000@gmail.com> Fri, Aug 29, 2025 at 1:49 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Doris Mendez <doris@gutierrezlaw.group>, Nayeli Valles <nayeli@gutierrezlaw.group>

Nicolle:
Good afternoon. Mr. Arroyo is available this afternoon, and it is urgent that we get this done today. We are prepared to cover any additional costs for same-day service. Given his limited availability, your support is greatly appreciated. If today is unavailable, please provide the next earliest date. We are aiming for today or tomorrow. Thank you

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

Gmail

Rebeca Valdez de Chow <rrchow1000@gmail.com>

**Call**

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Fri, Aug 29, 2025 at 3:23 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

Mrs. Rebeca,

Yes, we were able to make an appointment with the notary today.

I remind you that Mr. Arroyo must log on at least 25 minutes early to complete the identity verification process.

This verification is mandatory and must be carried out before the meeting begins so that the notary can proceed with the project.

I also confirm that the meeting is scheduled for today, August 29th at 4:00 pm, Dallas time.

You can join via the following link:

International Notarization (Manuel Arroyo)

I am available for any questions or comments.

Regards,

image.png



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

**[Quoted text hidden]**

Gmail **Rebeca Valdez de Chow <rrchow1000@gmail.com>**

---

**Appointment**

**Rebeca Valdez** <rrchow1000@gmail.com> Fri, Aug 29, 2025 at 3:24 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Any updates, Nicolle?

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

GUTIERREZ LAW

SEP 2025

Gmail **Rebeca Valdez de Chow <rrchow1000@gmail.com>**

**Virtual appointment**

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 9:54 AM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>, Nicolle Sabbagh <nicolle@gutierrezlaw.group>

Good morning, do you think we could schedule the call for today with Mr. Arroyo please?
Thank you so much,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

Gmail — Rebeca Valdez de Chow <rrchow1000@gmail.com>

**Virtual notary call**
17 messages

---

**Rebeca Valdez** <rrchow1000@gmail.com> — Mon, Sep 1, 2025 at 11:44 AM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Nayelli:
Good morning, I hope you are doing well.
Just following up on the call,
I'll be waiting.
Thank you so much,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> — Tue, Sep 2, 2025 at 10:19 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group>

Good morning Mrs. Rebeca,

I hope you are doing well.

Due to the urgency, it is best to first change the name to Mr. Arroyo's daughters; later we can proceed with the change to each of their LLCs, as soon as we receive the quote and the corresponding documents are prepared.

The lawyer believes it will be easier to coordinate directly with the daughters.

I'll await your reply.

Kind regards,




**Nicolle Sabbagh**
EXECUTIVE ASSISTANT
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers


[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> — Tue, Sep 2, 2025 at 10:35 AM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Nicolle:
Nayelli told me on Friday that no, the quickest and easiest thing would be to move it directly to the LLCs, so why the change now? She already has all the information about the companies.
Weren't the warranty deeds already in the daughter's and his sister's names? He told me they were already making the change.
We need it done as soon as possible, but please clarify what will be done today? Quote for what? Everything had already been paid for,
Could you please clarify?
Thank you so much,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 9:19 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 10:39 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Miss Mariajose is his daughter, Mrs. Laura Paola is his sister.
But the deed is in Mr. [Name]'s name only for both properties, so only he can sign the change, as I understand it, correct?
That's what the virtual notary is for.

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 9:35 AM, Rebeca Valdez <rrchow1000@gmail.com> wrote:

Nicolle:

[Quoted text hidden]

**Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group> Tue, Sep 2, 2025 at 10:48 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Hi Rebeca,

Today the transfer will be made only in the name of the daughter and the sister. The transfer of the properties to the daughters' names and then to the LLCs was not planned until we spoke last week.

Since it will be necessary to draft new documents in the name of the daughter and sister in order to later transfer them to the LLCs, the lawyer will confirm the cost of this procedure. She believes that if the accountant suggested doing it this way, it is probably because of the tax implications he is aware of, which lead him to think this option is the most convenient.

