United States District Court
Southern District of Texas
ENTERED
August 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FOX CORPORATION, et al.,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-mc-02271** |
| | § | |
| **MANUEL ARROYO,** | § | |
| | § | |
| ***Defendant*.** | § | |

**CORRECTED ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION TO COMPEL**

The Court previously issued an Order granting Plaintiffs' Motion to Compel that contained clerical errors. The previous Order (ECF No. 47) is hereby **VACATED**. The corrected order is as follows:

Came for consideration Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports en Español LLC's (collectively, "Plaintiffs") Expedited Motion to Compel Production of Documents and Interrogatory Responses (ECF No. 14). The Court held a hearing in this matter on July 17, 2026. The Court, after considering the Motion, Defendant's Response, Plaintiffs' Reply and supplemental briefing, **GRANTED** the Motion. It is, therefore,

**ORDERED** that Defendant Manual Arroyo's objections to Plaintiffs' Requests for Production of Documents dated April 3, 2026, and Plaintiffs' Interrogatories dated April 3, 2026, are OVERRULED and WAIVED, including any objections based on the attorney-client privilege; it is further

**ORDERED** that Defendant provide a full and complete supplemental production of documents in his possession, custody, or control in response to Plaintiffs' Requests for

PLAINTIFFS
4:25-cv-4650
EXHIBIT 51

Production of Documents dated April 3, 2026 no later than fourteen (14) days from the date of this Order; it is further

**ORDERED** that Defendant provide full, complete, and accurate supplemental answers to Plaintiffs' interrogatories no later than fourteen (14) days from the date of this Order; it is further

**ORDERED** that that Plaintiffs are required to serve spoliation and diligent search discovery within seven (7) days of this Order to which Defendant is required to respond within fourteen (14) days of receiving those discovery requests; and it is further

**ORDERED** that the deadline to respond to Defendant's Rule 60 motion is stayed until Manuel Arroyo has complied with this Order and the Court's prior order regarding jurisdictional discovery (ECF No. 13).

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 3rd of August, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE