## Marcus Tucker

**From:** Steven R. Shaver <sshaver@rrspllc.com>
**Sent:** Wednesday, August 26, 2026 9:12 AM
**To:** Marcus Tucker
**Subject:** RE: Fox v. Rodriguez

Agreed,

RINEY | RONQUILLO | SOULE


Steven R. Shaver

**Direct Dial:** 214-789-8074
**Facsimile:** 214-461-1210
**Email:** sshaver@rrspllc.com
**Website:** www.rrspllc.com
Two Lincoln Centre
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240



This communication is not a "written opinion" within the meaning of the Treasury Circular 230.

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive client-attorney, work product or other privilege by the transmission of this message.


**From:** Marcus Tucker <Marcus.Tucker@phelps.com>
**Sent:** Wednesday, August 26, 2026 8:58 AM
**To:** Steven R. Shaver <sshaver@rrspllc.com>
**Subject:** Fox v. Rodriguez

*[EXTERNAL EMAIL] This email originated from an external sender. Please exercise caution and report any suspicious attachments, links, or requests for sensitive information.*

Steve,

PLAINTIFFS
4:25-cv-4650
EXHIBIT 55

As we discussed last week, I propose the following agreement per our discussion concerning the Gutierrez Law Firm records.

Plaintiffs and Defendant agree that the Gutierrez Law Firm records produced as PG0001 to PG0412 constitute business records under Federal Rule of Evidence 803(6), but the parties can make objections about the records admissibility on other grounds.

Please confirm you agree by return e-mail.

Thanks,

Marcus

**Marcus R. Tucker**
Partner
Phelps Dunbar LLP
1001 Fannin St. Suite 2200
Houston, TX 77002
Direct: 713-225-7279
Mobile: 713-397-5252
Fax: 713-626-1388
Email: marcus.tucker@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.