IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC,<br>Plaintiffs,<br><br>V.<br><br>LAURA PAOLA ARROYO RODRIGUEZ,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:25-CV-4650 |

**NOTICE OF INTENT TO TAKE DEPOSITION ON WRITTEN QUESTIONS**

Plaintiffs Fox Corporation, Fox Media LLC, and Fox Sports En Espanol LLC ("Plaintiffs") serve this Notice of Intent to Take Deposition on Written Questions pursuant to Rule 31(a)(1) of the Federal Rules of Civil Procedure.

**DIRECT QUESTIONS TO BE PROPOUNDED ON WITNESS**

| | |
|---|---|
| Witness: : | **Rosaura Rebecca Valdez Chow**<br>**22 Monet Bend Pl**<br>**Spring, Texas 77382** |
| Records Pertaining To: | **Transfer of Property Located at 3 Philbrook Way, Spring, Texas 77382 from Manuel Arroyo to Laura Paola Arroyo Rodriguez** |
| Types of Records: | **See Exhibit A** |

1. Please state your full name, business address, telephone number, and occupation. 832·967 8150

   ANSWER: Rosaura Rebeca Valdez
   282 Ed English Dr Shenandoah TX 77385 accountant

2. Did you receive a subpoena to appear and bring with you for inspection and photocopying all records described in the attached Subpoena?

   ANSWER: yes

3. Are you able to identify these records as the original or true and correct photostatic copies of the originals?



PLAINTIFFS
4:25-cv-4650
EXHIBIT 56

to and subscribed before me. The records attached hereto are exact duplicates of the original records.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this 29 day of January, 2026.

NOTARY PUBLIC
David Garza
Exp. 7/16/2029
ID No. 7443616
STATE OF TEXAS

Notary Public in and for the State of Texas

**CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of January 2026, a true and correct copy of the above and foregoing document was sent via E-Service pursuant to the Federal Rules of Civil Procedure, to the following attorney of record:

*/s/ Marcus R. Tucker*

ANSWER: Yes

4. Were these records made and kept in the regular course of your business? (Business means any kind of regularly organized activity, whether conducted for profit or not.)

ANSWER: yes

5. In the regular course of your business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information to make such records from sources who have such personal knowledge?

ANSWER: Yes

6. Are these records under your care, supervision, direction, custody or subject to your control?

ANSWER: Yes

7. Were these records made at or near the time of the act, event, opinion, condition or diagnosis recorded on these records or reasonably soon thereafter?

ANSWER: Yes

8. Were these records kept as described above?

ANSWER: Yes

9. Please hand all of such records as outlined in the subpoena duces tecum to the Officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the Officer will return the original of your records to you after they have been both inspected and copied). Have you complied? If not, why not?

ANSWER: Yes

[signature]
WITNESS CUSTODIAN OF RECORDS, SIGNATURE

Roxanna Ribera Valdez
PRINTED NAME

I, David A. Garza, a Notary Public in and for the State of Texas do hereby certify that the foregoing answers of the witness were made by the said witness and sworn