

PLAINTIFFS
4:25-cv-4650
EXHIBIT 58














COYOTE








































STEAM CLEANER










StairMaster




HAND SOAP





OCEANS


BRUSH YOUR TEETH
JESUS
little partners
JESUS






VIKING




VIKING











