**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FOX CORPORATION,<br>FOX MEDIA LLC, and<br>FOX SPORTS EN ESPAÑOL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LAURA PAOLA ARROYO<br>RODRIGUEZ,<br><br>Defendant. | (<br>(<br>(<br>(<br>(<br>(<br>(<br>(<br>(<br>(<br>(<br>( | **CIVIL ACTION NO. 4:25-cv-04650**<br><br>**JUDGE NICHOLAS J. GANJEI** |

**DEFENDANT'S NOTICE OF INTENT TO OFFER STATEMENTS UNDER FEDERAL RULE OF EVIDENCE 807**

Defendant Laura Paola Arroyo Rodriguez ("Rodriguez") gives notice under Federal Rule of Evidence 807(b) that she intends to offer the statements identified below at the bench trial set for October 27, 2026. Rodriguez contends that each statement is admissible without resort to Rule 807, because it is not hearsay (Fed. R. Evid. 801(a), (c)) or falls within an exception, including the exception for a declarant's then-existing state of mind, "such as motive, intent, or plan" (Fed. R. Evid. 803(3)). She gives this notice so that, if the Court concludes otherwise as to any statement, she may offer it under Rule 807. This notice does not concede that any statement is hearsay.

## I. STATEMENTS, DECLARANTS AND SUBSTANCE

**1. Manuel Arroyo's stated reason for the transfers (March 23, 2025).** *Declarants:* Manuel Arroyo, and Alines Ramirez of the Matos & Jawad accounting firm,

who transmitted "the response from the client" to the Gutierrez Law Group. *Substance:* In answer to the firm's intake questions, Mr. Arroyo stated that he "wants to pass it on to his daughter/family because of age and health," that 87 Lakeside Green would go to his daughter and 3 Philbrook Way to Rodriguez, and that both properties were fully paid. *Source:* Email of Mar. 23, 2025 (PG0019), Gutierrez Dep. Ex. 3 (Apr. 21, 2026); Gutierrez Dep. 29:15–30:5, 42:21–43:3, 49:16–17 (Apr. 21, 2026).

**2. Manuel Arroyo's statements to Rosaura Rebeca Valdez Chow.** *Declarant:* Manuel Arroyo, as related by Ms. Chow. *Substance:* that he wanted to transfer the property and asked Ms. Chow to find someone to help, and later said the transferee was his sister, Rodriguez; that the recommendation to use limited liability companies was passed to him and the process was initiated; that he said, "I want to do this," in engaging the Gutierrez Law Group; that he had "already previously" told Ms. Chow he wanted to finish the process as soon as possible, and on August 29, 2025 asked that it be done that day or as soon as possible; and that the September 2, 2025 appointment was the final attempt after a technical problem, and "this is what he wanted to do." *Source:* Chow Dep. 16:6–18, 20:8–21:7, 26:17–23, 29:11–15, 44:3–45:10, 47:16–48:1 (Mar. 12, 2026).

**3. Ms. Chow's written statements to the Gutierrez Law Group about Mr. Arroyo's availability.** *Declarants:* Rosaura Rebeca Valdez Chow and, as to his availability and wishes, Manuel Arroyo. Substance: (a) on August 21, 2025, in reply to the firm's request to schedule the signing: "Just yesterday he told me he would be back during the last few days of the month, and that I should reach out then to schedule the appointment.

Give me a few more days and we'll coordinate"; (b) on August 29, 2025, at 1:49 p.m., that Mr. Arroyo was available that afternoon, that "[h]e has very little availability," and that it was urgent to do the signing that day; and (c) in an email on a Friday evening at 6:50 p.m. (read at deposition as August 22, 2025; the exhibit index lists August 29, 2025), that "[i]t really is very hard to find time for Mr. Arroyo," "that's why the urgency," and "just see how long we've been trying to finalize this." Source: (a) Def. Ex. 14 (PG0100–PG0102), as translated in Tucker Decl. Ex. C, ECF 110-4 at 4; Gutierrez Dep. 73:5–21 (Apr. 21, 2026); (b) Pls.' Exs. 24, 30, 31; Chow Dep. 43:17–44:2; (c) PG0333, Gutierrez Dep. Ex. 27 (June 18, 2026); Gutierrez Dep. vol. 2, 50:17–51:15 (June 18, 2026).

## II. GUARANTEES OF TRUSTWORTHINESS AND NECESSITY

4. **Trustworthiness.** Each statement was made in the ordinary course of engaging and instructing counsel to prepare and record deeds, to the people doing that work, for the purpose of getting it done. The March 2025 statements were made more than five months before any proceeding named Mr. Arroyo; Plaintiffs' first filing seeking relief against him personally was made on August 29, 2025. Am. JPTO, ECF 108 § 7(m). The statements are corroborated by independent evidence: Rodriguez and Daniel Gervitz will testify that Mr. Arroyo told Rodriguez in February 2025 that he was giving her the house; Mr. Arroyo requested Rodriguez's passport in March and April 2025; he signed the Gutierrez Law Group engagement letter on April 4, 2025; the deeds were drafted and sent for signature on April 18, 2025; and signings were scheduled from June 2025 forward. Def.'s Proposed FOF/COL, ECF 76-6 at 2–4; Am. JPTO, ECF 108 § 6(b) ¶ 4, at 19–20; *see id.* § 12, at 34.

Plaintiffs themselves offer statements from the same correspondence as reliable proof of Mr. Arroyo's intent. Pls.' Second Am. Trial Ex. List, ECF 95, Exs. 24–36.

5. **Necessity.** Mr. Arroyo, the declarant whose intent is at issue, will not testify; Plaintiffs themselves contend that he is unavailable. Pls.' Resps. to Def.'s Ex. Objs., ECF 94 at 4–5. These contemporaneous statements are more probative of his reasons for the transfers than any other evidence Rodriguez can obtain through reasonable efforts. Fed. R. Evid. 807(a)(2).

6. **Fair opportunity to meet the statements.** Every statement listed above was produced in discovery by the Gutierrez Law Group or Ms. Chow, and Plaintiffs examined both witnesses about them. Fed. R. Evid. 807(b). This notice is provided in writing before trial. *Id.*

Respectfully submitted,

/s/ Steven R. Shaver
Steven R. Shaver, Attorney-in-Charge
Texas Bar No. 18136550
sshaver@rrspllc.com
RINEY RONQUILLO SOULE PLLC
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240
(214) 461-1206 (Telephone)
(214) 461-1210 (Facsimile)

ATTORNEYS FOR DEFENDANT
LAURA PAOLA ARROYO RODRIGUEZ

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2026, I filed this Notice through the Court's CM/ECF system, which will serve all counsel of record, and that I also emailed a copy to Marcus R. Tucker, counsel for Plaintiffs.

/s/ Steven R. Shaver
Steven R. Shaver