**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

TRUE COPY I CERTIFY
ATTEST: October 28, 2026
NATHAN OCHSNER, Clerk of Court
By: s/ A. Williams
Deputy Clerk

| | | |
|---|---|---|
| **FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC,**<br>**Plaintiffs,** | § | |
| **V.** | § | **CAUSE NO. 4:25-CV-4650** |
| **LAURA PAOLA ARROYO RODRIGUEZ,**<br>**Defendant.** | § | |

**PLAINTIFFS' SECOND AMENDED TRIAL EXHIBIT LIST**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1. | Temporary Restraining Order and OSC for Preliminary Injunction (SDNY Dkt. No. 29) (FOX 000001 – FOX 000011) | | | 10/27/2026 | |
| 2. | Order Modifying TRO and OSC for Preliminary Injunction (SDNY Dkt. No. 41) (FOX 000012 – FOX 000014) | | | 10/27/2026 | |
| 3. | Order Holding Media Deportes Mexico in Contempt (SDNY Dkt. No. 44) (FOX 000015 – FOX 000016) | | | 10/27/2026 | |
| 4. | Order Holding Mexico Sports Distribution LLC et al. in Contempt (SDNY Dkt. No. 45) (FOX 000017 – FOX 000018) | | | 10/27/2026 | |
| 5. | Order Granting Preliminary Injunction (SDNY Dkt. No. 49) (FOX 000019 – FOX 000021) | | | 10/27/2026 | |
| 6. | Memorandum Order (SDNY Dkt. No. 73) (FOX 000022 – FOX 000030) | | | 10/27/2026 | |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Special Warranty Deed (FOX 000031 – FOX 000033) | | | 10/27/2026 | |
| 8. | MCAD Property Summary Report (2025) (FOX 000034 – FOX 000036) | | | 10/27/2026 | |
| 9. | Certificate of Service re Contempt Order (SDNY Dkt No. 55) (FOX 000037 – FOX 000039) | | | 10/27/2026 | |
| 10. | Order Modifying TRO (SDNY Dkt. No 39) (FOX 000040 – FOX 000043) | | | 10/27/2026 | |
| 11. | Final Judgment Against Manuel Arroyo (SDNY ECF 107) (FOX 000044 – FOX 000045) | | | 10/27/2026 | |
| 12. | Deed for 3 Philbrook Way, Spring, TX to Manuel Arroyo (FOX 000046 – FOX 000050) | | | 10/27/2026 | |
| 13. | Deed for 63 E. Hullwood Circle, Spring, TX (FOX 000051 – FOX 000053) | | | | |
| 14. | Tax Assessor Info for 63 E. Hullwood (FOX 000054) | | | | |
| 15. | 08/29/2025 Email Correspondence to MDM Mexico Counsel (FOX 000055 – FOX 000066) | | | 10/27/2026 | |
| 16. | Manuel Arroyo LinkedIn Page (FOX 000067 – FOX 000070) | | | 10/27/2026 | |
| 17. | Photograph of 63 E. Hullwood Circle (FOX 000071) | | | | |
| 18. | Deed for 87 Lakeside Green to Arroyo Monge (FOX 000713 – FOX 000715) | | x | 10/27/2026 | |
| 19. | Plaintiffs' Emergency Motion for Contempt Against Nonparties Mexico Sports Distribution LLC, Grupo Lauman Holding, and Manuel Arroyo – | | | 10/27/2026 | |

| | | | | | |
|---|---|---|---|---|---|
| | SDNY ECF No. 42 (FOX 000747-000753) | | | | |
| 20. | SDNY Dkt. No. 42-1, Exs. A, A1, B, B1 (FOX 000754-000797) | | | | |
| 21. | Certificate of Service on MDA via Paulo Diez Gargari – SDNY ECF No. 51 (FOX 000798-000800) | | | 10/27/2026 | |
| 22. | Response in Support of Plaintiffs' Emergency Motion to Hold Defendant Media Deportes Mexico and Non-parties Mexico Sports Distribution LLC, Grupo Lauman Holding and Manuel Arroyo in Contempt - SDNY ECF No. 66 (FOX 000804-000819) | | | | |
| 23. | Montgomery County Property Tax Statement for 3 Philbrook Way - Laura Paola Arroyo Rodriguez Deposition | | | 10/27/2026 | |
| 24. | Email from Rosaura Rebeca Valdez Chow to Gutierrez Law Group representatives regarding need for urgent transfer of property dated August 29, 2025 at 1:49 pm (FOX 000143) - Rosaura Rebeca Valdez Chow Deposition | | | 10/27/2026 | |
| 25. | Gutierrez Law Group email correspondence with Rebeca Rosaura Valdez Chow re virtual notary call/property-transfer process from August 29, 2025 at 3:23 pm to September 2, 2025 (FOX 000144 - FOX 000164) - Rosaura Rebeca Valdez Chow Deposition | | | 10/27/2026 | |
| 26. | Email correspondence between Gutierrez Firm and Jackie Ward Law Firm regarding transfer from August 29, 2025 to September 8, 2025 regarding transfer and creation of LLC (PG0031 – PG 0033) - Patricio Gutierrez Deposition 04/21/2026 | | x | 10/27/2026 | |

