United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Fox Corporation, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-4650 |
| | § | |
| Laura Paola Arroyo Rodriguez, | § | |
| | § | |
| Defendant. | § | |

**ORDER ON POST-TRIAL FILINGS**

From October 27 through October 28, 2026, the Court held a bench trial in this matter. At the conclusion of trial, the Court ordered the parties to confer and submit their joint proposed findings of fact and conclusions of law by November 18, 2026, pursuant to Section 26(d) of the Court's procedures. On November 18, 2026, at 1:59 P.M., the parties asked the Court's permission to extend their deadline to November 20, 2026.

The deadline for the parties to file their joint proposed findings of fact and conclusions of law is thus extended to November 20, 2026. However, counsel must confer and submit their joint proposed findings of fact and conclusions of law in accordance with the format mandated by Section 26(d) of the Court's procedures. Failure to do so may subject counsel to appropriate sanctions.

**SO ORDERED.**

SIGNED at Houston, Texas, on the 18th day of November, 2026.

Nicholas J. Ganjei
United States District Judge