Should you wish to confirm with the accountant whether it is possible to transfer them directly to the LLCs, we can proceed in that manner. The lawyer will comply with what the accountant determines is feasible.

As I mentioned to you on Friday, I already shared the information with the lawyer and this is what she confirmed to us.




**Nayeli Valles**
DIRECTOR OF OPERATIONS

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers


**[Quoted text hidden]**

---

**Rebeca Valdez** <rrchow1000@gmail.com> **Tue, Sep 2, 2025 at 11:46 AM**
**To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>**
**Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>**

But what is her recommendation?
And what would be the fastest way?

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 9:48 AM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

[Quoted text hidden]

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 12:23 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Mrs. Rebeca,

The recommendation is to follow what the accountant indicated, that is: First transfer the properties to the daughter and sister, and then transfer them to the LLCs.

This is also the fastest option, because the transfer to the daughters will be made today; the documents for the LLCs are prepared later.

If you wish to confirm with the accountant whether it is possible to transfer them directly to the LLCs, we can proceed in that way.

Let me know if you have any further questions.

Kind regards,




**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers


**[Quoted text hidden]**

---

**Rebeca Valdez** <rrchow1000@gmail.com> **Tue, Sep 2, 2025 at 12:38 PM**
**To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>**
**Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>**

I understand. What time are you available for the virtual notary so I can coordinate with him right now?
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 11:23 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 12:53PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

There is availability at 3:30 pm or 4:00 pm, Dallas time.

I await your confirmation to schedule an appointment with the notary.

Kind regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

**[Quoted text hidden]**

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 1:14 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Thanks, give me a moment while he responds, please. Thank you very much.

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 11:53 AM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 2:11 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

How long would the call take in total? And he has to be visible on video, right? I'll let him know where to get it from., and only one photo ID is needed, right?
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 12:14 PM, Rebeca Valdez <rrchow1000@gmail.com> wrote:

Thanks, give me a moment while he responds, please. Thank you very much.

[Quoted text hidden]

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group>
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

The call with the notary usually takes around 10 to 15 minutes, plus the time needed to verify his identity.

Yes, it must be on video and Mr. Arroyo will need to have two official IDs on hand: the passport and another with a photograph

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 3:17 PM

To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

He's going to be a little busy, but he says he'll come out to take it. All he needs is his driver's license and a copy of his passport, not the physical passport. If that doesn't work for you, then he's available tomorrow at 1 PM Mexico time.

What do you suggest?

Thank you,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 1:24 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

---

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 3:23 PM

To: Rebeca Valdez <rrchow1000@gmail.com>

Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Mrs. Rebeca,

Mr. Arroyo should join the call with whatever documentation he has available; if the notary requires another physical identification, we will gladly reschedule.

I will await your reply.

Kind regards.



Nicolle Sabbagh
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

**[Quoted text hidden]**

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 3:29 PM
To: Nicolie Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Very good
Please send the link and let me know what time to join in.
Mexico time please
Thank you!!
Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 2:23 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 3:45 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

I've attached the link:
https://usvirtualnotary.com/meeting/?id=yf7dMFv4hRUmi8tn1jD3f

Mr. Arroyo must join the meeting at 3:10 pm, Mexico time (4:10 pm, Dallas time) to carry out the identification process.

Subsequently, at 3:30 pm, Mexico time (4:30 pm, Dallas time) there will be a meeting with the notary, which will have a maximum duration of 15 minutes, so it will conclude at 3:45 pm, Mexico time (4:45 pm, Dallas time).

I will await your reply.