| | | | | | |
|---|---|---|---|---|---|
| 27. | E-mails between Gutierrez Law Firm representatives and Rosaura Rebeca Valdez Chow quoting price for property transfer to LLC dated September 4, 2025 (PG0029 – PG0030) - Patricio Gutierrez Deposition 04/21/2026 | | x | 10/27/2026 | |
| 28. | E-mail from Guitierrez Law Firm representative Patricio Gutierrez to Rosaura Rebeca terminating attorney-client relationship dated September 12, 2025 - Patricio Gutierrez Deposition 04/21/2026 | | x | 10/27/2026 | |
| 29. | Gutierrez Law Firm Refund for Second Engagement to transfer to LLC (PG0191, PG0192 and PG0111) - Patricio Gutierrez Deposition 04/21/2026 | | | 10/27/2026 | |
| 30. | Email correspondence from Rosaura Rebeca Valdez Chow to Gutierrez Law Firm representatives re need for urgent transfer of properties (PG0329) - Patricio Gutierrez Deposition 06/18/2026 | | | 10/27/2026 | |
| 31. | Certified English translation of FOX 000143 - Email correspondence from Rosaura Rebeca Valdez Chow to Gutierrez Law Firm representatives re need for urgent transfer of properties - Patricio Gutierrez Deposition 06/18/2026 | | | 10/27/2026 | |
| 32. | Email correspondence from Gutierrez Law firm representative to Rosaura Rebeca Valdez Chow confirming notary appointment for Manuel Arroyo dated | | | 10/27/2026 | |

| | | | | | |
|---|---|---|---|---|---|
| | August 29, 2025 (PG0327–PG0328) - Patricio Gutierrez Deposition 06/18/2026 | | | | |
| 33. | Email correspondence from Rosaura Rebeca Valdez Chow and missed virtual notary appointment notice (PG0330–PG0332) - Patricio Gutierrez Deposition 06/18/2026 | | | 10/27/2026 | |
| 34. | Email correspondence between Gutierrez Law firm representative and Rosaura Rebeca Valdez Chow regarding virtual notary call and property transfers dated September 1, 2025 through September 2, 2025 (PG0344–PG0355) - Patricio Gutierrez Deposition 06/18/2026 | | | 10/27/2026 | |
| 35. | Automatic reply regarding virtual notary call (PG0335) - Patricio Gutierrez Deposition 06/18/2026 | | | 10/27/2026 | |
| 36. | Email correspondence from Rosaura Rebeca Valdez Chow to Gutierrez Law Firm representative requesting virtual appointment with Manuel Arroyo (PG0356) - Patricio Gutierrez Deposition 06/18/2026 | | | 10/27/2026 | |
| 37. | Stoneturn Report (2/16/2026) (FOX 000698 – FOX 000699) | | x | 10/27/2026 | |
| 38. | CV of Dan Murphy (FOX 000700 – FOX 000702) | | | 10/27/2026 | |
| 39. | CV of Mike Brubaker (FOX 000703 – FOX 000712) | | | | |
| 40. | Appraisal Report (FOX 000716-000746) | | x | 10/27/2026 | |