Kind regards,
image.png




**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/

+1 (214) 444-9431

Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers


[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> — Tue, Sep 2, 2025 at 4:08 PM
To: Manuel Arroyo <marroyo@comtelsat.com.mx>

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

Begin forwarded message:

> **From:** Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group>
> **Date:** September 2, 2025 at 2:45:42 PM CST
> **To:** Rebeca Valdez <rrchow1000@gmail.com>
> **Cc:** Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>
> **Subject: Re: Virtual notary call**

[Quoted text hidden]

Gmail

Rebeca Valdez de Chow <rrchow1000@gmail.com>

---

**Link**

---

**Rebeca Valdez** <rrchow1000@gmail.com>
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Tue, Sep 2, 2025 at 4:10 PM

Please send it to his email address
I opened it and sent it via WhatsApp, but just in case

Marroyo@comtelsat.com.mx

Thank you

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

Gmail **Rebeca Valdez de Chow <rrchow1000@gmail.com>**

**Virtual meeting with notary**
13 messages

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 4:15 **PM**
To: Manuel Arroyo <Marroyo@comtelsat.com.mx>
Ce: Rebeca Valdez <rrchow1000@gmail.com>, Nayeli Valles <nayeli@gutierrezlaw.group>

Good day Mr. Arroyo,

I hope you are well.

As requested, I am attaching the link for today's meeting with the notary:
https://usvirtualnotary.com/meeting/?id=yf7dMFv4hRUmj8tn1jD3f

You must enter the meeting at 3:10 pm, Mexico time (4:10 pm, Dallas time) to carry out the identification process.

Subsequently, at 3:30 pm, Mexico time (4:30 pm, Dallas time) there will be a meeting with the notary, which will have a maximum duration of 15 minutes, so it will conclude at 3:45 pm, Mexico time (4:45 pm, Dallas time).

I'm available to answer any questions.

Kind regards,



**Nicolle Sabbagh**
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ LAW GROUP
Corporate Lawyers

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 4:21 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Manuel Arroyo <marroyo@comtelsat.com.mx>, Nayeli Valles <nayeli@gutierrezlaw.group>

Thank you very much, I'll log in now.

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 3:15PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 4:24 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Nayeli Valles <nayeli@gutierrezlaw.group>

It says I'm already logged in, but it's asking for a credit card. I am going to enter it, but is this correct?
It might be a mistake,
Thank you

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

> On Sep 2, 2025, at 3:21 PM, Rebeca Valdez <rrchow1000@gmail.com> wrote:
>
> Thank you very much, I'll log in now.

[Quoted text hidden]

**Nicolle - Gutierrez Law Group** <nicolle@gutierrezlaw.group> Tue, Sep 2, 2025 at 4:49 PM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

It's a normal charge in these cases, don't worry; it's the fee for rescheduling the appointment with the notary.

Let me know if you have any further questions.

Kind regards,



Nicolle Sabbagh
EXECUTIVE ASSISTANT

https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 6:37 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>
Cc: Nayeli Valles <nayeli@gutierrezlaw.group>

He told me that he did enter, that he was on video and that they sent him two documents that he already signed.
What's next then?
When are the properties officially registered in their names?
Thank you so much for all your support,

Rebeca Chow

Gmail

**Rebeca Valdez de Chow <rrchow1000@gmail.com>**

---

## (no subject)

---

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 4:25 PM
To: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>, Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Is this from you? This appears on the screen

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

24be40b1-aad6-4a58-b345-06a847795094.JPG

12:00 89

X 24be40b1-aad6-4a58-b3... •••

Home > Verify Identity

# Automated ID Verification

Manuel Arroyo - marroyo@comtelsat.com

## Acceptable forms of identification:

- *State-issued driver's license*
- *State-issued identification card*
- *U.S. military identification card*
- *Passport*
- *Government issued photo ID*
- *Resident alien identification card (green card)*

*This is not a comprehensive list. If you are unsure about your ID, send a message and we will let you know if it is acceptable. info@usvirtualnotary.com

*** Notaries reserve the right to deny service for any signer that does not meet ID verification requirements. ***

## Before getting started, please make sure of the following:

1. Signer has their physical identification available.

*(Pictures, copies, or other unoriginal identification is not accepted.)*

2. Signer is physically present.

*(Photos, pre recorded video, or secondary video conferences will not be accepted.)*

usvirtualnotary.com

Gmail

Rebeca Valdez de Chow <rrchow1000@gmail.com>

## Connected

**Rebeca Valdez** <rrchow1000@gmail.com> Tue, Sep 2, 2025 at 4:37 PM
To: Nicolle Sabbagh <nicolle@gutierrezlaw.group>, Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

But he sent me this photo looks like you guys have not entered the room yet.