| | | | | | |
|---|---|---|---|---|---|
| 41 | SDNY Dkt No. 67-4 2025-09-08 Ex. D | | | 10/27/2026 | |
| 42 | SDNY Dkt No. 67-5 2025-09-08 Ex. E | | | 10/27/2026 | |
| 43 | SDNY Dkt No. 9 - Memorandum of Law in Support of Plaintiff's Exparte Motion | | x | 10/27/2026 | |
| 44 | November 2024 Fox Cable Network Services Letter to Grupo Lauman | | | 10/27/2026 | |
| 45 | MDM Registro Publico de Comercio | | | | |
| 46 | MSD LLC Agreement | | | | |
| 47 | SDNY 13-3 2025.03.26 English - MSD MDM motion for injunction - 42nd Mexico court | | | | |
| 48 | SDNY 13-4 2025.03.26 Spanish - MSD MDM motion for injunction - 42nd Mexico court | | | | |
| 49 | Translation Certificate and FOX 000143 to FOX 000164 | | | 10/27/2026 | |
| 50 | Registration Action, Dkt. No. 17 - Arroyo's opposition to Plaintiffs' motion to compel. | | | | |
| 51 | Registration Action, Dkt. No. 48 - Order granting Plaintiffs' motion to compel. | | | | |
| 52 | Registration Action, Dkt. No. 55 - Motion for contempt against Arroyo for violating MTC order | | | | |
| 53 | Opinion & Order – SDNY Litigation, Dkt. No. 96 | | | | |
| 54 | Opinion & Order – SDNY Litigation, Dkt. No. 172 | | | | |
| 55 | Withdrawn | | | | |
| 56 | Withdrawn | | | | |
| 57 | Registration Action, Dkt No 14-3 - Plaintiffs' interrogatories to Arroyo | | | | |
| 58 | Photographs of 3 Philbrook Way | | | 10/27/2026 | |
| 59 | SDNY Dkt. No. 137. Memorandum Op. and Order re MSD Contempt | | | | |
| 60 | SDNY Dkt. No. 11-50 – License Termination Letter Dated March 3, 2025 | | x | 10/27/2026 | |

| | | | | | |
|---|---|---|---|---|---|
| 61 | Deposition of Rosaura Rebeca Valdez Chow | | | | |

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Marcus Tucker*
Marcus R. Tucker
Federal Bar No. 12769
State Bar No. 20282360
1001 Fannin, Suite 2200
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: marcus.tucker@phelps.com

**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**
**PHELPS DUNBAR LLP**

D. Michael Hurst, Jr.
MSB No. 99990
1905 Community Bank Way, Ste. 200
Flowood, MS 39232
Telephone: 601-352-2300
***Admitted Pro Hac Vice*

**STEPTOE, LLP**

Katherine A. Petti (CA Bar No. 339052)**
Christopher T. Berg (Bar No. 24082682)
Steptoe LLP
633 W. Fifth Street
Ste 19th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9543
kpetti@steptoe.com
cberg@steptoe.com
**Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of September 2026, the foregoing was electronically served on all counsel of record via the Court's CM/ECF system.

*/s/ Marcus R. Tucker*
Of Phelps Dunbar LLP

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

TRUE COPY I CERTIFY
ATTEST: October 28, 2026
NATHAN OCHSNER, Clerk of Court
By: s/ A. Williams
Deputy Clerk

| | | |
|---|---|---|
| **FOX CORPORATION, FOX MEDIA LLC, and FOX SPORTS EN ESPAÑOL LLC,** | § | |
| **Plaintiffs,** | § | |
| | § | **CAUSE NO. 4:25-CV-4650** |
| **V.** | § | |
| | § | |
| **LAURA PAOLA ARROYO RODRIGUEZ,** | § | |
| **Defendant.** | § | |

**PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL TRIAL EXHIBIT LIST**

Plaintiffs' Fox Corporation, Fox Media LLC, and Fox Sports En Espanol, LLC files the following supplemental trial exhibits, which add to Plaintiff's Second Amended Trial Exhibit List, ECF 95. Court Proc. § 20(b) ("File any additional exhibits on the CM/ECF system promptly upon identification for use at or during trial."). Each exhibit is marked with Plaintiffs' name, the case number, and the exhibit number, and is uploaded as a separate attachment with a cover sheet. Court Proc. §§ 16(g), 20(a). All of the exhibits listed below were disclosed to Defendant on October 13, 2026 in Plaintiffs' response to Defendant's trial memorandum. *See* ECF Nos. 110 at 15, 110-5, 110-6, 110-7. The addition of these exhibits is necessary to respond to Defendant's inclusion of exhibits in her October 25, 2026 notice of supplemental trial exhibits, ECF No. 120, which relate to the searches Plaintiffs conducted for Manuel Arroyo's assets.