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

2e33a33d-a73b-4dd4-99c0-ebdf3b9cc328.JPG

12:00 89

2e33a33d-a73b-4dd4-99...

the following:

1. Signer has their physical identification available.

*(Pictures, copies, or other unoriginal identification is not accepted.)*

2. Signer is physically present.

*(Photos, pre-recorded video, or secondary video conferences will not be accepted.)*

**Your meeting has not yet started.**

Feel free to wait here or check back later...

## How it Works




usvirtualnotary.com

Avila Realty LLC
Cell 832-967-8150

On Sep 2, 2025, at 3:49 PM, Nicolle - Gutierrez Law Group <nicolle@gutierrezlaw.group> wrote:

[Quoted text hidden]

**Nayeii - Gutierrez Law Group** <nayeli@gutierrezlaw.group> Wed, Sep 3, 2025 at 9:08 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Hi Rebeca,

Could you please send us the signed documents? As soon as we receive them, we will begin processing the paperwork with the city. This usually takes a few days, so by next week we should have the documents approved with the properties in the daughter's and sister's names.

I look forward to your comments.

Regards!



Nayeli Valles
DIRECTOR OF OPERATIONS
https://gutierrezlaw.group/
+1 (214) 444-9431
Dallas - Brownsville - Monterrey

GUTIERREZ
LAW GROUP
Corporate Lawyers

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Wed, Sep 3, 2025 at 9:18 AM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

Good morning, but didn't you receive a copy of what I signed?
I'm going to check with him
But I don't know if he closed the documents when he sent them signed. Does your system normally send a copy to the signer's email?
Can you confirm which one, please? Or where would the email come from so he could look for it?
Thank you,

Rebeca Chow
Avila Realty LLC
Cell 832-967-8150

On Sep 3, 2025, at 8:08 AM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

[Quoted text hidden]

**Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group> Wed, Sep 3, 2025 at 10:38 AM
To: Rebeca Valdez <rrchow1000@gmail.com>
Cc: Nicolle Gutierrez Law Group <nicolle@gutierrezlaw.group>

I checked and it went to my Spam folder. They have already been sent for processing.
I'll confirm as soon as I have more information.

Regards!

[Quoted text hidden]

**Rebeca Valdez** <rrchow1000@gmail.com> Wed, Sep 3, 2025 at 10:45 AM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Perfect, thanks Nayeli!
So, at this point there's nothing more for Mr. Arroyo to do, correct?
If the name transfer is finalized next week, when will the transfer to the companies begin, and how long will this process take? I'll let you know the cost as soon as I can so that you can cover it. Please keep me informed of the progress, and if there's a way to expedite both processes, we'll do it—both the name change next week and the move to LLCs. Just let me know if it's possible to expedite the process and I'll send the payment immediately.
Thank you so much,

Rebeca Valdez
Avila Realty LLC
Cell 832-967-8150

On Sep 3, 2025, at 9:38 AM, Nayeli - Gutierrez Law Group <nayeli@gutierrezlaw.group> wrote:

[Quoted text hidden]

**Nayeli - Gutierrez Law Group** <nayeli@gutierrezlaw.group>
To: Rebeca Valdez <rrchow1000@gmail.com> Wed, Sep 3, 2025 at 11:20 AM

For the moment there is nothing more to be done. As soon as I receive the documents from the city, I will share them with you. There is no expedited service with the state since the process does not usually take very long. Are the daughter and sister currently in the country or are they in Mexico?

[Quoted text hidden]

---

**Rebeca Valdez** <rrchow1000@gmail.com> Wed, Sep 3, 2025 at 12:09 PM
To: Nayeli Gutierrez Law Group <nayeli@gutierrezlaw.group>

Mexico,

Rebeca Chow
Avila Realty LLC