| No. | Description | Source |
|---|---|---|
| 62 | June 30, 2026 Information subpoena to Manuel Arroyo seeking information about his assets globally. SDNY ECF 251-1. | SDTX ECF No. 110-5<br>Admitted over objection- 10/27/2026 |
| 63 | July 17, 2026 SDNY Order compelling Manuel Arroyo to provide responsive information to Plaintiffs' information subpoena. SDNY ECF 256. | SDTX ECF No. 110-6<br>Admitted over objection- 10/27/2026 |
| 64 | August 11, 2026 SDNY Order holding Manuel Arroyo in contempt regarding Plaintiffs' information subpoena. SDNY ECF 266. | SDTX ECF No. 110-7<br>Admitted over objection- 10/27/2026 |

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Marcus Tucker*
Marcus R. Tucker
Federal Bar No. 12769
State Bar No. 20282360
1001 Fannin, Suite 2200
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: marcus.tucker@phelps.com

**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**
**PHELPS DUNBAR LLP**

D. Michael Hurst, Jr.
MSB No. 99990
1905 Community Bank Way, Ste. 200
Flowood, MS 39232
Telephone: 601-352-2300
***Admitted Pro Hac Vice*

**STEPTOE, LLP**

Katherine A. Petti (CA Bar No. 339052)**
Christopher T. Berg (Bar No. 24082682)
Steptoe LLP
633 W. Fifth Street
Ste 19th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9543
kpetti@steptoe.com
cberg@steptoe.com
**Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I certify that on this 26th day of October 2026, the foregoing was electronically served on all counsel of record via the Court's CM/ECF system.

*/s/ Marcus R. Tucker*
Of Phelps Dunbar LLP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

TRUE COPY I CERTIFY
ATTEST: October 28, 2026
NATHAN OCHSNER, Clerk of Court
By: s/ A. Williams
Deputy Clerk

FOX CORPORATION, ET AL §
§
Plaintiffs, §
§
v. § Civil No. 4:25-CV-4650
§
LAURA PAOLA ARROYO RODRÍGUEZ, §
§
§
Defendant. §

**REVISED FIRST AMENDED TRIAL EXHIBIT LIST OF DEFENDANT**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | March 9, 2025 Rodriguez/Arroyo | | | | |
| 2 | March, 2025 email Gutierrez/Matos&Jawad | | | | |
| 3 | Gutierrez Action Plan | | | 10/27/2026 | |
| 4 | Payment | | | | |
| 5 | Valdez/Gutierrez email | | | | |
| 6 | Valdez/Gutierrez email 4/15 | | | | |
| 7 | Valdez/Gutierrez email 5/15 | | | | |
| 8 | Valdez/Gutierrez email 6/19 | | | | |
| 9 | Valdez/Gutierrez email 6/24 | | | | |
| 10 | Valdez/Gutierrez email 7/25 | | | | |
| 11 | Gutierrez firm/Jackie Ward firm email 5/21 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Gutierrez firm/Jackie Ward firm email 4/17 | | | | |
| 13 | Gutierrez firm/Jackie Ward firm email 5/15 | | | | |
| 14 | Valdez email sched notary | | | | |
| 15 | Gutierrez firm/Jackie Ward firm email | | | | |
| 16 | Payment Ward Firm | | | | |
| 17 | Ward Firm email Arroyo | | | | |
| 18 | Ward Firm email Arroyo Jun 9, 2025 | | | | |
| 19 | Valdez/Gutierrez Law Jun 13, 2025 | | | | |
| 20 | Valdez/Gutierrez Law Jul 25, 2025 | | | | |
| 21 | Valdez/Gutierrez Law Aug 21, 2025 | | | | |
| 22 | Valdez/Gutierrez Law 8/29 | | | | |
| 23 | Property Tx Rpt 2025 | | | 10/27/2026 | |
| 24 | SDNY ECF 50 | | | | |

Dated: Original date September 8, 2026; Revised October 21, 2026

Respectfully submitted,

By: /s/Steven R. Shaver
Steven R. Shaver
Texas Bar No. 18136550
sshaver@rrspllc.com
Marcos G. Ronquillo
Texas Bar No. 17226000
mgronquillo@rrspllc.com
Riney Ronquillo Soule PLLC
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240
(214) 461-1206 (Telephone)
(214) 461-1210 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on October 23, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: /s/Steven R. Shaver
Steven R. Shaver